**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **PB Restaurants, LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **59-3283783** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **4700 Millenia Blvd., Ste. 400** <br> **Orlando, FL 32839** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Orange** <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    **PB Restaurants, LLC**
_____    Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

7225

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **PB Restaurants, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | Relationship | |
|---|---|---|---|
| Debtor | **See Attachment** | | |
| District | | When | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**████  Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **PB Restaurants, LLC**                                              Case number (*if known*) _____
          Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million         ☐ More than $50 billion

| Debtor | **PB Restaurants, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 4, 2025**
              MM / DD / YYYY

**X** **/s/ Thomas Avallone**                               **Thomas Avallone**
Signature of authorized representative of debtor            Printed name

Title   **Manager**

---

**18. Signature of attorney**

**X** **/s/ R.Scott Shuker, Esq**            Date   **April 4, 2025**
Signature of attorney for debtor                   MM / DD / YYYY

**R.Scott Shuker, Esq**
Printed name

**Shuker & Dorris, P.A.**
Firm name

**121 S. Orange Avenue**
**Suite 1120**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone   **(407) 337-2060**        Email address   **rshuker@shukerdorris.com**

**984469 FL**
Bar number and State

---

Debtor   **PB Restaurants, LLC**
Name

Case number (*if known*) _____

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number (*if known*) _____   Chapter   **11**

☐ Check if this is an
amended filing

---

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Planet Express (LAX), LLC** | Relationship to you | | **Affiliate** |
| District | **Middle District of Florida, Orlando Division** | When **4/04/25** | Case number, if known | |
| Debtor | **Times Square Buffet, LLC** | Relationship to you | | **Affiliate** |
| District | **Middle District of Florida, Orlando Division** | When **4/04/25** | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name    **PB Restaurants, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April  4, 2025**     X **/s/ Thomas Avallone**
                                           Signature of individual signing on behalf of debtor

                                          **Thomas Avallone**
                                          Printed name

                                          **Manager**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **PB Restaurants, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ACCESS PO BOX 782998 Phiadelphia, PA 19178-2998** | | **Trade debt** | | | | **$63,565.01** |
| **ADP INC PO BOX 0500 Carol Stream, IL 60132-0500** | | **Trade debt** | | | | **$275,000.00** |
| **AMERICAN HERITAGE LIFE INS. 1776 American Htg Life Dr Jacksonville, FL 32224** | | **Trade debt** | | | | **$4,078.11** |
| **CHARTER COMM.HOLDINGS LLC PO BOX 7186 Pasadena, CA 91109-7186** | | **Trade debt** | | | | **$3,271.67** |
| **CHERRY BEKAERT PO BOX 632239 Cincinnati, OH 45263-2239** | | **Trade debt** | | | | **$52,237.50** |
| **CONNECTWISE INC 28819 NETWORK PL Chicago, IL 60673-1288** | | **Trade debt** | | | | **$24,000.00** |
| **FOURTH ENTERPRISES, LLC 6504 Bridge Point Parkway Suite 300 Austin, TX 78730** | | **Trade debt** | | | | **$50,000.00** |

| Debtor | **PB Restaurants, LLC** | | Case number *(if known)* | |

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GRANITE TELECOMMUNICATIONS** PO BOX 983119 Boston, MA 02298-3119 | | **Trade debt** | | | | **$20,000.00** |
| **MARSH USA INC 2300 RENAISSANCE BLVD King Of Prussia, PA 19406** | | **Trade debt** | | | | **$100,000.00** |
| **MEDCOR PO BOX 75570 Cleveland, OH 44101-4755** | | **Trade debt** | | | | **$6,000.00** |
| **ONEBLOOD INC PO BOX 628342 Orlando, FL 32862-8342** | | **Trade debt** | | | | **$28,000.00** |
| **OPENTABLE INC PO BOX 101861 Pasadena, CA 91189-1861** | | **Trade debt** | | | | **$10,000.00** |
| **PAR 8383 SENECA TURNPIKE, STE 3 New Hartford, NY 13413** | | **Trade debt** | | | | **$80,000.00** |
| **RELIASTAR LIFE INSURANCE 3702 PAYSPHERE CIRCLE Chicago, IL 60674** | | **Trade debt** | | | | **$2,573.98** |
| **RINGCENTRAL INC 20 DAVIS DR Belmont, CA 94002** | | **Trade debt** | | | | **$400,000.00** |
| **STARWOOD VALUE ADD FUND LP PO BOX 953557 Saint Louis, MO 63195** | | **Trade debt** | **Contingent** | | | **$302,631.28** |
| **SYMETRA FINANCIAL PO BOX 1491 Winter Park, FL 32792** | | **Trade debt** | | | | **$78,795.36** |
| **SYMETRA LIFE INS CO INC PO BOX 1491 Minneapolis, MN 55480-1491** | | **Trade debt** | **Unliquidated** | | | **$107,000.00** |

Debtor   **PB Restaurants, LLC**                                             Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **THEMED CUSTOM PRINTING 5225 FIELDVIEW CT Orlando, FL 32819** | | **Trade debt** | | | | **$5,776.00** |
| **XEROX FINANCIAL SERVICES PO BOX 202882 Dallas, TX 75320** | | **Trade debt** | | | | **$60,000.00** |

