# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
## www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| PB RESTAURANTS, LLC, | ) | Case No. 6:25-bk-01957-LVV |
| | ) | *Lead case* |
| | ) | |
| | ) | *Jointly Administered with* |
| PLANET EXPRESS (LAX), LLC, | ) | Case No. 6:25-bk-01958-LVV |
| TIMES SQUARE BUFFET, LLC, | ) | Case No. 6:25-bk-01959-LVV |
| | ) | |
| Debtors. | ) | |

## MAIN STREET CAPITAL CORPORATION'S EXHIBIT LIST
### Hearing Date: July 1, 2025
### Hearing: Confirmation; Emergency Hearing on Motion to Continue

| Exhibit No. | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| **Exhibit 001** | Projections | | | |
| **Exhibit 002** | Liquidation Analysis | | | |
| **Exhibit 003** | Schedules and Statement of Financial Affairs | | | |
| **Exhibit 004** | Promissory Note in favor of PHL | | | |
| **Exhibit 005** | Loan Agreement between BUCA C LLC and Main Street Capital Corporation | | | |
| **Exhibit 006** | Services Agreement between BUCA C LLC and PB Restaurants, LLC | | | |
| **Exhibit 007** | Subordination Agreement between BUCA C LLC, Main Street Capital Corporation, and PB Restaurants, LLC | | | |

17292709