**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11<br>Subchapter V |
| | ) | |
| PB RESTAURANTS, LLC, | ) ) | Case No. 6:25-bk-01957-LVV<br>*Lead case* |
| | ) ) | *Jointly Administered with* |
| PLANET EXPRESS (LAX), LLC,<br>TIMES SQUARE BUFFET, LLC, | ) ) | Case No. 6:25-bk-01958-LVV<br>Case No. 6:25-bk-01959-LVV |
| | ) | |
| Debtors. | ) | |

**MAIN STREET CAPITAL CORPORATION'S SUPPLEMENT TO ITS *EMERGENCY* MOTION TO CONTINUE CONFIRMATION HEARING SET FOR JULY 1, 2025**

Main Street Capital Corporation ("Main Street") respectfully submits this supplement to its *Emergency Motion to Continue Confirmation Hearing Set for July 1, 2025* (the "Motion"), and states as follows:

1. On June 24, 2025, the Court entered its Order on Main Street's Motion. Paragraph 3 of the Order states that "Main Street Corporation is in violation of Local Rule 5071-1(b). Counsel for Main Street Corporation is ordered to meet and confer with Debtor's counsel prior to the hearing and must be prepared to address at the hearing why sanctions should not be imposed."

2. Preliminarily, Main Street apologizes to the Court and the parties for any oversight of the Local Rules. Local Rule 5071-1(b) provides that Motions to reschedule must set forth the following: (1) the date and time of the hearing or trial to be rescheduled, (2) the reason for the request, (3) approximately when the matter is to be rescheduled and the reasons therefor, (4) a statement that the movant has conferred with counsel for opposing parties concerning the request, and (5) the position of other parties concerning the request.

3. Addressing these in order, Main Street explicitly noted that the hearing sought to be rescheduled was the confirmation hearing set for July 1, 2025, at 2:00 p.m. (Eastern Time). Motion to Continue, ¶ 4. Main Street provided the reasons for the request, namely, the need to complete discovery, the need for the Court to determine the merits of Main Street's Claim, the potential preparation and filing of a motion for standing by Main Street, and the pursuit of Main Street's plan objection. *See, e.g.,* Motion to Continue, ¶¶ 3, 22, and 34.

4. The Motion to Continue also requested a continuance of at least sixty days and the entry of a scheduling order with respect to same so that it could have time to complete those same actions. *See id.*, ¶¶ 3, 4, 22, and 34. Further, Main Street conferred with Debtors' counsel regarding the request to adjourn the Confirmation Hearing, which counsel refused. *See* Motion to Continue, ¶ 19.

5. Finally, Main Street acknowledges that it inadvertently failed to include the position of the Subchapter V Trustee. On June 16, 2025, Main Street had discussed the continuance with the Subchapter V Trustee, who indicated that the Subchapter V Trustee did not intend to take a position on the matter.

Dated: June 25, 2025

By: /s/ *Joshua W. Wolfshohl*
Joshua W. Wolfshohl (Admitted Pro Hac Vice)
Texas Bar No. 24038592
M. Shane Johnson (Admitted Pro Hac Vice)
Texas Bar No. 24083263
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002-2764
Telephone: (713) 226-6000
Facsimile:  (713) 226-6248
Email:
jwolfshohl@porterhedges.com
sjohnson@porterhedges.com

-and-

Matthew I. Kramer
Florida Bar No.: 0937231
**WEINBERG, WHEELER, HUDGIN, GUNN & DIAL, LLC**
255 South Orange Avenue, Suite 1260
Orlando, Florida 32801
Telephone: (305) 455-9504
Facsimile:  (305) 455-9501
Email: mkramer@wwhgd.com

*Counsel to Main Street Capital Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served this 25th day of June, 2025 via the CM-ECF filing system which will send email notification to those registered recipients.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Matthew I. Kramer*
Matthew I. Kramer
Florida Bar No.: 0937231
255 South Orange Avenue, Suite 1260
Orlando, Florida 32801
Telephone: (305) 455-9504
Facsimile: (305) 455-9501
Email: mkramer@wwhgd.com