

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/01/2025 01:30 PM

COURTROOM   6C, 6th Floor

**HONORABLE LORI VAUGHAN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:25-bk-01957-LVV** | **11** | **04/04/2025** |

**Chapter 11**

**DEBTOR:**     PB Restaurants, LLC

**DEBTOR ATTY:**   R Shuker

**TRUSTEE:**     Andrew Layden

**HEARING:**

1) Emergency Motion by Mainstreet Capital Corp to Reschedule Confirmation Hearing (Doc #62)
Supplement to Motion (Doc #82)
Objection by Debtor (Doc #67)
2) Confirmation Hearing (Preliminary)
Chapter 11 Plan (Doc #36)
OneBlood's Limited Objection to Plan of Reorganization and Reservation of Rights (Doc #68)
Main Street Capital's Preliminary Objection to Confirmation of Plan (Doc #71)
Confirmation Affidavit (Doc #84)
Ballot Tabulation (Doc #86)
Debtor's Proposed Exhibits 1-4 (Doc #69)
Main Street's Proposed Exhibits 1-7 (Doc #73)
3) Debtor's Motion for Cramdown (Doc #85)
4) Application for Payment of Administrative Expenses Amount Requested: 85,284.30 Filed by Creditor OneBlood, Inc. (Doc #56)
Note: SubV
SubV Trustee: Andrew Layden
341: concluded 5/5/25
Case Mgmt Summary (Doc #3)
MORs
April 2025 (Doc #51, 52, 53)
May 2025 (Doc #78, 79, 80)
Pending:
1) Application for Final Compensation and Notice of Estimated Fees and Expenses through Confirmation for R Scott Shuker,
        Debtor's Attorney, Fee: $45,352.50, Expenses: $1,813.10, for the period of 4/4/2025 to 5/31/2025; filed w/
        neg ntc 6/13/25 (Doc #54)
2) Application for Compensation for Andrew Layden, Trustee Chapter 11, Fee: $4,960.00, Expenses: $100.00, For the period:
        April 8, 2025 through May 31, 2025; filed w/ neg ntc 6/17/25 (Doc #55)
3) Debtor's Objection to Claim No. 21 of Main Street Capital Corporation; filed w/ neg ntc 6/23/25 (Doc #59)
4) Debtor's Objection to Claim No. 20 of Robert Yaquinto, Chapter 7 Trustee for Buca C, LLC; filed w/ neg ntc 6/24/25 (Doc #64)
Jt Admin:

25-1958 Planet Express LAX
25-1959 Times Square Buffet
Prior Cases:
01-10428          Ch11 filed in Florida Middle on 10/19/2001
99-03612          Ch11 filed in Delaware on 10/12/1999

**APPEARANCES:**:
  Scott Shuker: Debtor with principal Jeff Sirolly; Andrew Layden:SubV Trustee; Wanda Murray: UST; Matt Kramer & Joshua Wolfshohl: Main Street Capital; Emily Horner: One Blood

**RULING:**
1)   Emergency Motion by Mainstreet Capital Corp to Reschedule Confirmation Hearing   (Doc #62) -   Supplement to Motion (Doc #82) -   Objection by Debtor   (Doc #67) - Granted per parties agreement; one day reserved for trial on 7/25/2025 at 9:30am. Order by Shuker.

2) Confirmation Hearing   - Chapter 11 Plan (Doc #36) - OneBlood's Limited Objection to Plan of Reorganization and Reservation of Rights (Doc #68) - Main Street Capital's Preliminary Objection to Confirmation of Plan (Doc #71) - Confirmation Affidavit (Doc #84) - Ballot Tabulation   (Doc #86) - Rescheduled to 7/25/2025 at 9:30am.

3)   Debtor's Motion for Cramdown   (Doc #85) - Continued to 7/25/2025 at 9:30am (AOCNFNG)

4)   Application for Payment of Administrative Expenses Amount Requested: 85,284.30 Filed by Creditor OneBlood, Inc.   (Doc #56) - Continued to 7/25/2025 at 9:30am (AOCNFNG)

(aj)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.