**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | **Chapter 11**<br>**Subchapter V** |
| **PB RESTAURANTS, LLC,** | **Case No. 6:25-bk-01957-LVV**<br>*Lead case* |
| | *Jointly Administered with* |
| **PLANET EXPRESS (LAX), LLC,** | **Case No. 6:25-bk-01958-LVV** |
| **TIMES SQUARE BUFFET, LLC,** | **Case No. 6:25-bk-01959-LVV** |
| Debtors. | |

_____ /

**DEBTORS' AMENDED EXHIBIT LIST**
**Hearing Date: July 25, 2025**
**Hearing: Confirmation Hearing**

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| **Exhibit 001** | Transaction Documents | | | |
| **Exhibit 002** | Promissory Note in favor of PHL; Amended Promissory Note; and Consolidated Loan Balance | | | |
| **Exhibit 003** | Consulting Contract | | | |
| **Exhibit 004** | Projections | | | |
| **Exhibit 005** | Liquidation Analysis | | | |

| | | | | |
|---|---|---|---|---|
| **Exhibit 006** | Schedules and Statement of Financial Affairs | | | |
| **Exhibit 007** | Main Street Claim | | | |
| **Exhibit 008** | PB Claims in BUCA Case | | | |