UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11, Subchapter V |
| PB Restaurants, LLC | Case No.: 6:25-bk-01957-LVV<br>*Lead case* |
| Planet Express (LAX), LLC,<br>Times Square Buffet, LLC, | *Jointly Administered with*<br>Case No.: 6:25-bk-01958-LVV<br>Case No.: 6:25-bk-01959-LVV |
| Debtors._____/ | |

**STATEMENT[1] OF ANDREW LAYDEN IN SUPPORT OF SUBCHAPTER V TRUSTEE'S APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

Andrew V. Layden, the Subchapter V Trustee (the "**Trustee**"), hereby files this Supplement in Support of his Application for Compensation for Services Rendered and Reimbursement of Expenses (Doc. No. 55) (the "**Application**"),[2] and states as follows:

1. I am the duly appointed Subchapter V Trustee in the above-captioned case.

2. I make this affidavit based upon my personal knowledge of the matters set forth herein.

3. The time and expense records for which payment is sought in the Application are maintained by Baker & Hostetler LLP in the ordinary course of its business.

4. I have reviewed the Application and all attachments, and they accurately reflect the time and expenses of the Trustee for the period set forth in the Application.

---

[1] This Statement is filed to satisfy the requirements of Local Rule 2016-1(c)(1)(vii).

[2] Capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Motion for Attorney's Fees.

5. The fees and costs for the reimbursement is sought in the Application are reasonable for the work performed, and that the Application is true and accurate.

6. I verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: July 21, 2025.

*s/ Andrew V. Layden*
ANDREW V. LAYDEN, ESQ.
Florida Bar No. 86070
alaydentrustee@bakerlaw.com
200 S. Orange Avenue, Suite 2300
Orlando, Florida 32801
Telephone (407) 649-4000
Facsimile (407) 841-0168
*Subchapter V Trustee*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically upon all parties registered to received electronic notices via the Court's CM/ECF System on July 21, 2025.

*s/ Andrew V. Layden*
Andrew V. Layden

4908-0141-7559.1