**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11<br>Subchapter V |
| **PB RESTAURANTS, LLC,** | Case No. 6:25-bk-01957-LVV<br>*Lead case* |
| **PLANET EXPRESS (LAX), LLC,**<br>**TIMES SQUARE BUFFET, LLC,** | *Jointly Administered with*<br>Case No. 6:25-bk-01958-LVV<br>Case No. 6:25-bk-01959-LVV |
| Debtors._____/ | |

**DEBTORS' SECOND AMENDED EXHIBIT LIST**
**Hearing Date: July 25, 2025**
**Hearing: Confirmation Hearing**

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| **Exhibit 009** | 2023 Summary Balance Sheet | | | |

1