# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
### www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| PB RESTAURANTS, LLC, | ) | Case No. 6:25-bk-01957-LVV |
| | ) | *Lead case* |
| | ) | |
| | ) | *Jointly Administered with* |
| PLANET EXPRESS (LAX), LLC, | ) | Case No. 6:25-bk-01958-LVV |
| TIMES SQUARE BUFFET, LLC, | ) | Case No. 6:25-bk-01959-LVV |
| | ) | |
| Debtors. | ) | |

### MAIN STREET CAPITAL CORPORATION'S EXHIBIT LIST
### Hearing Date: July 25, 2025
### Hearing: Evidentiary Hearing on Confirmation of Debtor's Plan

| Exhibit No. | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| **Exhibit 001** | Financial Projections for PB Restaurants, Planet Express, and Times Square Buffet | | | |
| **Exhibit 002** | Liquidation Analysis | | | |
| **Exhibit 003** | Schedules and Statement of Financial Affairs | | | |
| **Exhibit 004** | [Intentionally Omitted] | | | |
| **Exhibit 005** | Loan Agreement between BUCA C LLC and Main Street Capital Corporation | | | |
| **Exhibit 006** | Services Agreement between BUCA C LLC and PB Restaurants, LLC | | | |

| | | | | |
|---|---|---|---|---|
| **Exhibit 007** | Subordination Agreement between BUCA C LLC, Main Street Capital Corporation, and PB Restaurants, LLC | | | |
| **Exhibit 008** | Email from T. Avallone dated Sept. 15, 2020; Planet Hollywood and Buca, LLC Organization Chart | | | |
| **Exhibit 009** | Planet Hollywood International, Inc. Consolidated Financial Statements and Independent Auditor's Report (2019) | | | |
| **Exhibit 0010** | Consolidated Loan Facility and Security Agreement | | | |
| **Exhibit 0011** | First Amendment to and Extension of Consolidated Loan Facility and Security Agreement | | | |
| **Exhibit 0012** | [Pending Production from Debtors – Written Analysis of Intellectual Property Valuation] | | | |
| **Exhibit 0013** | Email from C. Grzeszczak dated April 18, 2024; PHI and Shared Services 2023 Summary Balance Sheet | | | |
| **Exhibit 0014** | Email from C. Grzeszczak dated April 18, 2024; PHI and Shared Services 2023 Summary P&L | | | |

2

17331616

| | | | | |
|---|---|---|---|---|
| **Exhibit 0015** | PHL Holdings, LLC Proof of Claim (Claim 15) | | | |
| **Exhibit 0016** | Main Street Capital Corporation Proof of Claim (Claim 21) | | | |
| **Exhibit 0017** | PB Restaurant Claims in Buca Bankruptcy Case 24-80060 | | | |
| **Exhibit 0018** | Affidavit in Support of Confirmation (Docket 84) | | | |
| **Exhibit 0019** | Monthly Operating Report for Small Business Under Chapter 11 (Docket 78) | | | |
| **Exhibit 0020** | Joint Chapter 11 Case Management Summary (Docket 3) | | | |
| **Exhibit 0021** | PHL Holdings, LLC Consolidated Loan Balance | | | |
| **Exhibit 0022** | Notice of Default dated January 23, 2024 | | | |
| **Exhibit 0023** | Assignment of Membership Interest (Planet Hollywood (LV), LLC), PB Restaurants to PHL Holdings, LLC | | | |
| **Exhibit 0024** | Assignment of Membership Interest (Planet Hollywood (LV), LLC), PHL Holdings, LLC to Planet Hollywood, LLC | | | |

17331616

| | | | | |
|---|---|---|---|---|
| **Exhibit 0025** | Assignment of Membership Interest (Planet Hollywood (Memorabilia), LLC) PB Restaurants, LLC to PHL Holdings, LLC | | | |
| **Exhibit 0026** | Assignment of Membership Interest (Planet Hollywood (Memorabilia), LLC) PHL Holdings, LLC to Planet Hollywood, LLC | | | |
| **Exhibit 0027** | Assignment of Membership Interest (Planet Hollywood (Region IV), LLC) PB Restaurants, LLC to PHL Holdings, LLC | | | |
| **Exhibit 0028** | Assignment of Membership Interest (Planet Hollywood (Region IV), LLC) PHL Holdings, LLC to Planet Hollywood, LLC | | | |
| **Exhibit 0029** | Intellectual Property Assignment Agreement, dated January 31, 2024 | | | |
| **Exhibit 0030** | Amendment to $3,000,000 Secured Promissory Note, and $1,700,000 Secured Promissory Note, and $1,300,000 Secured Promissory Note, dated February 1, 2024 | | | |
| **Exhibit 0031** | Consulting Agreement | | | |

17331616

| | | | | |
|---|---|---|---|---|
| **Exhibit 0032** | Transcript of Deposition of Jeffrey Sirolly (July 15, 2025) | | | |
| **Exhibit 0033** | Transcript of Deposition of Jeffrey Sirolly (July 21, 2025) | | | |
| **Exhibit 0034** | Main Street's Requests for Production of Documents to Debtor PB Restaurants | | | |
| **Exhibit 0035** | PB Restaurants' Response to Main Street's Requests for Production of Documents | | | |
| **Exhibit 0036** | Main Street's Interrogatories and Requests for Admission to Debtor PB Restaurants | | | |
| **Exhibit 0037** | PB Restaurants' Notice of Serving Answers to Main Street's Interrogatories and Requests for Admission | | | |

17331616

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
### www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| PB RESTAURANTS, LLC, | ) | Case No. 6:25-bk-01957-LVV |
| | ) | *Lead case* |
| | ) | |
| | ) | *Jointly Administered with* |
| PLANET EXPRESS (LAX), LLC, | ) | Case No. 6:25-bk-01958-LVV |
| TIMES SQUARE BUFFET, LLC, | ) | Case No. 6:25-bk-01959-LVV |
| | ) | |
| Debtors. | ) | |

## EXHIBIT COVER SHEET

**Party submitting:**     **MAIN STREET CAPITAL CORPORATION**

**Exhibit 001**

**Admitted:**     YES     or     NO (circle one)

**Debtor(s):**     **PB RESTAURANTS, LLC; PLANET EXPRESS (LAX), LLC; AND TIMES SQUARE BUFFET, LLC**

**Case Nos.:**     **6:25-bk-01957-LVV**

**Nature of Hearing: Evidentiary Hearing on Confirmation of Debtor's Plan**

**Docket Nos. 36 and 71**
**United States Bankruptcy Court**
**Middle District of Florida**

**Dated: _____, 2025.**

**By: _____ , Deputy Clerk**

17331616