# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
### www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| PB RESTAURANTS, LLC, | ) | Case No. 6:25-bk-01957-LVV |
| | ) | *Lead case* |
| | ) | |
| | ) | *Jointly Administered with* |
| PLANET EXPRESS (LAX), LLC, | ) | Case No. 6:25-bk-01958-LVV |
| TIMES SQUARE BUFFET, LLC, | ) | Case No. 6:25-bk-01959-LVV |
| Debtors. | | |

## EXHIBIT COVER SHEET

**Party submitting:**    **MAIN STREET CAPITAL CORPORATION**

**Exhibit 008**

**Admitted:**    YES    or    NO (circle one)

**Debtor(s):**    **PB RESTAURANTS, LLC; PLANET EXPRESS (LAX), LLC; AND TIMES SQUARE BUFFET, LLC**

**Case Nos.:**    **6:25-bk-01957-LVV**

**Nature of Hearing: Evidentiary Hearing on Confirmation of Debtor's Plan**

**Docket Nos. 36 and 71**
**United States Bankruptcy Court**
**Middle District of Florida**

**Dated: _____, 2025.**

**By: _____ , Deputy Clerk**

## Martinez, Erika A.

| | |
|---|---|
| **From:** | Thomas Avallone <TAvallone@planethollywoodintl.com> |
| **Sent:** | Tuesday, September 15, 2020 2:08 PM |
| **To:** | Diego Fernandez |
| **Subject:** | FW: SmartDraw File Planet and Buca 7.3.2020.PDF |
| **Attachments:** | Planet and Buca 7.3.2020.PDF |

Per your request - org chart

Thomas Avallone
Vice Chairman
earlenterprises(tm)
Planet Hollywood®| Planet Hollywood Hotels®| Buca di Beppo®| Bertucci's | Earl of Sandwich®| Café Hollywood®Mixology101®| Bravo®| Brio®|Collide.com®
4700 Millenia Blvd, Suite #400
Orlando, Florida 32839
phone | 407.903.5555 cell | 407.257.5434
email | tavallone@earlenterprise.com

-----Original Message-----
From: Maria Velez
Sent: Tuesday, September 15, 2020 1:22 PM
To: Thomas Avallone
Subject: SmartDraw File Planet and Buca 7.3.2020.PDF

You can view this attachment using a PDF viewing program. Your computer probably already has one installed; if it doesn't, you can download a free viewer from www.adobe.com/reader
-----------------------------------------------------------------------------------------------------------------------------------------------------------------------

Disclaimer: This e-mail, including its contents and attachments, if any, is intended only for the individual(s) or entity(s) named within the message. This e-mail may contain confidential information. No oral or written communication (including this email and any attachments thereto) to or with any recipient hereof shall be deemed to expressly or implicitly create, amend, extend or otherwise affect any oral or written agreement previously entered into between the sender, or any entity whom they represent, and any recipient, or any entity whom they represent unless, if such communication is in writing, such communication expressly states that it is intended to create, amend, extend or otherwise affect such agreement. If you are not the named recipient, please notify the sender and immediately delete it. You may not disseminate, distribute, or forward this e-mail message or disclose its contents to anybody else and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. Copyright and any other intellectual property rights contained herein are the sole property of the sender. E-mail transmission cannot be guaranteed to be secure or error-free.

****************************************************************
**CAUTION:** This email originated from outside of the Main Street Capital. Do not click links or open attachments unless you recognize the sender and know the content is safe.
****************************************************************

