# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
## www.flmb.uscourts.gov

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Subchapter V |
| | ) |
| PB RESTAURANTS, LLC, | ) Case No. 6:25-bk-01957-LVV |
| | ) *Lead case* |
| | ) |
| | ) *Jointly Administered with* |
| PLANET EXPRESS (LAX), LLC, | ) Case No. 6:25-bk-01958-LVV |
| TIMES SQUARE BUFFET, LLC, | ) Case No. 6:25-bk-01959-LVV |
| Debtors. | |

## EXHIBIT COVER SHEET

**Party submitting:** **MAIN STREET CAPITAL CORPORATION**

**Exhibit 0030**

**Admitted:** YES  or  NO (circle one)

**Debtor(s):** **PB RESTAURANTS, LLC; PLANET EXPRESS (LAX), LLC; AND TIMES SQUARE BUFFET, LLC**

**Case Nos.:** **6:25-bk-01957-LVV**

**Nature of Hearing: Evidentiary Hearing on Confirmation of Debtor's Plan**

**Docket Nos. 36 and 71**
**United States Bankruptcy Court**
**Middle District of Florida**

**Dated: _____, 2025.**

**By: _____ , Deputy Clerk**

**FEBRUARY 2024 AMENDMENT TO**
**$3,000,000.00 SECURED PROMISSORY NOTE**
**AND**
**$1,700,000.00 SECURED PROMISSORY NOTE**
**AND**
**$1,300,000.00 SECURED PROMISSORY NOTE**

**THIS FEBRUARY 2024 AMENDMENT** (this "**Amendment**") is made effective as of the 1st day of February, 2024 (the "**Effective Date**"), by and among **PB RESTAURANTS, LLC**, a Delaware limited liability company (f/k/a PLANET HOLLYWOOD INTERNATIONAL, INC.) ("**PB**"), **PLANET HOLLYWOOD MEMORABILIA, LLC**, a Florida limited liability company (f/k/a PLANET HOLLYWOOD MEMORABILIA, INC.) ("**PH Memo**", or together with PB, "**Old Borrowers**"), **PLANET HOLLYWOOD, LLC**, a Florida limited liability company ("**Planet**", or together with PH Memo, "**New Borrowers**"), and **ROSEMIN STANOYTCHEV**, an individual resident of the state of Florida (hereinafter referred to as the "**Holder**").

**WITNESSETH:**

**WHEREAS**, Old Borrowers and Holder previously entered into: (i) that certain Secured Promissory Note dated July 6, 2012, in the principal amount of THREE MILLION DOLLARS ($3,000,000.00), which Promissory Note was amended pursuant to a First Amendment dated April 12, 2013, a January 2014 Amendment dated January 1, 2014, a July 2014 Amendment dated July 21, 2014, a December 2016 Amendment dated December 9, 2016, a January 2018 Amendment dated January 11, 2018, a November 2018 Amendment dated December 14, 2018, and a February 2021 Amendment dated February 1, 2021 (collectively the "**$3M Note**"); (ii) that certain Secured Promissory Note dated January 28, 2013, in the principal amount of ONE MILLION SEVEN HUNDRED THOUSAND DOLLARS ($1,700,000.00), which Promissory Note was amended pursuant to a First Amendment dated April 12, 2013, a January 2014 Amendment dated January 1, 2014, a July 2014 Amendment dated July 21, 2014, a December 2016 Amendment dated December 9, 2016, a January 2018 Amendment dated January 11, 2018, a November 2018 Amendment dated December 14, and a February 2021 Amendment dated February 1, 2021 (collectively the "**$1.7M Note**"); and (iii) that certain Secured Promissory Note dated July 25, 2013, in the principal amount of ONE MILLION THREE HUNDRED THOUSAND DOLLARS ($1,300,000.00), which Promissory Note was amended pursuant to a January 2014 Amendment dated January 1, 2014, a July 2014 Amendment dated July 21, 2014, a December 2016 Amendment dated December 9, 2016, a January 2018 Amendment dated January 11, 2018, a November 2018 Amendment dated December 14, 2018, and a February 2021 Amendment dated February 1, 2021 (collectively, the "**$1.3M Note**"). (The $3M Note, $1.7M Note and $1.3M Note are sometimes hereinafter collectively referred to as the "**Notes**");

**WHEREAS**, PB desires to assign its rights, liabilities and obligations under the Notes to Planet, and Planet desires to assume PB's rights, liabilities and obligations under the Notes, and;

**WHEREAS**, New Borrowers and Holder desire to amend the maturity date and collateral for the Notes.

**NOW, THEREFORE**, for and in consideration of the premises hereof and the mutual and reciprocal obligations undertaken herein, the parties hereto do hereby covenant, stipulate and agree as follows:

1. **Assignment and Assumption**. PB hereby assigns, transfers, and conveys to Planet all of PB's rights, liabilities and obligations under the Notes as of the Effective Date, and Planet hereby assumes all of PB's rights, liabilities and obligations under the Notes from and after the Effective Date. As of the Effective Date, Holder hereby releases PB from any and all further liabilities and/or obligations under the Notes.

2. **Modification of Maturity Date**. The provisions of Subparagraphs 2(a) and 7

of the $1.7M Note and $3M Note, as amended by Paragraphs 1 and 3 of the First Amendment to the $1.7M Note and the $3M Note, and the provisions of Subparagraphs 2(a) and 7 of the $1.3M Note, are hereby amended to provide that unless earlier paid, the Principal Sum of each of the Notes shall be due and payable in full on the date (the "**Maturity Date**") which is the earlier to occur of: (i) not less than forty five (45) days following receipt by Holder of written notice from New Borrowers of the date New Borrowers intends to pay to Holder the Principal Sum of each of the Notes; or (ii) not less than forty five (45) days following receipt by New Borrowers of written notice from Holder of the date Holder demands that New Borrowers pay the Principal Sum of each of the Notes; but in no event may Holder require that payment be made (and the Maturity Date occur) earlier than December 31, 2025 (the "**Demand Date**").

3. **Collateral**. Notwithstanding anything in the Notes to the contrary, as of the Effective Date, the Collateral is hereby amended and restated as set forth on **Exhibit "A"** attached hereto and incorporated herein by this reference. Holder's first priority lien and continuing security interest in and to the Collateral, as amended by this Amendment, shall remain in full force and effect.

4. **Controlling Document**. All of the terms and conditions of the Notes not otherwise amended hereby shall remain in full force and effect. In the event of any conflict between the terms of the Notes and the terms of this Amendment, the terms of this Amendment shall control.

[signature page follows]

IN WITNESS WHEREOF, PB, PH Memo, Planet and Holder have caused this Amendment to be duly executed as of the Effective Date.

**PB RESTAURANTS, LLC**, a Delaware limited liability company

By: _____
Name: Thomas Avallone
Its: Manager

**PLANET HOLLYWOOD MEMORABILIA, LLC**, a Florida limited liability company

By: _____
Name: Thomas Avallone
Its: Manager

**PLANET HOLLYWOOD, LLC**, a Florida limited liability company

By: _____
Name: Thomas Avallone
Its: Manager

Acknowledged and Accepted by:

_____
Rosemin Stanoytchev, Holder

GUARANTOR ACKNOWLEDGES AND CONFIRMS THAT THOSE CERTAIN GUARANTIES DATED JULY 6, 2012, JANUARY 28, 2013, AND JULY 25, 2013, REMAIN IN FULL FORCE AND EFFECT AND APPLY TO THE NOTES AS AMENDED BY THIS AMENDMENT.