# United States Bankruptcy Court
## Middle District of Florida

In re    **PB Restaurants, LLC**                                                    Case No.
                                          Debtor(s)                        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **OSC Group Holdings, LLC**<br>**4700 Millenia Blvd, Ste 400**<br>**Orlando, FL 32839** | **n/a** | **100%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April  4, 2025**                                    Signature    **/s/ Thomas Avallone**
                                                                          **Thomas Avallone**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re  **PB Restaurants, LLC**

Case No. _____

Debtor(s)

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **April 4, 2025**

**/s/ Thomas Avallone**

**Thomas Avallone/Manager**
Signer/Title

PB Restaurants, LLC
4700 Millenia Blvd., Ste. 400
Orlando, FL 32839

CHERRY BEKAERT
PO BOX 632239
Cincinnati, OH 45263-2239

Frank A. Polacco & Assoc.
600 Old Country Rd, Ste 328
Garden City, NY 11530-2055

R.Scott Shuker, Esq
Shuker & Dorris, P.A.
121 S. Orange Avenue
Suite 1120
Orlando, FL 32801

CONNECTWISE INC
28819 NETWORK PL
Chicago, IL 60673-1288

GRANITE TELECOMMUNICATIONS
PO BOX 983119
Boston, MA 02298-3119

ACCESS
PO BOX 782998
Phiadelphia, PA 19178-2998

DE Secretary of State
Div of Corp / Franchise Tax
P.O. Box 898
Dover, DE 19903

Internal Revenue Service
Centralized Insolvency Ops
P.O. Box 7346
Philadelphia, PA 19101-7346

ADP INC
PO BOX 0500
Carol Stream, IL 60132-0500

Delaware Div of Revenue
Attn: Bankruptcy Admin.
820 N. French St., 8th Floor
Wilmington, DE 19801

LEGALSHIELD
PO BOX 660903
Dallas, TX 75266-9488

AHNE & JI, LLP
1220 Broadway, Ste. 502
New York, NY 10001-4312

Delaware State Treasury
820 Silver Lake Blvd,Ste 100
Dover, DE 19904

MARQII INC
6415 STEER TRL
Austin, TX 78749

AMERICAN HERITAGE LIFE INS.
1776 American Htg Life Dr
Jacksonville, FL 32224

Elefterakis, Elefterakis
80 Pine St., Floor 38
New York, NY 10005-1735

MARSH USA INC
2300 RENAISSANCE BLVD
King Of Prussia, PA 19406

BAXTER SMITH & SHAPIRO, PC
200 Mamaroneck Ave., Ste 601
White Plains, NY 10601-5304

Florida Dept of Revenue
Attn:  Executive Director
PO Box 6668
Tallahassee, FL 32315-7372

MEDCOR
PO BOX 75570
Cleveland, OH 44101-4755

CCH INCORPORATED
P O BOX 4307
Carol Stream, IL 60197-4307

Foley & Lardner, LLP
Attn: Kevin Fowler, Esq.
301 E. Pine St., Ste 1200
Orlando, FL 32801-2386

Michael Neukamm, Reg Agent
301 E. Pine St., Ste 1400
Orlando, FL 32802

CHARTER COMM.HOLDINGS LLC
PO BOX 7186
Pasadena, CA 91109-7186

FOURTH ENTERPRISES, LLC
6504 Bridge Point Parkway
Suite 300
Austin, TX 78730

Millenia Lakes Owner I L.P.
591 West Putnam Avenue
Greenwich, CT 06830

ONEBLOOD INC
PO BOX 628342
Orlando, FL 32862-8342

ROY BENBANISTI
c/o Jodre Brenecki, LP
101 N. 10th Street, Ste 303
Brooklyn, NY 11249

Oneblood, Inc.
8669 Commodity Circle
Orlando, FL 32819

Shein Johnson P.C.
20 Broad Hallow Rd, Ste 1003
Melville, NY 11747

OPENTABLE INC
PO BOX 101861
Pasadena, CA 91189-1861

STARWOOD VALUE ADD FUND LP
PO BOX 953557
Saint Louis, MO 63195

Orange County Tax Collector
P.O. Box 545100
Orlando, FL 32854

SYMETRA FINANCIAL
PO BOX 1491
Winter Park, FL 32792

PAR
8383 SENECA TURNPIKE, STE 3
New Hartford, NY 13413

SYMETRA LIFE INS CO INC
PO BOX 1491
Minneapolis, MN 55480-1491

PHL Holdings, LLC
4700 Millenia Blvd., Ste 400
Orlando, FL 32839

THEMED CUSTOM PRINTING
5225 FIELDVIEW CT
Orlando, FL 32819

RELIASTAR LIFE INSURANCE
3702 PAYSPHERE CIRCLE
Chicago, IL 60674

UPPER QUADRANT, INC
540 DEVALL DR
Auburn, AL 36832

Rha & Kim
21545 Northern Blvd, Ste 200
Bayside, NY 11361-3499

XEROX FINANCIAL SERVICES
PO BOX 202882
Dallas, TX 75320

RINGCENTRAL INC
20 DAVIS DR
Belmont, CA 94002