**PLANET HOLLYWOOD RESORTS INTERNATIONAL, LLC**, a Florida limited liability company

# EXHIBIT "A"

SCHEDULE OF COLLATERAL

[please see attached]

| ItemNo | MovieTitle | Description | 2024 Insurance Value | Location |
|---|---|---|---|---|
| 17427 | How to Marry a Millionaire | Red sleeveless floor length dress | $337,319.77 | PH Costa Rica |
| 64067 | Ace Ventura: When Nature Calls | Mechanical Rhino | $215,884.66 | Orlando Warehouse |
| 16083 | Sabrina | Sabrina Fairchild's Dress | $202,391.86 | Orlando Warehouse |
| 30403 | Judge Dredd | Flying Taxi | $161,913.49 | Orlando Warehouse |
| 50812 | The Last Emperor | Sedan Chair | $107,942.33 | Orlando Warehouse |
| 24201 | Love Nest | Grey wool skirt suit | $107,942.33 | PH Costa Rica |
| 23388 | Sean Connery | White tux jacket w dress trousers | $107,942.33 | PH Costa Rica |
| 71296 |  | Charlie Chaplin's Cane | $107,942.33 | Prop Store |
| 10282 | Gone With the Wind | Rhett Butler's Suit | $107,942.33 | Orlando Warehouse |
| 34274 | My Fair Lady | Coral Suit | $107,942.33 | Orlando Warehouse |
| L08.1.2 | Saw IV | Jigsaw's Robe | $100,000.00 | Orlando Warehouse |
| 16090 | Dracula Has Risen from the Grave | Dracula's Costume | $80,956.75 | Orlando Warehouse |
| 33950 | Those Magnificent Men in Their Flying Machines, or How I Flew from London to Paris in 25 hours 11 minutes | Beige Wool Coat | $80,956.75 | Orlando Warehouse |
| 15524 | Charley Chaplin | Cane used in various movies | $80,956.75 | Orlando Warehouse |
| 36508 | Superman | Christopher Reeve Superman costume | $80,956.75 | PH Disney Springs |
| 17378 | Raiders of the Lost Ark | Staff of Rah Top Piece | $80,956.75 | Orlando Warehouse |
| 41688 |  | Marilyn Monroe's Silk Chiffon Evening Gown | $80,956.75 | Orlando Warehouse |
| 41697 | Gentlemen Prefer Blondes | Fuschia Gown | $78,258.19 | Orlando Warehouse |
| 25962 | The Beverly Hillbillies | Family Vehicle | $67,463.95 | Orlando Warehouse |
| 15519 | Giant | Jett's T-Shirt and Jeans | $67,463.95 | Orlando Warehouse |
| 93178 | Independence Day | Replica Mother Ship | $67,463.95 | Orlando Warehouse |
| 10967 | Lost in Space (TV Series) | Jupiter 2 Spaceship | $67,463.95 | Orlando Warehouse |
| 37331 | Big | Piano | $67,463.95 | Orlando Warehouse |
| 19282 | Bonnie and Clyde | 1934 Ford - Bullet Riddled | $67,463.95 | Orlando Warehouse |
| 16779 | Conan the Barbarian | Conan's Dagger Sheath | $66,283.34 | Orlando Warehouse |
| 10153 | Rocky III | Rocky's Boxing Robe | $64,765.40 | PH Disney Springs |
| 21931 | From Russia with Love | James Bond's Flare Gun | $60,000.00 | PHRC Las Vegas |
| 34026 | 2010: The Year We Make Contact | Leonov Spaceship | $53,971.16 | Orlando Warehouse |
| 10080 | Indiana Jones and the Last Crusade | Indiana Jones' Reproduction Whip | $53,971.16 | PH Costa Rica |
| 13879 | Terminator 2: Judgment Day | Terminator Figure | $48,509.43 | Orlando Warehouse |
| 37928 | Terminator 2: Judgment Day | Terminator Figure | $48,509.43 | Orlando Warehouse |
| 23672 | Terminator 2: Judgment Day | Terminator Figure | $48,509.43 | Orlando Warehouse |
| 25983 | Indecent Proposal | Dress | $47,224.77 | PH Cancun |
| 10295 | Splash | Mermaid Tail | $40,478.37 | Orlando Warehouse |
| 18354 |  | Madonna Truth or Dare Tour Bed | $40,478.37 | Orlando Warehouse |
| 34031 | Apollo 13 | Capsule from Original Molds | $40,478.37 | Orlando Warehouse |
| 34449 | Beetlejuice | Carousel Figure | $40,478.37 | Musee Cinema et Miniature Warehouse |
| 27889 | Judge Dredd | Judge Dredd Figure | $40,478.37 | Orlando Warehouse |
| 61419 | Back to the Future Part II | Pink Hoverboard | $40,478.37 | Orlando Warehouse |
| 13947 | Star Wars: Episode IV - A New Hope | X-Wing Fighter | $40,478.37 | Orlando Warehouse |
| 22484 | Star Wars: Episode IV - A New Hope | MSE-6-Series Repair Droid | $40,478.37 | Orlando Warehouse |
| 15542 | The Adventures of Robin Hood | Suede Tunic | $40,478.37 | Orlando Warehouse |
| 10208 | The Son of Sheik | Costume | $40,478.37 | Orlando Warehouse |
| 31046 | Camille | BLACK VELVET CAPE greta garbo | $40,478.37 | Orlando Warehouse |
| 46592 | Species | Sil's SFX Armor | $40,478.37 | PH Cancun |
| 27493 | Cleopatra | Cleopatra's Dress | $40,478.37 | Orlando Warehouse |
| 14617 | I Dream of Jeannie (TV Series) | Jeannie's Bottle | $40,478.37 | Orlando Warehouse |
| 17415 | Raiders of the Lost Ark | Golden Idol | $40,478.37 | Orlando Warehouse |
| 51571 | Superman III | Superman's Costume | $40,478.37 | Orlando Warehouse |
| 19252 | Voyage to the Bottom of the Sea (TV Series) | Dr. Gamma's Miniature Bomber Submarine | $40,478.37 | Orlando Warehouse |
| 35960 | It Happened One Night | Peter's Fedora | $40,478.37 | Orlando Warehouse |
| 27483 | Lawrence of Arabia | T.E. Lawrence's Costume | $40,478.37 | Orlando Warehouse |
| 23260 | Terminator 2: Judgment Day | Terminator Figure | $40,478.37 | Orlando Warehouse |
| 37933 | Terminator 2: Judgment Day | Terminator Figure | $40,478.37 | Orlando Warehouse |
| 57008 | Terminator 2: Judgment Day | Terminator Figure | $40,478.37 | Orlando Warehouse |
| 67836 | Terminator 2: Judgment Day | Terminator Figure | $40,478.37 | Orlando Warehouse |
| 23267 | Terminator 2: Judgment Day | Terminator Figure | $40,478.37 | Orlando Warehouse |
| 30043 | Terminator 2: Judgment Day | Terminator Figure | $40,478.37 | Orlando Warehouse |
| 13871 | Terminator 2: Judgment Day | Terminator Figure | $40,478.37 | Orlando Warehouse |
| 67832 | Terminator 2: Judgment Day | Terminator Figure | $40,478.37 | Orlando Warehouse |
| 12161 | Mermaids | Mrs. Flax's Mermaid Dress | $40,000.00 | Orlando Warehouse |
| 61047 | Hellraiser: Bloodline | Lament Configuration Puzzle Box | $40,000.00 | Orlando Warehouse |
| 20.3.1 | The Fast and the Furious | Replica of Brian's Mitsubishi Eclipse | $37,989.30 | PH Cancun |

| | | | | |
|---|---|---|---|---|
| 18589 | A Nightmare on Elm Street | Freddy Krueger Prop Head | $35,000.00 | Orlando Warehouse |
| 46454 | Cleopatra | Cleopatra's Throne | $33,731.98 | Orlando Warehouse |
| 24193 | Indiana Jones and the Last Crusade | Indiana Jones' Nazi Jacket and Hat | $33,731.98 | Orlando Warehouse |
| 19739 | Gone With the Wind | Gerald O'Hara's Coat | $33,731.98 | Orlando Warehouse |
| 10339 | A Nightmare on Elm Street 4: The Dream Master | Freddy Krueger's Sweater | $30,000.00 | PH Cancun |
| 40202 | Back to the Future Part II | Griff's Baseball Bat | $30,000.00 | PHRC Las Vegas |
| 39796 | Twelve Monkeys | Spacesuit | $26,985.58 | Heritage |
| 41691 | The Mark of Zorro | Zorro's Costume | $26,985.58 | Orlando Warehouse |
| 50204 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 73372 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 34194 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 27413 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 42168 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 57006 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 27417 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 23258 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 31628 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 73373 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 73376 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 73378 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 50205 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 50212 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 50206 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 57003 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 57000 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 24177 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 73377 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 24181 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 34196 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 42169 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 42173 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 34197 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 22752 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 40374 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 73379 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 73375 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 24176 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 27415 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 57002 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 57005 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 56998 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |

| | | | | |
|---|---|---|---|---|
| 56997 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 24180 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 27414 | Demolition Man | Cryogenically Frozen John Spartan Figure | $26,985.58 | Orlando Warehouse |
| 89280 | Lost in Space | Jupiter 1 Spaceship | $26,199.59 | PH Doha |
| 21154 | Avengers | Black umbrella | $26,116.17 | Orlando Warehouse |
| 19259 | Ice Station Zebra | TU-95 Bomber | $25,985.77 | Orlando Warehouse |
| Sports_21559 | Rocky IV | Boxing Gloves | $25,089.38 | Orlando Warehouse |
| Sports_21561 | Rocky IV | Boxing Gloves | $25,089.38 | Orlando Warehouse |
| Sports_21563 | Rocky IV | Boxing Gloves | $25,089.38 | Orlando Warehouse |
| Sports_21574 | Rocky IV | Adidas Boxing Shoes | $25,089.38 | PH Disney Springs |
| 10014 | River of No Return | Autographed Publicity Photograph | $25,000.00 | Orlando Warehouse |
| 17541 | Alien$^3$ | Control Console | $25,000.00 | Orlando Warehouse |
| 51185 | A League of Their Own | Doris Murphy's Uniform | $25,000.00 | PHRC Las Vegas |
| 50808 | Highlander | Kurgan's Sword | $25,000.00 | Orlando Warehouse |
| 73924 | | Mr. Olympia Overall Winner Plaque Replica | $25,000.00 | Orlando Warehouse |
| 13.1.2 | The Hunger Games | Clove's Chariot Costume | $25,000.00 | PH Cancun |
| 13.1.3 | The Hunger Games | District 3 Male Chariot Costume | $25,000.00 | Orlando Warehouse |
| 41687 | Gentlemen Prefer Blondes | Lorelei Lee's Velvet Pumps | $24,287.02 | Orlando Warehouse |
| 15528 | Mata Hari | Green Velvet Gown | $23,612.38 | Orlando Warehouse |
| 13904 | Grease | Danny's Leather Jacket | $23,612.38 | PH Costa Rica |
| 26947 | Yankee Doodle Dandy | George M. Cohan's Suit | $23,612.38 | Orlando Warehouse |
| 10935 | Mary of Scotland | Mary Stuart's Gown | $23,612.38 | Orlando Warehouse |
| 10055 | Rear Window | Camera | $23,612.38 | Orlando Warehouse |
| 25340 | Clash of the Titans | Aphrodite's Dress | $23,612.38 | Prop Store |
| 10106 | The Big Sleep | Vivian's Suit | $23,612.38 | Orlando Warehouse |
| 10325 | Scarface | Submachine Gun | $23,612.38 | Orlando Warehouse |
| 29071 | A Farewell to Arms | Lt. Frederic's Military Uniform | $23,612.38 | Orlando Warehouse |
| 40341 | A Star is Born | A Star is Born Early Fitting Dress | $23,612.38 | Orlando Warehouse |
| 15665 | My Man Godfrey | Irene Bullock's Nightgown | $23,612.38 | Orlando Warehouse |
| 83866 | Alien: Resurrection | Ripley's Costume | $22,924.64 | Orlando Warehouse |
| 24204 | A Sailor-Made Man | The Boy's Yachting Cap | $21,588.47 | Orlando Warehouse |
| 20.5.2 | Pirates of the Caribbean: The Curse of the Black Pearl | Elizabeth Swann's Dress | $20,850.05 | Orlando Warehouse |
| 12184 | | James Dean's Personal Items | $20,239.19 | Orlando Warehouse |
| 31113 | Citizen Kane | Emily Monroe Norton Kane's Dress | $20,239.19 | Orlando Warehouse |
| 37990 | Bugsy | Miniature Rendering of the Flamingo Hotel | $20,239.19 | Orlando Warehouse |
| 68447 | Night Gallery (TV Series) | Painting | $20,239.19 | Orlando Warehouse |
| 10006 | Indiana Jones and the Last Crusade | Autographed Promotional Hat | $20,239.19 | PH Costa Rica |
| 35389 | Indiana Jones and the Last Crusade | Indiana Jones' Shirt and Pants | $20,239.19 | PH Costa Rica |
| 19626 | Predator 2 | Full-Sized Predator Model | $20,239.19 | Orlando Warehouse |
| 23713 | Point Break | Surfboard | $20,239.19 | PH Costa Rica |
| 35399 | Ace Ventura: Pet Detective | Snowflake the Dolphin (Reproduction) | $20,239.19 | Orlando Warehouse |
| 50818 | Gunsmoke (TV Series) | Prop Capsule Gun | $20,239.19 | Orlando Warehouse |
| 34831 | The Mask | Painted Head | $20,239.19 | Musee Cinema et Miniature Warehouse |
| 37156 | | Marilyn Monroe's Sunglasses | $20,000.00 | Orlando Warehouse |
| 30050 | The Highlander's Sword | Highlander: The Final Dimension | $20,000.00 | Orlando Warehouse |
| 14727 | | Autographed Madonna Cone Bra | $20,000.00 | Orlando Warehouse |
| 23005 | Addams Family Values | Wednesday Wall | $20,000.00 | Orlando Warehouse |
| 73416 | The Shawshank Redemption | Andy's Prisoner Shirt | $20,000.00 | PHRC Las Vegas |
| 37347 | Son of the Pink Panther | Hat & Mask | $20,000.00 | Musee Cinema et Miniature Warehouse |
| 21.4.1 | Carry On Camping | Babs' Bikini | $19,305.90 | Orlando Warehouse |
| 25330 | The Hunt for Red October | Submarine | $18,000.00 | Orlando Warehouse |
| 37605 | Cliffhanger | Jacket | $16,191.35 | Orlando Warehouse |
| 20300 | The Singing Nun | Lambretta Motor Scooter | $16,191.35 | Orlando Warehouse |
| 20301 | The Singing Nun | Lambretta Motor Scooter | $16,191.35 | Orlando Warehouse |
| 19193 | The Fugitive | Miniature Train Track | $16,191.35 | Orlando Warehouse |
| 34321 | Clash of the Titans | Athena's Dress | $16,191.35 | Orlando Warehouse |
| 18679 | Iron Eagle | Miniature Fighter Jet | $16,191.35 | Orlando Warehouse |
| 41668 | Dead Ringer | Dress | $16,191.35 | Orlando Warehouse |
| 41994 | How to Marry a Millionaire | Pola Debevoise's Muff Purse | $16,191.35 | Orlando Warehouse |
| 37544 | Under Siege 2: Dark Territory | Miniature Train | $16,191.35 | Orlando Warehouse |
| 41643 | Wife vs. Secretary | Whitey's Gown | $16,191.35 | Orlando Warehouse |
| 41658 | The Taming of the Shrew | Katherine's Dress | $16,191.35 | Orlando Warehouse |
| 34446 | Beetlejuice | Beetlejuice Preacher Reproduction) | $16,191.35 | Orlando Warehouse |

| | | | | |
|---|---|---|---|---|
| 37352 | Top Gun | Miniature Fighter Jet | $16,191.35 | Orlando Warehouse |
| Sports_20248 | Rocky II | Reproduction of Rocky Balboa's Championship Belt | $16,191.35 | Orlando Warehouse |
| 10362 | Dances with Wolves | Lieutenant Dunbar's Rifle | $16,191.35 | Orlando Warehouse |
| 15321 | Cocoon: The Return | Animatronic Alien | $16,191.35 | Orlando Warehouse |
| 24195 | Some Like It Hot | Joe's Suit Jacket & Skirt | $16,191.35 | Orlando Warehouse |
| 25346 | Trail of the Pink Panther | Chief Insp. Jacques Clouseau's Trench Coat | $16,191.35 | Orlando Warehouse |
| 27398 | Gremlins 2: The New Batch | Gremlin | $16,191.35 | Musee Cinema et Miniature Warehouse |
| 30360 | Hot Shots! | Mailman's Miniature Jet | $16,191.35 | Orlando Warehouse |
| 34825 | Ace Ventura: Pet Detective | Shark Head | $16,191.35 | Musee Cinema et Miniature Warehouse |
| 34837 | The Jungle Book | Animatronic Tiger | $16,191.35 | Orlando Warehouse |
| 40310 | Ace Ventura: Pet Detective | Prop Alligator | $16,191.35 | Orlando Warehouse |
| 41680 | Golden Boy | Joe Bonaparte's Suit | $16,191.35 | Orlando Warehouse |
| 43454 | Interview with the Vampire: The Vampire Chronicles | Lestat Animatronic Head | $16,191.35 | Orlando Warehouse |
| 21925 | The Dirty Dozen | Maj. Reisman's M3 Grease Gun | $15,000.00 | Orlando Warehouse |
| 22816 | Indiana Jones and the Temple of Doom | Monkey Head | $15,000.00 | PH Costa Rica |
| 26942 | Ben-Hur | Ben-Hur's Tunic | $15,000.00 | PH Disney Springs |
| 40553 | Masters of the Universe | Skeletor's Sword | $15,000.00 | Musee Cinema et Miniature Warehouse |
| 51678 | Carlito's Way | Carlito's Suit | $15,000.00 | Orlando Warehouse |
| 77929 | Titanic | Old Rose's Mirror | $15,000.00 | Orlando Warehouse |
| 91128 | Blade | Deacon's Sword | $15,000.00 | Orlando Warehouse |
| 41363 | Miracle on 34th Street | Large Clock | $15,000.00 | Orlando Warehouse |
| 73922 | | Mr. World Trophy Replica | $15,000.00 | Orlando Warehouse |
| 64537 | The Crow | Eric Draven's Bodysuit | $15,000.00 | Orlando Warehouse |
| 13.1.14 | The Hunger Games | Peeta's Crowning Costume | $15,000.00 | Orlando Warehouse |
| 55029 | The Karate Kid | Cobra Kai Gi Shirt | $15,000.00 | PH Costa Rica |
| 55030 | The Karate Kid | Cobra Kai Gi Shirt | $15,000.00 | PH Cancun |
| 57031 | Willow | Animatronic Figure | $15,000.00 | Orlando Warehouse |
| 57032 | Willow | Animatronic Figure | $15,000.00 | Orlando Warehouse |
| 38954 | True Lies | Prop Ground to Air Missile Launcher | $15,000.00 | Orlando Warehouse |
| 10709 | | Marilyn Monroe's Perfume Bottle | $12,000.00 | Orlando Warehouse |
| 14850 | Band of Angels | Hamish Bond's Suit Jacket | $12,000.00 | Orlando Warehouse |
| 14964 | Robin Hood: Prince of Thieves | King Richard's Sword | $12,000.00 | PH Costa Rica |
| 39071 | Glory | Pvt. Trip's Rifle | $12,000.00 | Orlando Warehouse |
| 42006 | Gone With the Wind | Gentleman's Smoking Pipe | $12,000.00 | Musee Cinema et Miniature Warehouse |
| 61315 | Die Hard: With a Vengeance | John McClane's Bicycle | $12,000.00 | Orlando Warehouse |
| 61316 | Die Hard: With a Vengeance | John McClane's Bicycle | $12,000.00 | Orlando Warehouse |
| 53328 | A Very Brady Sequel | Greg's Guitar | $12,000.00 | PH Cancun |
| 17.3.21 | Cinderella Man | Jim Braddock's Boxing Trunks | $12,000.00 | Orlando Warehouse |
| 23033 | Saturday Night Live (TV Series) | Offer Letter | $11,873.66 | Orlando Warehouse |
| 18737 | Cocoon | Half Cocoon | $10,794.23 | Orlando Warehouse |
| 55364 | Top Gun | Miniature Fighter Jet | $10,794.23 | Orlando Warehouse |
| 93859 | Tomorrow Never Dies | Trishaw 3 Wheeled Vehicle | $10,794.23 | Orlando Warehouse |
| 10338 | A Nightmare on Elm Street 4: The Dream Master | Freddy Krueger's Glove | $10,794.23 | PH Cancun |
| 10648 | Lady Sings the Blues | Billi Holiday's Dress | $10,794.23 | Orlando Warehouse |
| 15539 | The Three Musketeers | D'Artagnan's Cape | $10,794.23 | Orlando Warehouse |
| 15657 | Gone With the Wind | Inscribed Book | $10,794.23 | Orlando Warehouse |
| 19684 | Little Big Man | Mrs. Pendrake's Dress | $10,794.23 | Orlando Warehouse |
| 21526 | | Elvis Presley Letter | $10,794.23 | Orlando Warehouse |
| 23231 | The Last Emperor | Wedding Palanquin | $10,794.23 | Orlando Warehouse |
| 23955 | Iron Eagle | Miniature Fighter Jet | $10,794.23 | Orlando Warehouse |
| 28548 | The Third Man | Holly Martin's Overcoat | $10,794.23 | Orlando Warehouse |
| 28561 | Becket | Becket's Chasuble & Alb | $10,794.23 | Orlando Warehouse |
| 28581 | Gigi | Gaston's Tuxedo | $10,794.23 | Orlando Warehouse |
| 30355 | Free Willy 2: The Adventure Home | Orca Model | $10,794.23 | Orlando Warehouse |
| 30421 | Ghostbusters | Miniature Building | $10,794.23 | Orlando Warehouse |
| 31073 | Bus Stop | Chérie's Gold High Heel Shoes | $10,794.23 | Orlando Warehouse |
| 31074 | Bus Stop | Chérie's Black High Heel Shoes | $10,794.23 | PHRC Las Vegas |
| 31497 | Hercules: The Legendary Journeys (TV Series) | Giant Hydra Head | $10,794.23 | Orlando Warehouse |
| 31503 | True Lies | Horse Model | $10,794.23 | Orlando Warehouse |
| 31548 | Planet of the Apes | Chimpanzee Costume | $10,794.23 | Orlando Warehouse |
| 33763 | Hot Shots! | Miniature Fighter Jet | $10,794.23 | Orlando Warehouse |
| 34399 | Appointment with Death | Lady Westholme's Dress | $10,794.23 | Orlando Warehouse |
| 36182 | Lawrence of Arabia | Camel Saddle | $10,794.23 | Orlando Warehouse |
| 41636 | Shanghai Express | Shanghai Lily's Feather Boa | $10,794.23 | Orlando Warehouse |
| 41673 | Key to the City | Steve Fisk's Suit | $10,794.23 | Orlando Warehouse |

| ID | Title | Item | Value | Location |
|---|---|---|---|---|
| 43632 | Independence Day | Miniature Fighter Jet | $10,794.23 | Orlando Warehouse |
| 44008 | Broken Arrow | Miniature Boxcar | $10,794.23 | Musee Cinema et Miniature Warehouse |
| 50810 | The Last Emperor | Sedan Chair | $10,794.23 | Orlando Warehouse |
| 53989 | Eraser | John "The Eraser" Kruger's Rail Gun | $10,794.23 | PHRC Las Vegas |
| 56742 | Gremlins 2: The New Batch | Miniature Elevator with Gremlins | $10,794.23 | Orlando Warehouse |
| 60925 | Trading Places | Billy Ray Valentine's Shoe Shine Machine | $10,794.23 | Orlando Warehouse |
| 61460 | Independence Day | Captain Steve Hiller's Class A Military Suit | $10,794.23 | PHRC Las Vegas |
| 63278 | Suarez | Carlota's Dress | $10,794.23 | Orlando Warehouse |
| 70732 | How the West Was Won | Arapaho Chief's Costume | $10,794.23 | Orlando Warehouse |
| 36180 | The Four Musketeers: Milady's Revenge | Galleon Ship Model | $10,794.23 | Musee Cinema et Miniature Warehouse |
| 15835 | Indiana Jones and the Temple of Doom | Mining Car | $10,794.23 | Orlando Warehouse |
| 22268 | Working Girl | Tess' Dress | $10,000.00 | Orlando Warehouse |
| 34192 | Beverly Hills Cop | Axel Foley's Shirt | $10,000.00 | Orlando Warehouse |
| 35776 | Die Hard: With a Vengeance | John McClane's Costume | $10,000.00 | Orlando Warehouse |
| 39799 | Dallas (TV Series) | Autographed Cowboy Hat | $10,000.00 | Orlando Warehouse |
| 41391 | Jurassic Park | Dinosaur Handler Costume | $10,000.00 | PH Costa Rica |
| 56881 | A Very Brady Sequel | Horse Statue | $10,000.00 | Orlando Warehouse |
| 53266 | A Very Brady Sequel | Horse Statue | $10,000.00 | Orlando Warehouse |
| 60702 | A Very Brady Sequel | Horse Statue | $10,000.00 | Orlando Warehouse |
| 59316 | Dracula | Jonathan Harker's Hero Journal | $10,000.00 | Orlando Warehouse |
| 17.3.12 | Frida | Frida Kahlo Original Poster Art | $10,000.00 | Orlando Warehouse |
| 30049 | Highlander | Highlander's Sword | $10,000.00 | Orlando Warehouse |
| 80627 | Jurassic Park | Strap-On Dinosaur Footprint Mold | $10,000.00 | PH Costa Rica |
| 17.2.5 | The Sopranos | Tony's Track Suit | $10,000.00 | PH Cancun/Orlando Warehouse |
| 63180 | I Love Lucy (TV Series) | Lucy Ricardo's Dress | $10,000.00 | Orlando Warehouse |
| 20.5.3 | X-Men Origins: Wolverine | Wolverine's Claws in Cast | $9,035.02 | PH Disney Springs |
| 20.5.8 | Ghost in the Shell | Major's Tactical Costume | $9,035.02 | Orlando Warehouse |
| 10025 | Butch Cassidy and the Sundance Kid | Butch Cassidy's Bicycle | $9,000.00 | Orlando Warehouse |
| 10058 | The Maltese Falcon | Reproduction Falcon Statue | $9,000.00 | Orlando Warehouse |
| 11019 | Star Trek VI: The Undiscovered Country | Autographed Star Trek VI: The Undiscovered Country Photograph | $9,000.00 | Orlando Warehouse |
| 11268 | Terminator 2: Judgment Day | The Terminator's Boots | $9,000.00 | Orlando Warehouse |
| 16882 | Jurassic Park | Jurassic Park Brochure and Map | $9,000.00 | PHRC Las Vegas |
| 36314 | Jurassic Park | Jurassic Park Brochure and Map | $9,000.00 | Orlando Warehouse |
| 20944 | Jurassic Park | Jurassic Park Brochure and Map | $9,000.00 | Orlando Warehouse |
| 51530 | Jurassic Park | Jurassic Park Brochure and Map | $9,000.00 | Orlando Warehouse |
| 51533 | Jurassic Park | Jurassic Park Brochure and Map | $9,000.00 | Orlando Warehouse |
| 62294 | Jurassic Park | Jurassic Park Brochure and Map | $9,000.00 | Orlando Warehouse |
| 19801 | Cool Runnings | Derice's Autographed Bodysuit | $9,000.00 | Orlando Warehouse |
| 23237 | Thoroughly Modern Millie | Millie Dillmount's Dress | $9,000.00 | Orlando Warehouse |
| 24394 | Star Trek VI: The Undiscovered Country | Place Setting | $9,000.00 | Orlando Warehouse |
| 31528 | Jurassic Park | Jurassic Park Brochure and Map | $9,000.00 | PH Costa Rica |
| 41806 | Toy Story | Promotional Woody Figure | $9,000.00 | PH Disney Springs |
| 55974 | The Wiz | Tin Man Costume | $9,000.00 | Orlando Warehouse |
| 68016 | True Lies | Harry Tasker's Trench Coat | $9,000.00 | Orlando Warehouse |
| 70587 | Die Hard: With a Vengeance | Zeus' Distressed Costume | $9,000.00 | Orlando Warehouse |
| 91263 | Armageddon | Spacesuit | $9,000.00 | Orlando Warehouse |
| 95396 | The Spy Who Loved Me | Autographed Poster | $9,000.00 | Orlando Warehouse |
| 88656 | Baywatch | Mitch's Jacket | $9,000.00 | PH Disney Springs |
| 21088 | Jurassic Park | Walkie-Talkie | $9,000.00 | PHRC Las Vegas |
| 73481 | The Addams Family | Wednesday's Torture Rack | $9,000.00 | Orlando Warehouse |
| 13.1.9 | The Hunger Games | Katniss' Apartment Costume | $9,000.00 | Orlando Warehouse |
| 17.3.10 | Titanic | Deck Chair | $9,000.00 | Orlando Warehouse |
| 17.3.11 | Titanic | Deck Chair | $9,000.00 | PH Disney Springs |
| 24518 | Army of Darkness | Zombie Warrior Figure | $9,000.00 | Orlando Warehouse |
| 38428 | Friday the 13th Part VII: The New Blood | Jason's Mask | $8,601.65 | PH Disney Springs |
| Sports_21567 | Rocky IV | Heavy Bag Gloves | $8,363.18 | PH Disney Springs |
| Sports_21572 | Rocky IV | Rocky's Groin Protector | $8,363.18 | Orlando Warehouse |
| Sports_21573 | Rocky IV | Rocky's Groin Protector | $8,363.18 | Orlando Warehouse |
| 10912 | Popeye | Popeye's Costume | $8,095.67 | Orlando Warehouse |
| 10974 | Ghost | Jukebox | $8,095.67 | Orlando Warehouse |
| 13976 | Rocky | Side of Beef | $8,095.67 | Orlando Warehouse |
| 16086 | That Hamilton Woman | Lord Horatio Nelson's Costume | $8,095.67 | Orlando Warehouse |
| 18263 | The Alamo | Jim Bowie's Hat | $8,095.67 | Orlando Warehouse |

| | | | | |
|---|---|---|---|---|
| 18519 | Hot Shots! | Miniature Fighter Jet | $8,095.67 | Orlando Warehouse |
| 18683 | Hot Shots! | Miniature Fighter Jet | $8,095.67 | Orlando Warehouse |
| 18752 | Rocky | Side of Beef | $8,095.67 | Orlando Warehouse |
| 19232 | Cleopatra | Ibis Headed Sphinx | $8,095.67 | Orlando Warehouse |
| 22765 | Samson and Delilah | The Saran of Gaza's Sword and Sheath | $8,095.67 | Orlando Warehouse |
| 23256 | Suburban Commando | Miniature Spaceship | $8,095.67 | Orlando Warehouse |
| 23387 | Gunsmoke (TV Series) | Capsule Gun | $8,095.67 | Orlando Warehouse |
| 27771 | Sister Act 2: Back in the Habit | Deloris Van Cartier's Costume | $8,095.67 | Orlando Warehouse |
| 31030 | Operator 13 | Captain Jack Gailliard's Tailcoat | $8,095.67 | Orlando Warehouse |
| 31031 | One Sunday Afternoon | Biff Grimes' Suit | $8,095.67 | Orlando Warehouse |
| 32086 | Anna Karenina | Anna Karenina's Hand Muff | $8,095.67 | Orlando Warehouse |
| 33723 | Big Trouble in Little China | Oriental Bust | $8,095.67 | Orlando Warehouse |
| 33934 | The Three Musketeers: The Queens Diamonds | Aramis' Costume | $8,095.67 | Orlando Warehouse |
| 34447 | Beetlejuice | Adam Maitland's Tuxedo Replica | $8,095.67 | Orlando Warehouse |
| 40367 | Madame Bovary | Rodolphe Boulanger's Costume | $8,095.67 | Orlando Warehouse |
| 42074 | Amelia Earhart: The Final Flight (TV Movie) | Miniature Plane | $8,095.67 | Orlando Warehouse |
| 46456 | Dallas (TV Series) | J.R.'s Boots | $8,095.67 | Orlando Warehouse |
| 46503 | | Oliver Hardy's Grooming Kit | $8,095.67 | Orlando Warehouse |
| 50813 | Little Buddha | Siddhartha's Throne | $8,095.67 | Orlando Warehouse |
| 51567 | The King and I | Place Setting | $8,095.67 | Orlando Warehouse |
| 52705 | Quiz Show | Quiz Show Camera | $8,095.67 | Orlando Warehouse |
| 55822 | Captain Blood | Deck Cannon | $8,095.67 | Orlando Warehouse |
| 55896 | Men in Black | Edgar's Rifle | $8,095.67 | Orlando Warehouse |
| 55907 | Rocky III | Rocky's Sparring Helmet | $8,095.67 | PH Costa Rica |
| 55920 | Cyborg | Gibson Rickenbacker's Costume | $8,095.67 | Orlando Warehouse |
| 55938 | Gulliver's Travels (TV Mini-Series) | Miniature Building | $8,095.67 | Orlando Warehouse |
| 56685 | Backdraft | Chicago Fire Department Uniform Shirt | $8,095.67 | Orlando Warehouse |
| 56973 | Independence Day | Russell Casse's Flight Suit Costume | $8,095.67 | PHRC Las Vegas |
| 60560 | The Postman Always Rings Twice | Confession Letter | $8,095.67 | Orlando Warehouse |
| 61325 | Chain Reaction | Miniature Tanker Truck | $8,095.67 | Orlando Warehouse |
| 63196 | Kazaam | Kazaam's Costume | $8,095.67 | PH Doha |
| 63351 | Eraser | John "The Eraser" Kruger's Rail Gun | $8,095.67 | PHRC Las Vegas |
| 92123 | The English Patient | Hana's Nurse's Uniform | $8,095.67 | Orlando Warehouse |
| 92143 | Mrs. Brown | Queen Victoria's Costume | $8,095.67 | Orlando Warehouse |
| 92154 | I Dreamed of Africa | Kuki's White Shift Dress | $8,095.67 | Orlando Warehouse |
| 10044 | The Blair Witch Project | Blair Witch Project Stick Figure | $8,000.00 | PH Disney Springs |
| 10352 | Friday the 13th Part VI: Jason Lives | Jason's Mask | $8,000.00 | PH Disney Springs |
| 10635 | | Marilyn's Gloves | $8,000.00 | Orlando Warehouse |
| 10692 | The Blues Brothers | Guitar | $8,000.00 | Musee Cinema et Miniature Warehouse |
| 15365 | Porgy and Bess | Bess's Dress | $8,000.00 | Orlando Warehouse |
| 23960 | Some Like It Hot | Autographed Bra | $8,000.00 | Orlando Warehouse |
| 28546 | Anne of the Thousand Days | King Henry VIII's Tunic | $8,000.00 | Orlando Warehouse |
| 33780 | Anne of the Thousand Days | King Henry VIII's Tunic | $8,000.00 | Musee Cinema et Miniature Warehouse |
| 34193 | The Bodyguard | Frank Farmer's Wakizashi Sword | $8,000.00 | Orlando Warehouse |
| 37130 | The Quest | Golden Dragon | $8,000.00 | Orlando Warehouse |
| 38524 | Friday the 13th Part VIII: Jason Takes Manhattan | Jason's Mask | $8,000.00 | PH Disney Springs |
| 39072 | Glory | Sgt. Maj. John Rawlins' Rifle | $8,000.00 | Orlando Warehouse |
| 40368 | The Cutting Edge | D.B. Sweeney and Moira Kelly Autographed Jersey | $8,000.00 | Orlando Warehouse |
| 42501 | Twelve Monkeys | Jeffery Goines' Hospital Gown & Pants | $8,000.00 | Orlando Warehouse |
| 49635 | Radio City Rockettes | Toy Soldier Costume | $8,000.00 | PH Disney Springs |
| 51153 | A League of Their Own | Rockford Peaches Uniform | $8,000.00 | PH Costa Rica |
| 51179 | A League of Their Own | Rockford Peaches Uniform | $8,000.00 | PH Disney Springs |
| 51258 | Forrest Gump | Backup Wheelchair | $8,000.00 | Orlando Warehouse |
| 52953 | South Pacific | Nellie's Sailor Top | $8,000.00 | Orlando Warehouse |
| 61328 | Eraser | Prop EM-1 Railgun | $8,000.00 | Orlando Warehouse |
| 62855 | 20,000 Leagues Under the Sea | Giant Anchor | $8,000.00 | Orlando Warehouse |
| 63182 | Don Juan DeMarco | Autographed Chair | $8,000.00 | Orlando Warehouse |
| 69357 | Energizer Bunny (Commercial) | Sketches | $8,000.00 | Orlando Warehouse |
| 88285 | The Truman Show | Truman Burbank's Bicycle | $8,000.00 | Orlando Warehouse |
| 92117 | The Dirty Dozen | Maj. Reisman's Military Jacket & Cap | $8,000.00 | Orlando Warehouse |
| 70642 | Back to the Future Part III | Prop "Hill Valley Telegraph" Newspaper | $8,000.00 | Orlando Warehouse |
| 60521 | Back to the Future | "Save the Clock Tower" Flyer | $8,000.00 | Orlando Warehouse |

| | | | | |
|---|---|---|---|---|
| 63381 | Back to the Future | "Save the Clock Tower" Flyer | $8,000.00 | Orlando Warehouse |
| 63380 | Back to the Future | "Save the Clock Tower" Flyer | $8,000.00 | Orlando Warehouse |
| 19177 | Back to the Future Part II | "You're Fired" Fax | $8,000.00 | Orlando Warehouse |
| 64691 | Back to the Future Part II | "You're Fired" Fax | $8,000.00 | Orlando Warehouse |
| 53873 | Back to the Future Part II | "You're Fired" Fax | $8,000.00 | Orlando Warehouse |
| 64689 | Back to the Future Part II | "You're Fired" Fax | $8,000.00 | Orlando Warehouse |
| 68202 | Back to the Future Part III | Letter from Doc (3 copies) | $8,000.00 | Orlando Warehouse |
| 21150 | Baywatch | Autographed David Hasselhoff Baywatch Swim Trunks | $8,000.00 | PH Disney Springs |
| 80667 | | Valentino's Cobra Hood Ornament | $8,000.00 | Orlando Warehouse |
| 73808 | The Basketball Diaries | Jim Carroll's Ithaca 12 Gauge Shotgun | $8,000.00 | Orlando Warehouse |
| 17.3.7 | The Hurricane | Rubin Carter's Robe & Trunks | $8,000.00 | PH Cancun/Orlando Warehouse |
| 70830 | The Lucy Show (TV Series) | Lucy Carmichael's Cleopatra Bracelet | $8,000.00 | Orlando Warehouse |
| 13.2.8 | The Sopranos (TV Series) | Tony Soprano's Shirt | $8,000.00 | Orlando Warehouse |
| 19.7.1 | Venom | Eddie Brock's Leather Jacket | $8,000.00 | PH Doha |
| 19.9.39 | Iron Fist (TV Series) | Danny Rand's Fight Costume | $7,789.93 | Orlando Warehouse |
| 16907 | Alien³ | Cryo Tube | $7,500.00 | PH Doha |
| 50804 | Indiana Jones and the Temple of Doom | Thuggee Sword | $7,500.00 | PH Doha |
| 62864 | Indiana Jones and the Temple of Doom | Thuggee Sword | $7,500.00 | PH Costa Rica |
| 56329 | Jurassic Park | Fake Amber Rock | $7,500.00 | PH Costa Rica |
| 55496 | Copland | Freddy Heflin's Uniform | $7,500.00 | Orlando Warehouse |
| 55500 | Copland | Freddy Heflin's Uniform | $7,500.00 | Orlando Warehouse |
| 55501 | Copland | Freddy Heflin's Uniform | $7,500.00 | Orlando Warehouse |
| 55502 | Copland | Freddy Heflin's Uniform | $7,500.00 | Orlando Warehouse |
| 55504 | Copland | Freddy Heflin's Uniform | $7,500.00 | Orlando Warehouse |
| 55505 | Copland | Freddy Heflin's Uniform | $7,500.00 | Orlando Warehouse |
| 55506 | Copland | Freddy Heflin's Uniform | $7,500.00 | Orlando Warehouse |
| 55508 | Copland | Freddy Heflin's Uniform | $7,500.00 | Orlando Warehouse |
| 55512 | Copland | Freddy Heflin's Uniform | $7,500.00 | Orlando Warehouse |
| 55513 | Copland | Freddy Heflin's Uniform | $7,500.00 | Orlando Warehouse |
| 78303 | Titanic | Olaf Gunderson's 3rd Class Ticket | $7,500.00 | Orlando Warehouse |
| 78296 | Titanic | Olaf Gunderson's 3rd Class Ticket | $7,500.00 | Orlando Warehouse |
| 79409 | Mortal Kombat: Annihilation | Jade's Costume | $7,000.00 | PH Cancun |
| Sports_21569 | Rocky IV | Rocky's Boxing Gloves | $7,000.00 | PH Costa Rica |
| 10713 | | Marilyn Monroe's Curling Iron | $7,000.00 | Orlando Warehouse |
| 16891 | Eraser | John "The Eraser" Kruger's Rail Gun | $7,000.00 | PHRC Las Vegas |
| 37390 | Jurassic Park | Prop Shotgun | $7,000.00 | Musee Cinema et Miniature Warehouse |
| 39506 | Daddy Long Legs | Julie Andre's Dress | $7,000.00 | Musee Cinema et Miniature Warehouse |
| 70829 | Harvey | Autographed Harvey Sketch | $7,000.00 | Orlando Warehouse |
| 50908 | Pulp Fiction | 15 Bonarc Poker Chips | $7,000.00 | Orlando Warehouse |
| 13.1.13 | The Hunger Games | Cato's Bloody Arena Costume | $7,000.00 | PH Doha |
| 78299 | Titanic | Olaf Gunderson's 3rd Class Ticket | $7,000.00 | Orlando Warehouse |
| 10713 | | Marilyn Monroe's Curling Iron | $7,000.00 | Orlando Warehouse |
| 69124 | Forrest Gump | Playboy Page Insert | $7,000.00 | Orlando Warehouse |
| 29618 | Wes Craven's New Nightmare | Freddy Krueger's Hat | $7,000.00 | Orlando Warehouse |
| 68970 | Jason Goes to Hell: The Final Friday | Jason's Mask | $7,000.00 | Orlando Warehouse |
| 92125 | The English Patient | Jacket and Shirt | $6,746.40 | Orlando Warehouse |
| 11430 | Batman (TV Series) | Reproduction Bat Radio | $6,746.40 | Orlando Warehouse |
| 10084 | Backdraft | Brian McCaffrey's Fireman Coat | $6,746.40 | PHRC Las Vegas |
| 14651 | The Last of the Mohicans | Abenaki Gunstock War Club | $6,746.40 | Orlando Warehouse |
| 19217 | Demolition Man | John Spartan's S.A.P.D Shirt | $6,746.40 | Orlando Warehouse |
| 19710 | Bugsy | Bugsy's Bathrobe | $6,746.40 | Orlando Warehouse |
| 22998 | Addams Family Values | Cousin Itt | $6,746.40 | PH Disney Springs |
| 27834 | D2: The Mighty Ducks | Adam Banks' Uniform | $6,746.40 | PH Costa Rica |
| 19143 | Sleepless in Seattle | Jonah Baldwin's Teddy Bear | $6,500.00 | Orlando Warehouse |
| 94214 | 1993 Girlie Show World Tour | Madonna's Tour Wardrobe | $6,000.00 | Orlando Warehouse |
| 70999 | A Very Brady Sequel | Marcia's Hairbrush | $6,000.00 | PH Disney Springs |
| 69065 | Batman Forever | Batman's Prop Gas Hand Gun | $6,000.00 | PHRC Las Vegas |
| 24398 | Camelot | Orante Wooden Trunk | $6,000.00 | Orlando Warehouse |
| 10464 | Commando | Desert Eagle .357 Magnum Pistol | $6,000.00 | Orlando Warehouse |
| 74635 | Coneheads | Beldar Conehead's Head Appliance | $6,000.00 | Orlando Warehouse |
| 75244 | Coneheads | Prymatt's Head Appliance | $6,000.00 | Orlando Warehouse |
| 44012 | Cyborg | Gibson Rickenbacker's Mask & Costume | $6,000.00 | Orlando Warehouse |
| 10364 | Dances with Wolves | Lieutenant Dunbar's Colt 1860 Army Revolver | $6,000.00 | Orlando Warehouse |

| | | | | |
|---|---|---|---|---|
| 47555 | Die Hard: With a Vengeance | John McClane's Briefcase | $6,000.00 | Orlando Warehouse |
| 34530 | Dumb & Dumber | Lloyd Christmas' Tuxedo | $6,000.00 | PH Disney Springs |
| 53366 | Forrest Gump | Lieutenant Dan's Army Uniform | $6,000.00 | Orlando Warehouse |
| 63471 | Forrest Gump | Forrest Gump's Hospital Gown | $6,000.00 | Orlando Warehouse |
| 42051 | Ghost | Sam Wheat's Money Jar | $6,000.00 | Musee Cinema et Miniature Warehouse |
| 87795 | Halloween H20: 20 Years Later | Michael Myers' Knife | $6,000.00 | Orlando Warehouse |
| 73923 | | Mr. Universe Best Arms Trophy Replica | $6,000.00 | Orlando Warehouse |
| 51264 | Pulp Fiction | Big Kahuna Burger Paper Cup | $6,000.00 | Orlando Warehouse |
| 24477 | Robin Hood: Prince of Thieves | Azeem's Scimitar Sword | $6,000.00 | PH Doha |
| 80756 | Roseanne (TV Series) | Chair | $6,000.00 | Orlando Warehouse |
| 63137 | Shine | Eden Lodge Piano | $6,000.00 | Orlando Warehouse |
| 58854 | | Dame Edna's Eyeglasses | $6,000.00 | Orlando Warehouse |
| 21.6.7 | The Great Wall | Tovar's Costume | $6,000.00 | Orlando Warehouse |
| 70483 | The Greatest Show on Earth | Phyllis' Necklace and Earrings | $6,000.00 | Orlando Warehouse |
| 49628 | The Quest | Christopher Dubois' | $6,000.00 | Orlando Warehouse |
| 78121 | Titanic | "S.S. TITANIC" Lifeboat Sign | $6,000.00 | Orlando Warehouse |
| 13.2.3 | To Wong Foo, Thanks for Everything, Julie Newmar | Vida's Shirt | $6,000.00 | Orlando Warehouse |
| 14665 | Wayne's World | Autographed Guitar | $6,000.00 | PH Disney Springs |
| 22565 | Batman (TV Series) | Prop Rocket | $6,000.00 | Orlando Warehouse |
| 51161 | A League of Their Own | Racine Belles Tunic | $5,000.00 | Orlando Warehouse |
| 51166 | A League of Their Own | Racine Belles Tunic | $5,000.00 | PH Cancun |
| 60517 | Back to the Future | Prop "Hill Valley Telegraph" Newspaper | $5,000.00 | Orlando Warehouse |
| 82057 | Back to the Future | Prop "Hill Valley Telegraph" Newspaper | $5,000.00 | Orlando Warehouse |
| 82056 | Back to the Future | Prop "Hill Valley Telegraph" Newspaper | $5,000.00 | Orlando Warehouse |
| 34617 | Batman Returns | Gotham Public Works Sign | $5,000.00 | Orlando Warehouse |
| 74473 | Beetlejuice | Rock Formation | $5,000.00 | PH Disney Springs |
| 63315 | Carlito's Way | Kleinfeld's Suit | $5,000.00 | PH Costa Rica |
| 19660 | Desperately Seeking Susan | Autographed Boots | $5,000.00 | Orlando Warehouse |
| 47557 | Die Hard: With a Vengeance | Inspection Set | $5,000.00 | Orlando Warehouse |
| 67871 | Eraser | Parachute and parachute pack | $5,000.00 | Orlando Warehouse |
| 69340 | Energizer Bunny (Commercial) | Engergizer Bunny Pieces | $5,000.00 | Orlando Warehouse |
| 19.12.3 | Fast & Furious Presents: Hobbs & Shaw | Shaw's Russian Party Hero Tuxedo | $5,000.00 | PH Cancun/Orlando Warehouse |
| 49623 | Forrest Gump | Lt. Dan's Hospital Costume | $5,000.00 | Orlando Warehouse |
| 53370 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 17352 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 17353 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 17354 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 17359 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 17360 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 17361 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 17362 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 17363 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 17364 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 17365 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 17366 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 17368 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 17375 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 17377 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 22438 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 22439 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 22440 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 22452 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 22459 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 22460 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 22462 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 22463 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 22464 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 22465 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 22468 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 22469 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 22470 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 22471 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 22472 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 22473 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 22474 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 22475 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |

| 22476 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
|---|---|---|---|---|
| 22477 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 24212 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 24213 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 24214 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 24215 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 24219 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 24220 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 24221 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 24222 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 24223 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 24224 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 24225 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 24226 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 24227 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 24228 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 24229 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 24230 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 24231 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 24279 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 24308 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 30954 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 30955 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 30956 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 30960 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 30969 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 30970 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 30972 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 30973 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 30974 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 30975 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 30976 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 30977 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 53371 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 53373 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 63767 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 63785 | Goldfinger | Gold Bar | $5,000.00 | Orlando Warehouse |
| 82595 | Good Will Hunting | Sean Maguire's Cardigan | $5,000.00 | Orlando Warehouse |
| 88450 | Hairspray | Aqua Net Hairspray | $5,000.00 | Orlando Warehouse |
| 54081 | Hellraiser: Bloodline | SFX Head & Bust | $5,000.00 | Orlando Warehouse |
| 55858 | Hook | Peter's Birthright Papers | $5,000.00 | Orlando Warehouse |
| 22828 | Indiana Jones and the Temple of Doom | Kryta Doll | $5,000.00 | Orlando Warehouse |
| 22829 | Indiana Jones and the Temple of Doom | Kryta Doll | $5,000.00 | Orlando Warehouse |
| 22827 | Indiana Jones and the Temple of Doom | Kryta Doll | $5,000.00 | Orlando Warehouse |
| 22830 | Indiana Jones and the Temple of Doom | Kryta Doll | $5,000.00 | Orlando Warehouse |
| 38525 | Interview with the Vampire: The Vampire Chronicles | Skeleton | $5,000.00 | Orlando Warehouse |
| 53632 | Major League | Charlie Sheen's Baseball Bat | $5,000.00 | Orlando Warehouse |
| 63579 | Masters of the Universe | Eternian Soldier Rifle | $5,000.00 | Orlando Warehouse |
| 63590 | Masters of the Universe | Eternian Soldier Rifle | $5,000.00 | Orlando Warehouse |
| 94230 | Meet the Parents | Greg's Costume | $5,000.00 | Orlando Warehouse |
| 42040 | Night of the Living Dead | Human Chest Cavity | $5,000.00 | Orlando Warehouse |
| 69243 | Private Parts | Puppet Theater | $5,000.00 | Orlando Warehouse |
| 37373 | Pulp Fiction | Jules Winnfield's Wig | $5,000.00 | Orlando Warehouse |
| 34804 | Rambo III | Rambo's Camouflage Pants | $5,000.00 | Musee Cinema et Miniature Warehouse |
| 53469 | Rocky V | Tommy Gunn Corner Crew Shirt | $5,000.00 | Orlando Warehouse |
| 80757 | Roseanne (TV Series) | Ottoman | $5,000.00 | Orlando Warehouse |
| 68991 | Set it Off | Cleopatra "Cleo" Sims' Mask | $5,000.00 | Orlando Warehouse |
| 64453 | Star Trek: Deep Space Nine (TV Series) | Jar of Tribble Food | $5,000.00 | Orlando Warehouse |
| 64454 | Star Trek: Deep Space Nine (TV Series) | Jar of Tribble Food | $5,000.00 | Orlando Warehouse |
| 12141 | Star Trek: The Motion Picture | James T. Kirk Poster | $5,000.00 | Orlando Warehouse |
| 12142 | Star Trek: The Motion Picture | Spock Poster | $5,000.00 | Orlando Warehouse |
| 73496 | The Addams Family | Wednesday Addams' Headless Doll | $5,000.00 | Orlando Warehouse |
| 73442 | The Birdcage | Albert Goldman's Eyeglass Case | $5,000.00 | Orlando Warehouse |
| 44000 | The Brady Bunch Movie | Giant Check | $5,000.00 | PH Disney Springs |

| | | | | |
|---|---|---|---|---|
| 34024 | The First Great Train Robbery | Pierce's Smoking Jacket | $5,000.00 | Musee Cinema et Miniature Warehouse |
| 70059 | The Hand That Rocks the Cradle | Prop Shovel | $5,000.00 | Orlando Warehouse |
| 13.1.7 | The Hunger Games | Thresh's Chariot Costume | $5,000.00 | PH Cancun |
| 68988 | The Mask | Distressed Alarm Clock | $5,000.00 | Orlando Warehouse |
| 69804 | Titanic | "Titanic" Life Vest | $5,000.00 | Orlando Warehouse |
| 69809 | Titanic | "Titanic" Life Vest | $5,000.00 | Orlando Warehouse |
| 69849 | Titanic | "Titanic" Life Vest | $5,000.00 | Orlando Warehouse |
| 69855 | Titanic | "Titanic" Life Vest | $5,000.00 | Orlando Warehouse |
| 69874 | Titanic | "Titanic" Life Vest | $5,000.00 | Orlando Warehouse |
| 69893 | Titanic | "Titanic" Life Vest | $5,000.00 | Orlando Warehouse |
| 69875 | Titanic | "Titanic" Life Vest | $5,000.00 | Orlando Warehouse |
| 17.3.9 | Titanic | First-Class Dining Chair | $5,000.00 | PH Disney Springs |
| 91255 | Urban Legend | Brenda Bates' Parka | $5,000.00 | Orlando Warehouse |
| 25354 | Yentl | Yentl's Wool Hat | $5,000.00 | Orlando Warehouse |
| 45980 | Cobb | Ty Cobb's Baseball Bat | $5,000.00 | Orlando Warehouse |
| 23173 | Working Girl | Tess' Coat | $5,000.00 | Orlando Warehouse |
| 13180 | Ben-Hur | Ben-Hur's Shirt | $5,000.00 | Orlando Warehouse |
| 37161 | Baywatch | Autographed David Hasselhoff Baywatch Swim Trunks | $4,500.00 | Orlando Warehouse |
| 62633 | Baywatch | Mitch Buchannon's Swim Trunks | $4,500.00 | Orlando Warehouse |
| 52914 | A League of Their Own | Autographed Baseball Bat | $4,000.00 | PH Disney Springs |
| Sports_10050 | A League of Their Own | Autographed Baseball Glove | $4,000.00 | PH Disney Springs |
| | | | $10,003,119.32 | |