# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION
### www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| PB RESTAURANTS, LLC, | ) | Case No. 6:25-bk-01957-LVV |
| | ) | *Lead case* |
| | ) | |
| | ) | *Jointly Administered with* |
| PLANET EXPRESS (LAX), LLC, | ) | Case No. 6:25-bk-01958-LVV |
| TIMES SQUARE BUFFET, LLC, | ) | Case No. 6:25-bk-01959-LVV |
| Debtors. | | |

## EXHIBIT COVER SHEET

**Party submitting:**      **MAIN STREET CAPITAL CORPORATION**

**Exhibit 0032**

**Admitted:**      **YES    or    NO (circle one)**

**Debtor(s):**      **PB RESTAURANTS, LLC; PLANET EXPRESS (LAX), LLC; AND TIMES SQUARE BUFFET, LLC**

**Case Nos.:**      **6:25-bk-01957-LVV**

**Nature of Hearing:** **Evidentiary Hearing on Confirmation of Debtor's Plan**

**Docket Nos. 36 and 71**
**United States Bankruptcy Court**
**Middle District of Florida**

**Dated: _____, 2025.**

**By: _____ , Deputy Clerk**

Page 1

```
 1              IN THE UNITED STATES BANKRUPTCY COURT
                    MIDDLE DISTRICT OF FLORIDA
 2                          ORLANDO
 3
 4   In re:
 5   PB RESTAURANTS, LLC,        ) Chapter 11
                                 ) Subchapter V
 6                               )
                                 ) Case No. 6:25-bk-01957-LVV
 7                               ) Lead case
                                 )
 8   PLANET EXPRESS (LAX), LLC,  ) Jointly Administered with
     TIMES SQUARE BUFFET, LLC,   ) Case No. 6:25-bk-01958-LVV
 9                               ) Case No. 6:25-bk-01959-LVV
             Debtors.           )
10
11
     _____/
12
13   DEPOSITION VIA VIDEO
     TELECONFERENCE OF:     JEFFREY CHARLES SIROLLY
14
     TAKEN BY:              Main Street Capital Corporation
15
     DATE:                  July 15, 2025
16
     TIME:                  12:11 P.M. - 4:00 P.M.
17
     PLACE:                 ALL PARTIES APPEARING REMOTELY
18
     REPORTED BY:           JOANNE HAHN, COURT STENOGRAPHER
19                          NOTARY PUBLIC
20
21
22
23
24
25
```

Page 2

1   A P P E A R A N C E S :
2   JOSHUA W. WOLFSHOHL, ESQUIRE
    JACK EIBAND, ESQUIRE
3   M. SHANE JOHNSON, ESQUIRE
    OF: Porter Hedges, LLP
4       1000 Main Street, 36th Floor
        Houston, Texas  77002-2764
5       jwolfshohl@porterhedges.com
6           APPEARING ON BEHALF OF MAIN STREET CAPITAL
            CORPORATION
7
    R. SCOTT SHUKER, ESQUIRE
8   OF: Shuker & Dorris, P.A.
        121 South Orange Avenue, Suite 1120
9       Orlando, Florida  32801
        rshuker@shukerdorris.com
10
            APPEARING ON BEHALF OF PB RESTAURANTS, LLC
11
12
    ALSO PRESENT:  Erika Martinez, Esquire
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1                       I N D E X

2   TESTIMONY OF JEFFREY CHARLES SIROLLY:

3       DIRECT EXAMINATION - By Mr. Wolfshohl.............5

4   CERTIFICATE OF OATH..................................99

5   CERTIFICATE OF STENOGRAPHER.........................100

6   ERRATA SHEET........................................101

7   NOTIFICATION LETTER.................................102

8

9           EXHIBITS MARKED FOR IDENTIFICATION:

10  EXHIBIT NO. 1 (Planet & Buca 2020 Org Chart)..........19

11  EXHIBIT NO. 2 (Audit & Consolidated Financials).......19

12  EXHIBIT NO. 3 (PHL Facility - Original Document)......42

13  EXHIBIT NO. 4 (PHL Facility - First Amendment).......44

14  EXHIBIT NO. 5 (E-mail, 4/18/24)......................47

15  EXHIBIT NO. 6 (PHI & SS 2023 Summary Balance Sheet)...50

16  EXHIBIT NO. 7 (PHI& SS 2023 Summary P&L).............50

17  EXHIBIT NO. 8 (PHL Proof of Claim)...................56

18  EXHIBIT NO. 9 (Affidavit in Support of Confirmation)..86

19  EXHIBIT NO. 10 (PB Restaurants May MOR)..............86

20  EXHIBIT NO. 11 (Case Management Summary).............93

21

22

23

24

25

Page 4

1                        ------

2                  S T I P U L A T I O N S

3         It is hereby stipulated and agreed by and between

4    the counsel for the respective parties and the deponent

5    that the reading and signing of the deposition

6    transcript be reserved.

7                        ------

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 5

1                    P R O C E E D I N G S

2                         - - - - -

3            THE COURT STENOGRAPHER:   Would you raise your

4       right hand, please?

5            Do you swear or affirm that the testimony

6       you're about to give will be the truth, the whole

7       truth and nothing but the truth?

8            THE WITNESS:   I do

9                    JEFFREY CHARLES SIROLLY,

10   Having been first duly sworn, testified under oath as

11   follows:

12                    DIRECT EXAMINATION

13   BY MR. WOLFSHOHL:

14       Q.   Mr. Sirolly, I'm Josh Wolfshohl with Porter

15   Hedges.  I represent Main Street Capital Corporation.

16   You're here today as the representative for, is it,

17   three different debtor entities, correct?

18       A.   Correct.

19       Q.   Can you identify those entities for me, please?

20       A.   PB Restaurants, Planet Hollywood LAX, and Time

21   Square Buffet.

22       Q.   And what is your role with each of those

23   entities?

24       A.   I am general counsel for Earl Enterprises, and

25   those three entities fall under the Earl Enterprises

Page 6

1   umbrella.  I'm generally secretary for most, but not all

2   of the entities on the org chart.  I don't know for

3   those in particular.  I know I'm the secretary for PBL.

4   I don't know about the subs.

5        Q.   When you say org chart, are you talking about a

6   particular org chart?  I was going to put one up that we

7   have, but I don't know if it's the current org chart.

8   When you say org chart, are you talking about everybody

9   under the Earl Enterprises umbrella?

10       A.   Correct, yeah.  I usually say Earl Enterprises

11  is a trademark and we use the trademark to describe the

12  business interests of Robert Earl and his family.  So

13  sort of everything underneath that umbrella is what we

14  call Earl Enterprises.  And the three debtors that were

15  mentioned fall under that umbrella.

16       Q.   So are you employed by Earl Enterprises

17  specifically?

18       A.   I am employed by an entity called Earl

19  Enterprises Corporate.

20       Q.   How long have you been with Earl Enterprises

21  Corporate?

22       A.   Earl Enterprises Corporate was formed around

23  2023, maybe early 2024.  So it's been my paycheck

24  company -- we'll call it -- since then.  And before that

25  I was getting my paycheck from the Debtor PB

Page 7

1    Restaurants.

2        Q.   And how long were you with the Debtor PB

3    Restaurants?

4        A.   Again, I joined Earl Enterprises in early 2017.

5        Q.   What did you do before that?

6        A.   Before that, I was in-house counsel at a

7    company called CNL based here in Orlando, Florida.

8        Q.   And does CNL have any affiliation with Robert

9    Earl?

10       A.   No.

11       Q.   So when you refer to PB Restaurants, it had a

12   different name at the time that you initially got

13   retained by them, correct?

14       A.   Correct.

15       Q.   What was that name?

16       A.   Planet Hollywood International, Inc.

17       Q.   Has PB Restaurants had any other names other

18   than that, to your knowledge?

19       A.   Not that I'm aware of.

20       Q.   Okay.  What is Earl Enterprises?

21       A.   Again, Earl Enterprises is a Federally

22   registered trademark.  We use it to refer to the

23   business interests of Robert Earl and his family.

24       Q.   And do you -- I mean, I'm not -- this isn't a

25   memory test.  Could you tell me what entities you're the

Page 8

1  general counsel for that are within that, like I

2  referred to it as the umbrella?

3      A.   Again, there's probably 80 to 100 entities that

4  I say would fall under the Earl Enterprises umbrella.

5  And I am general counsel for all those entities.

6      Q.   Let me do this, can we -- let's go to the org

7  chart quickly.

8          Can you see that, Mr. Sirolly?

9      A.   Yes, I have an org chart in front of me.

10     Q.   Okay.  And I think this is -- I think we got

11  this in 2020.  I imagine it's not exactly the same now.

12  But if you take a look at it, can you tell me if that --

13  are you familiar with this structure?

14     A.   Yeah.  I'm vaguely familiar with this

15  structure, yes.  This is, to your point, an old org

16  chart.

17     Q.   Okay.  So if you look, I guess, right below OCS

18  Group Holdings, Inc., where it says Planet Hollywood

19  Resorts International, LLC; is that the Debtor entity or

20  is it the entity below that?

21     A.   The lead debtor is the PB Restaurants, LLC

22  entity.

23     Q.   Okay.  So it was called PB Restaurants, LLC by

24  2020; is that right?

25     A.   I don't remember.  I would have to look at the

Page 9

1   corporate records, but in or about then looks like, yes.

2       Q.   If you start on the left side -- and I'm really

3   just wanting to understand what your role was at these

4   different companies.  If you start on the left side

5   where it has what appears to be all of the different

6   Buca entities, which I am familiar with, you're familiar

7   with.  Are you the general counsel for those

8   Buca-related entities?

9       A.   I was for several years.  When I started at

10  Earl Enterprises, I was a deputy general counsel.  Then

11  after something like a year or two, I was elevated to

12  the general counsel role, so in or about 2019.  So yeah,

13  I was general counsel for the Buca entities sometime in

14  or about 2019.

15      Q.   And did you remain in that role all the way

16  through Bucca's bankruptcy filing?

17      A.   Yes.  I was removed from sort of any officerial

18  position with Buca on July 3rd of 2024.

19      Q.   And if you go to the right of the Buca entities

20  where it says Planet Express (LAX), is that one of the

21  Debtor entities?

22      A.   Correct.  That's the LAX entity I referred to

23  earlier.

24      Q.   Okay.

25      A.   I think I said Planet Hollywood, but apparently

Page 10

1    the name is Planet Express (LAX).

2        Q.    What is the SM Pier Holdings, LLC?

3        A.    I don't remember its exact affiliation, but

4    there's a restaurant an the Santa Monica Pier that goes

5    by the name of Seaside on the Pier.  That's not the

6    tenant or operator entity, but it must have something to

7    do with that.

8        Q.    Does it still exist?

9        A.    The Seaside on the Pier restaurant still

10   exists.

11       Q.    Who owns that?

12       A.    That is -- and again, I don't know the exact

13   entity structure, but it's a 50/50 JV, with 50 percent

14   being sort of on the Robert Earl side of the house and

15   50 percent being -- the partner's name is a guy named

16   Michael Liberty.

17       Q.    Is that -- is the 50 percent owned by a

18   separate Robert Earl entity, or is it still owned by the

19   Debtors; Debtors being PB Restaurants?

20       A.    Yes.  PB Restaurants today does not have any

21   interest in the Seaside on the Pier restaurant.

22       Q.    Do you know when -- recognizing this is a 2020

23   org chart, do you know when it ceased to be owned by PB

24   Restaurants, LLC?

25       A.    I don't.

Page 11

1      Q.   Going down the list, looks like the entity

2   below that's a payroll entity; is that correct?  Is that

3   just like an entity that managed payroll for other

4   entities, or what is that?

5      A.   Yeah.  Again, I don't know what Restaurant

6   Payroll, LLC is.  I don't recall that entity.  But

7   agreeing with your -- payroll in the name, I assume it

8   had that purpose.  But I don't believe that's on the

9   Earl Enterprises sort of -- I don't think it exists

10  today.

11     Q.   Okay.  Going back to SM Pier Holdings, the

12  Seaside restaurant, are you the GC of that entity?

13     A.   Again, I define myself as general counsel for

14  Earl Enterprises and Seaside on the Pier restaurant

15  falls underneath Earl Enterprises.  If you look at the

16  corporate records for Seaside on the Pier, it doesn't

17  say I'm general counsel.  It just -- again, I'm general

18  counsel of Earl Enterprises and one of the things under

19  the Earl Enterprises umbrella is the Seaside on the Pier

20  restaurant.

21     Q.   And can you tell me anything about how that

22  entity was moved out of the PB Restaurants umbrella and

23  put over into an Earl Enterprises separate entity?

24     A.   I have no recollection at this moment.

25     Q.   All right.  If you look to the right of this

Page 12

1    little area we were talking about and you look at where

2    it says Planet Hollywood Region 4, LLC.

3         A.   Yes.

4         Q.   Are you familiar with that entity?

5         A.   Yes.  I get that confused.  There's a Region 6

6    and a Region 4.  But I believe Region 4 is the

7    intellectual property entity.

8         Q.   That's my understanding as well.  Does that

9    entity still hold the intellectual property?

10        A.   Correct, yes.

11        Q.   And this is showing on this org chart as being

12   owned by PB Restaurants, correct?

13        A.   Yes.  On this org chart that's how it's shown.

14        Q.   It's no longer owned by PB Restaurants, is it?

15        A.   Correct.  It's not.

16        Q.   How is it it's no longer owned by PB

17   Restaurants; how did it get moved out of PB Restaurants?

18        A.   The new owners of an entity called Planet

19   Hollywood, LLC, it was moved out -- I think it was

20   effective February 1st of '24.  So it went from PB

21   Restaurants to Planet Hollywood, LLC February 1st of

22   '24.

23        Q.   And what was the transaction that effectuated

24   that?

25        A.   That one, it was forgiveness by PHL Holdings of

Page 13

1    $30 million of debt.

2        Q.    It wasn't transferred to PHL Holdings, though,

3    was it?

4        A.    No.  PHL Holdings and Planet Hollywood, LLC are

5    sister companies.  So the transaction, I think initially

6    went to PHL, then PHL same day spun it out to the Planet

7    Hollywood, LLC entity.

8        Q.    And you said that happened in February; you

9    said February 1st of 2024?

10       A.    Correct.

11       Q.    Were there transaction documents related to

12   that?

13       A.    There's an Assignment and Assumption of

14   Membership Interests from PB Restaurants to PHL.  And

15   then I believe there's an Assignment and Assumption of

16   Membership Interests from PHL to Planet Hollywood, LLC.

17       Q.    Did you produce those documents in connection

18   with the discovery requests that were sent to PB

19   Restaurants, the Request for Production?

20       A.    Not that I'm aware of, no.

21       Q.    Why didn't you?

22           MR. SHUKER:  I'm going to object to the extent

23       attorney-client privilege.  The specific answer, if

24       you want it, is that you defined who transfers to

25       affiliates under the Bankruptcy Code and PHL is not

Page 14

1      an affiliate under the Bankruptcy Code definition.

2          MR. WOLFSHOHL:  Okay.  Did you have any issue

3      with producing that information?  Is that -- Scott,

4      are you -- is there is a reason why you wouldn't

5      produce that at this point?

6          MR. SHUKER:  We didn't produce it initially

7      because we didn't think the definition that was used

8      covered it.  I'll check with my client to see if we

9      can give you the transaction documents from the 2024

10     restructure.

11         MR. WOLFSHOHL:  Okay.  And I'll look closer at

12     the documents.  I think they do cover it, but I'll

13     look at it and if we have a difference of opinion,

14     I'll let you know.

15         MR. SHUKER:  Okay.

16  BY MR. WOLFSHOHL:

17     Q.   Let's talk about -- I realize I don't have the

18  transaction documents.  But I'll talk to and test your

19  memory a little bit so I can understand about that

20  transaction.

21     A.   Yes.

22     Q.   So you said it was a forgiveness of 30 million

23  of debt under the PHL credit facility; is that what I

24  heard?

25     A.   Correct.  PHL Holdings had a loan agreement

Page 15

1    with PB Restaurants.  And underneath that loan agreement

2    PHL Holdings waived, forgave, whatever the term is,

3    $30 million of debt in exchange for the membership

4    interest in Planet Hollywood Region 4.

5        Q.   Okay.  And are you also a -- the general

6    counsel for PHL Holdings?

7        A.   I don't know that officially.  I know I'm not a

8    secretary for PHL Holdings, so I have no official

9    corporate capacity for that entity.  One can certainly

10   make the statements that PHL falls under the Earl

11   Enterprises umbrella.  But I can't say I had to -- in my

12   eight or so years with Earl Enterprises, I don't

13   necessarily recall doing work for PHL, but I'm not sure.

14       Q.   What is PHL?

15       A.   PHL Holdings, to the best of my knowledge, is

16   an entity that Robert Earl and his family used to loan

17   or invest money in various businesses.

18       Q.   Does PHL have similar credit arrangements with

19   other Robert Earl entities, to your knowledge?  I mean,

20   similar to the one that we were talking about a moment

21   ago, the one that PB Restaurants has, the one that was

22   50 million then I think went to up to 60 million?

23       A.   I don't know if similar is the right word.  I

24   don't know.  But PHL has been used by, again, Robert

25   Earl indirectly to loan or invest in various businesses,

Page 16

1   some of which are on the Earl Enterprises org chart.

2       Q.   And as to the forgiveness of debt that you said

3   was about $30 million, does -- do you have any idea what

4   the total outstanding debt was at the time that that 30

5   million was applied to it?

6       A.   It was roughly $80 million, I believe.

7       Q.   So as of the petition date, the petition for PB

8   Restaurants' bankruptcy filing, I think I saw the

9   balance is now 34 million; does that sound right?

10      A.   Correct.

11      Q.   So other than the 30 million that was credit,

12  how did the other amounts -- how did it go from 80

13  million to 23 million?

14      A.   There were two other sort of transactions.  I

15  believe they were all dated February 1st of '24.  So we

16  talked about IP.  The other big one was Planet Hollywood

17  Memorabilia, which I presume would be on this org chart.

18      Q.   Yes, I think it is.  It's two spots down

19  from -- sorry.

20      A.   It's on the right column, not the far right but

21  the next one over.  So that entity was moved as well in

22  exchange for that.  And the PHL forgave $20 million of

23  debt and then assumed a $6 million liability associated

24  with Memorabilia.  And then the other transaction that

25  comes to mind is there was an entity called Cafe

Page 17

1   Hollywood, which is -- sorry, I'm looking.  I don't see

2   it on this org chart.  I might be missing it.  But a

3   restaurant called Cafe Hollywood that was conveyed to

4   PHL Holdings in consideration for $5 million of debt

5   consolidation.

6        Q.   Five million, you said?

7        A.   Correct.

8        Q.   Going back -- that's 20 million, plus 30, plus

9   five; is that it?

10       A.   Those are the three principal parts of that

11  deal, yes.

12       Q.   Okay.  And I guess, do you know if during that

13  transaction you were representing PHL as well as serving

14  as general counsel for PB Restaurants?

15       A.   Again, I don't know for sure.  It was all under

16  the auspices of Earl Enterprises.  I worked with Tom

17  Avallone on that transaction.

18       Q.   What's Tom Avallone's role with Earl

19  Enterprises?

20       A.   Tom is -- I think officially sort of goes by

21  the monicker vice-chairman for LLCs underneath Earl

22  Enterprises.  He is generally sort of a manager.  Also

23  sometimes has the title president or treasurer,

24  depending on the entity.  But he has been with Robert

25  for 30-plus years and essentially sort of a number two

Page 18

1  at Earl Enterprises.

2      Q.    What law firms represented PB Restaurants and

3  PHL in connection with the restructure, the February

4  restructure?

5      A.    GrayRobinson is sort of our primary outside

6  counsel.  I'm not aware of any other law firm that

7  worked on that transaction.

8      Q.    So they would -- there wasn't anybody

9  separately, I guess, is what I'm asking; there wasn't

10 anybody separately representing PHL, it was just one law

11 firm representing, I guess, the overall Earl group in

12 connection with putting that transaction together; is

13 that correct?

14     A.    Correct.  I think -- I don't know for sure, but

15 I believe I did the membership interest assignments.  I

16 think I drafted them.  But I will say GrayRobinson is

17 generally our corporate counsel for transactions and

18 other things underneath the Earl Enterprises umbrella.

19     Q.    How did -- I'm going to say you, but I guess I

20 mean how did Earl Enterprises or PB Restaurants, I

21 guess, come to the $30 million amount for the reduction

22 of indebtedness; what was that based on?  This is for

23 the trademark entity.

24     A.    Yes.  So my understanding from talking to Tom

25 Avallone is that we looked at revenue from sort of the

Page 19

1   trademarks over the last few years and applied a

2   multiple to it.  And then we -- yeah, that's what we had

3   to look at, sort of both the domestic and international

4   portfolio.  I think at the time there were two

5   international restaurants that were operating.  I think

6   we're down to one now.  Then you look at the revenue

7   from the U.S. operations and, again, look at those

8   numbers, applied a multiple to it to arrive at the

9   $30 million number.

10      Q.   And do you know what those numbers were, the

11  revenue numbers at the time that you did the

12  February 2024 restructure?

13      A.   I do not.

14      Q.   So let's go to -- we can take a break from the

15  org chart.  I'm going to switch over to another exhibit

16  if you give me just a second -- actually, you know what,

17  I didn't mark the prior one.  Let's mark the org chart

18  as Exhibit 1 and let's mark this as Exhibit 2.

19           (Exhibit Nos. 1 & 2 were marked for

20       identification.)

21  BY MR. WOLFSHOHL:

22      Q.   Can you take a look at this document?  And just

23  tell us how you want us to scroll through it so you can

24  look at it and tell me if you are familiar with it at

25  all.

Page 20

1        A.    Just reading the heading, I've seen this

2   document at some point.  But again, on the legal side of

3   the house, I tend to stay away from the numbers.

4        Q.    Is this Purvis Gray, is that who did the

5   audited financials for the Debtors?

6        A.    Can you scroll down?  I don't see Purvis Gray

7   on the screen in front of me.

8              Yeah, I see that.  Yeah, as far as I know PB

9   Restaurants hasn't had an audit the last few years, so

10  this very well might be the last audit that was done.

11  But yeah, Purvis Gray -- we've used a few different

12  auditing firms over the years, but I am familiar with

13  the Purvis Gray name.

14       Q.    So you say -- you just said that you think

15  maybe this was the last audited financial?

16       A.    For PB Restaurants.  Maybe there's a 2020, I

17  don't know.

18       Q.    I'm going to go to -- I'll go to Page 21 of

19  this document.  So you see the heading Agreements, it

20  says the notes to the consolidated financials?

21       A.    Yes, I do.

22       Q.    Do you see where it says, kind of in the

23  middle, says fees -- well, first of all, if you can just

24  read this and tell me if this is referring to the, I

25  guess, revenue that we were talking about previously

Page 21

1  related to the IP?

2      A.    I don't know for sure.  I wasn't sort of

3  involved in the calculation.

4      Q.    So the $3.5 per year, you're not familiar with

5  what the -- whether that was the revenue under the

6  license agreement related to the intellectual property?

7      A.    Correct.  Again, I don't know -- this is only

8  talking about hotels.  I think I referred to the idea

9  there were two restaurants back in the day.  We had

10  one -- I don't have my timing down -- but one that still

11  operates, I believe, in Doha.  And one that used to

12  operate in Malta.  So those were sort of top of mind for

13  me.  This is on the hotel side of the house, which is

14  sort of a different revenue stream from the restaurants.

15      Q.    Would the restaurants be added to this amount?

16      A.    Correct, yeah.  This paragraph is purely

17  talking about Planet Hollywood Resorts.

18      Q.    The revenue -- presumably -- in 2019 if you put

19  them all together -- and I'm talking about all being

20  everything that's in that entity that we were talking

21  about.  I'm going to call it the Region 4 entity, the

22  Planet Hollywood Region 4, LLC.  It would have been more

23  than this that I'm referring to here, because it would

24  have included restaurants as well as hotels; is that

25  right?

Page 22

1          MR. SHUKER:   Object to foundation.

2          You can answer if you can.

3          THE WITNESS:   Yeah, again the restaurant

4      revenue would be in addition to hotel revenue.   But

5      for what it's worth, obviously restaurant revenue is

6      essentially a royalty, much smaller numbers than

7      hotel numbers.

8  BY MR. WOLFSHOHL:

9      Q.   Got it.   But all of that intellectual property

10 was housed in that one entity, and that was all part of

11 that transaction we just talked about, the $30 million

12 debt forgiveness?

13     A.   Correct.   The idea was that Planet Hollywood

14 Region 4 generally owns the IP associated with the

15 Planet Hollywood brand.   In exchange for ownership -- in

16 membership that that entity, PHL Holdings agreed to

17 discharge, waive -- whatever the right word is --

18 $30 million of debt.

19     Q.   Did anyone from outside of Earl Enterprises

20 do -- participate in the assessment of the $30 million

21 valuation, or was that just done internally?

22     A.   Again, outside of sort of GrayRobinson maybe,

23 I'm not aware of any third-party involvement.

24     Q.   Did you -- to your knowledge, did GrayRobinson

25 provide any kind of opinion letter or valuation report

Page 23

1  or anything like that?

2       A.   Not that I'm aware of, no.

3       Q.   Was there any -- I'm going to sound like a

4  broken record.  I think you may have already answered

5  this.  Was there anybody other than GrayRobinson that

6  provided any kind of assessment as to the value of that

7  intellectual property prior to determining the

8  $30 million amount?

9       A.   Again, I wasn't involved in sort of the

10  calculation, but not that I'm aware of.

11       Q.   What about on the $20 million that was applied

12  on the Planet Hollywood Memorabilia, LLC entity?

13       A.   I believe that number was based on -- we have

14  to do periodic appraisals of memorabilia for insurance

15  purposes.  I believe that number was sort of based on

16  insured value, which follows the appraisals.

17       Q.   Okay.  And you said there was a $6 million

18  liability that was assumed?

19       A.   Correct.

20       Q.   I think I saw something about that.  So again,

21  was that -- with that entity, there was no outside

22  appraisal done or any other report provided by any

23  outside source?

24       A.   Again, I think that number came from sort of

25  the insured value, slash, appraised values that we

Page 24

1    already had in-house, not that were ordered for that

2    transaction in particular.

3        Q.   I got it.  What about as to the Cafe Hollywood;

4    was there any kind of -- what was done to assess the

5    $5 million value that was ascribed to it?

6        A.   My assumption is that, again, it was Tom

7    Avallone.  I don't know if he consulted anybody.  It was

8    based on -- when you buy and sell restaurants, it's

9    generally a multiple of EBITDA.  So he probably provided

10   a multiple to the EBITDA to that restaurant and also

11   took into account that I think that lease expires either

12   in '27 or '29.  So it only has a few years left.

13       Q.   So the assessment of value was done internally

14   and not by any external sources?

15       A.   Yes, to the best of my knowledge.  But I defer

16   to Tom Avallone who would have been more involved in

17   that aspect.

18       Q.   Was there anything else that was transferred to

19   either PHL or to, you know, a sister company like you

20   had referred to with regard to the trademark entity; was

21   there anything else transferred as part of that

22   February 2024 transaction out of PB Restaurants or an

23   entity owned by PB Restaurants to any other entities?

24       A.   Not that I'm aware of.  I think those are the

25   three primary, and maybe sole components of that

Page 25

1  transaction.

2      Q.   Who are the other officers of PB Restaurants?

3      A.   Not having the corporate books in front of me,

4  I'm going off memory.  I believe Robert and Tom are the

5  managers and my understanding is I'm secretary.  Then in

6  certain of our entities a gentleman named Gio at our

7  office, I think, has the title vice-president.

8      Q.   Staying on the audit, I'm going to Page 7.  If

9  you look at this page, Mr. Sirolly, the second paragraph

10 if you go about midway down, there's a line that starts,

11 during fiscal year 2018 the company opened and operates

12 a Chicken Guy restaurant in Orlando, Florida; do you see

13 where it says that?

14     A.   Yes, I do.

15     Q.   What is Chicken Guy?

16     A.   Chicken Guy is a joint venture between Robert

17 and Guy Fieri.

18     Q.   Is this entity still owned -- or is this

19 restaurant still owned either directly or indirectly by

20 PB Restaurants?

21     A.   It's not owned by PB Restaurants.  Again, the

22 brand runs up to Robert Earl under a series of entities.

23     Q.   When did it cease to be part of PB Restaurants?

24 Because it's referred to here in this audit as being

25 part of PB Restaurants?  When did it cease to be part of

Page 26

1   PB Restaurants?

2        A.   I don't know for sure.

3        Q.   And right after that it says -- it refers to

4   the Seaside on the Pier.  That's the other one we talked

5   about previously; is that right?

6        A.   Correct.

7        Q.   Both of these in 2019 -- according to this

8   audit, both of these restaurant concepts, were at least

9   partly owned by PB Restaurants; is that right?

10       A.   Again, based on the audit.  I can't

11  independently verify, but that's what the audit says.

12       Q.   And to your knowledge, now both of those are --

13  well, I realize they're joint ventures, so there's

14  people outside of Robert Earl that own a piece of them,

15  but to your knowledge, both of those restaurant concepts

16  are now owned, at least in part, by a different Robert

17  Earl entity; is that right?

18       A.   Correct.  Outside of PB Restaurants, yes.

19       Q.   But you're not sure when it got transferred?

20       A.   I am not.

21       Q.   Are you involved in either of those concepts at

22  this point; like as in, are you the GC for those

23  concepts -- I mean, the entities owning the concepts?

24       A.   Yes, I do legal work for Chicken Guy on a

25  somewhat frequent basis.  I've done legal work for

Page 27

1  Seaside on the Pier in the past, but nothing on my to-do

2  list today related to that entity or business.

3      Q.   Are they both healthy companies?

4      A.   No.  Chicken Guy had financial struggles in the

5  last two years, and continues.  Seaside on the Pier, my

6  understanding has generally sort of been a

7  break-even-ish restaurant.  Again, we have to look at

8  the financials for the exact numbers.  But the general

9  sentiment is Chicken Guy is pretty far in the hole and

10 Seaside is, again, sort of break even.

11     Q.   Okay.  So let's go a little further down on

12 this page.  So if you see this paragraph where it says

13 going concern and management's plans; can you just take

14 a look at that, read it and then I'm going to just ask

15 you a couple questions about it.

16     A.   Okay.

17     Q.   Are you familiar with what the going concern

18 designation is; do you know what that kind of generally

19 means?

20     A.   What it generally means, yes.

21     Q.   I didn't put you through my normal background

22 questions.  What type of lawyer were you before you

23 joined -- what type of law did you practice?

24     A.   I started my career doing real estate

25 transactional work, then moved over to sort of real

Page 28

1    estate litigation.  Then I did some consumer finance

2    litigation.  Then went in-house.  CNL, which I mentioned

3    earlier, was a sponsor and manager of real estate

4    investment trusts.  Again, sort of real estate heavy

5    both on the transactional side and litigation side.  And

6    then, as you said, my role at Earl Enterprises has

7    broadened that even further.

8        Q.    So back to the concept of the audit having a

9    going concern designation, what is your general

10   understanding of that?

11       A.    Whether or not the auditors believe the company

12   has viability or is, you know, potentially going to go

13   under sort of thing.

14       Q.    You mentioned you weren't sure if there were

15   any audits done after this, correct?

16       A.    Correct.  I'm not sure, but my inclination is

17   probably not.

18       Q.    Okay.  Do you know if this was the first time

19   that PB Restaurants had this designation by their

20   auditors?

21       A.    I do not know.

22       Q.    Are you familiar with the concept of

23   insolvency?

24       A.    Yeah.  I guess my quick definition of

25   insolvency would be an inability to pay your debts in

Page 29

1   the ordinary course.

2       Q.   Okay.  Have you ever -- do you understand that

3   there's a concept of insolvency that's based on whether

4   your debts outweigh the value of -- fair value of your

5   assets; are you familiar with that definition as well?

6       A.   Now that you mention it, yes.  I've heard that

7   definition before or read it before, yes.

8       Q.   At the time that this audit was done back in

9   2019, would you say based on your opinion -- and I

10  realize you're not a valuation person or expert in

11  insolvency -- would you say PB Restaurants was insolvent

12  at the time that this going concern designation was

13  applied by the auditors?

14          MR. SHUKER:  Object to the form.  He is here as

15      a fact witness.  That's an opinion.

16          But if you want to answer it.

17          THE WITNESS:  I don't know a whole lot of the

18      2019 financials.  But having lived through sort of

19      2020, 2021, 2022 and COVID, again, in that stretch

20      the company was having -- and still has --

21      tremendous financial difficulties.

22  BY MR. WOLFSHOHL:

23      Q.   Are those financial difficulties across the

24  board with respect to the various Robert Earl and Planet

25  Hollywood entities, or more confined to the PB

Page 30

1  Restaurants entities?

2      A.   Again, in the restaurants the last years have

3  not been favorable.  I would say it's across the board.

4      Q.   I would say as a bankruptcy lawyer I agree with

5  you.

6           Let's go to Page 21.  Mr. Sirolly, if you look

7  at the bottom of part -- we are going to go back to that

8  agreement section.  Do you see where it says, commencing

9  January 1, 2011, the annual fee increases according to

10 the change in the Consumer Price Index.  And then it

11 says, however, in no event shall the yearly increase

12 exceed 3 percent of the year's fee.  Is that referring

13 to the license agreement that is related to what you

14 were referring to as the hotel-related IP?

15     A.   Not being the drafter of the agreement, but

16 reading the paragraph, yes, I think that's a correct

17 assumption.

18     Q.   Where it says in the next couple of lines, it

19 says, for each additional agreement entered into by PHI,

20 do I take that to mean that any time new intellectual

21 property was going to be used, there was an arrangement

22 where you do a new license agreement and just kind of

23 add that in; is that sort of the concept there?

24     A.   This paragraph isn't dealing with the license

25 agreement with Planet Hollywood Resorts International.

Page 31

1   I haven't read or reviewed or worked on that agreement

2   in years, so I'm not familiar with the details.

3        Q.    Could you tell me whether in the next line

4   where it says, the initial term is 35 years, is that

5   consistent with your understanding?

6        A.    Correct -- well, I don't know 35 years, but my

7   understanding is it's a long-term agreement.

8        Q.    Okay.  If you skip a paragraph and just read

9   that next paragraph, because I want to ask you because

10  I'm not 100 percent sure what all of this is and I have

11  a couple questions about it.  It's the one that starts,

12  in July 2018?

13       A.    I've read the paragraph.

14       Q.    So this is going back to the Chicken Guy

15  concept, and I just wanted to understand how this plays

16  into what we talked about earlier about the Chicken Guy.

17  My understanding when we were talking earlier was that

18  you were talking about sort of PB Restaurants having an

19  ownership interest in the Chicken Guy concept and

20  restaurant.  Is this separate and apart, this concept of

21  an issuance of a license on a trademark; is that a

22  different stream of revenue that PB Restaurants had

23  related to the use of that trademark -- those

24  trademarks?

25       A.    I'm not familiar with sort of the language that

Page 32

1    they're referencing.  Again, sitting here today, Chicken

2    Guy -- and for the past few years has had no relation to

3    sort of Planet Hollywood or PB but -- relation is

4    probably the wrong word.  In Disney Springs here in

5    Orlando, Florida there's a Planet Hollywood.  There was

6    a portion of the Planet Hollywood was underutilized and

7    that was sort of ultimately revamped and opened as a

8    Chicken Guy.  It was the first Chicken Guy in that

9    portfolio.

10            That Chicken Guy operates out of, again, what

11   has historically been a Planet Hollywood building.  But

12   I don't recall the details of the license off the top of

13   my head.

14       Q.   Okay.  And just one question that I think I

15   forgot to ask you is in 2019 -- this audit, the 2019

16   audit would have been done probably in 2020.  But in

17   2019 and 2020, at that point were you already the

18   general counsel of PB Restaurants?

19       A.   Again, general counsel, I think I was given

20   that title in 2019, in or about 2019.  I don't remember

21   the exact date.  I was general counsel of Earl

22   Enterprises in around 2019.

23       Q.   Before that you were, did you say, associate

24   general counsel?  I can't remember what you used to

25   describe it.

Page 33

1     A.   Deputy general counsel when I first got hired I

2  in 2017.

3     Q.   Got it.  If you go on 22 to the next section

4  where it says, due from related parties.  It's a pretty

5  short little paragraph.  Can you read that and just tell

6  me if you know what that is talking about?

7     A.   Generally familiar, yes.

8     Q.   What is that?

9     A.   Internally we call it sort of intercompany.

10  That's when, as an example, Chicken Guy has payroll

11  coming up and Chicken Guy is short on cash to meet its

12  payroll obligations, so Bravo, Brio intercompanies

13  cashed Chicken Guy so it could pay its payroll.  Then

14  when Chicken Guy has the money back, the intercompany

15  gets repaid.

16     Q.   I probably did this backwards, but let's go

17  back to Page 3 of the audit.  Just to provide a little

18  bit of context, you see where it says, due from related

19  parties, it says a little over 3.7 million?

20     A.   I see that, yes.

21     Q.   Is that consistent with what you just said, in

22  terms of what you think that line item was?

23     A.   Again, I'm not an accountant or a CPA or

24  anything.  I can see the similarities.  I don't know for

25  sure, but based on the little bit I read, that seems

Page 34

1    like a logical conclusion but I don't know for sure.

2        Q.   This isn't a trick question.  I'm just trying

3    to get a sense.  Does 3.7 million at any given time seem

4    like a normal amount that would have been carried on the

5    books?  I guess that's what I'm asking is, based on the

6    explanation you provided of what it is, does 3.7 sound

7    about right?

8        A.   Again, it's more of an accounting question.  I

9    don't think I'm in a position to comment.

10       Q.   Is there -- are there due from related parties

11   receivables today for PB Restaurants?

12       A.   We'd have to look at the PB Restaurants

13   financials.  I don't remember off the top of my head.

14       Q.   If you go further down on this page where it

15   says, related party line of credit 46,279,000; do you

16   see that?

17       A.   I do, yes.

18       Q.   Is that the PHL credit facility?

19       A.   I don't know for sure, but it certainly could

20   be.

21       Q.   Would it make sense -- if you look at it from

22   2018 to 2019, would it make sense for that to be, you

23   know, roughly $12 million or almost $12 million more

24   between 2018 and 2019?

25       A.   Again, given the restaurant industry has been

Page 35

1   in a rough patch recently, so that's indicative of a

2   rough patch.

3       Q.   If you go to Page 4, please.  Do you see where

4   it says near the top under revenues, it says, licensing

5   and franchise?

6       A.   Yes, I see.

7       Q.   For 2019 it says a little bit over 3.7 million;

8   is that -- do you know what that is?

9       A.   I do not, like the details of what goes into

10  those numbers, again, Planet has -- had some hotel and

11  restaurant franchises.  Buca, I believe, had some

12  restaurant franchises previously.  I assume that goes

13  into those numbers, but I don't have a specific

14  breakdown or understanding.

15      Q.   Can you take a look at that and tell me if you

16  recognize that document.

17      A.   Yes, I've seen this document before.

18      Q.   Can you identify this?

19      A.   The title is the Consolidated Loan Facility

20  Agreement Between Planet Hollywood International, Inc.

21  and PHL Holdings, LLC.

22      Q.   When we talked, you know, several times through

23  the deposition about the PHL credit facility, is this

24  the document that created that facility?

25      A.   Correct.  This is the operative document.  I

Page 36

1   seem to recall there were maybe -- I think in the name

2   there were facilities before this that were consolidated

3   in this agreement.  But my understanding is this is the

4   operative document today -- sorry, there's been an

5   amendment to it since.  I think just one.

6        Q.   I think I have that, and I may ask you about

7   that as well.  You said you started in 2017?

8        A.   Correct, I joined the company in 2017, yes.

9        Q.   If you look at the top, it looks like this is

10  basically dated for the end of 2017.  Were you a part of

11  putting this document together?

12       A.   I was not involved in this agreement.

13       Q.   Are you familiar with it now, though?

14       A.   Familiar, yes, I have seen it.

15       Q.   Okay.  Did you look at it in connection with

16  preparing the Debtor's bankruptcy filing?

17       A.   Yes, I did.

18       Q.   If you look at the 2.02, it's the second page.

19  So it looks like from my reading of this it was

20  initially set up as a $50 million credit facility; is

21  that consistent with your understanding?

22       A.   Yes, it is.

23       Q.   At the time that this loan was entered into do

24  you know what the balance was right off the bat?  I

25  mean, was there money lent as part of this facility or

Page 37

1  did it just consolidate prior credit facilities?

2      A.   I don't know for sure, but I believe there was

3  a schedule attached to the document that sort of had

4  whatever the outstanding borrowings were as of the

5  effective date of the date on the schedule.

6      Q.   I see that.  I guess what I'm asking is, was

7  any additional amount lent other than just consolidating

8  these and making them one facility?

9      A.   That, I don't know.

10     Q.   Do you have any idea -- if the balance was

11 roughly 14.8 million at the time this was entered into,

12 do you have any idea how it went from 14.8 million to, I

13 think you said 80 million?

14     A.   Correct.  Yes, so we're talking about the time

15 period of 2017 to 2024.  And again, the decline in the

16 restaurant industry, particularly sort of from 2020 to

17 2022; and so Robert Earl was using PHL to infuse capital

18 to help prop up, again, various business interests

19 underneath the Earl Enterprises umbrella over that

20 period.

21     Q.   Was this credit facility used to pay for other

22 entities that were struggling as well as PB Restaurants?

23     A.   Historically PB Restaurants, as we saw with the

24 org chart we were looking at, I would say it was sort of

25 an operating company for a lot of the restaurants under

Page 38

1   the Earl Enterprises umbrella.  PB Restaurants also

2   historically operated the corporate office for Earl

3   Enterprises.  And so I think a lot of this money, yes,

4   went to Buca, went to get Chicken Guy off the ground,

5   went to back stop Planet Hollywood and other things.

6        Q.   What were those loans set up as; were they sort

7   of like balance sheet entries -- sorry, ledger entries

8   that were informal, or were they actually transactions?

9        A.   I don't know.  Again, I wasn't involved in this

10  document in particular.  This document sort of was in my

11  first year with the company, so I don't know the history

12  before it.

13       Q.   When PB Restaurants would get advances under

14  this facility, what was the process for that; how did

15  that happen?  And if I'm being too vague, tell me and I

16  can ask a better question.

17       A.   I can't tell you what the process is.  But the

18  decision-makers are essentially Robert Earl and Tom of a

19  loan.  And so it would have been, you know, a

20  conversation between the two of them saying, PB

21  Restaurants doesn't have the money this week to pay

22  corporate payroll, are you okay, Robert, if PHL takes

23  another draw -- sorry, PB takes another draw from PHL.

24  Robert and Tom, as the managers of PHL, give the thumbs

25  up.  Then again, accounting does whatever they do to

Page 39

1  complete the draw to fund PB Restaurants so PB

2  Restaurants can make its payroll obligations that week.

3      Q.   When you say draw was there a -- do you think

4  there would have been a formal request made; was there a

5  form that was provided?  Or was it more like you just

6  tell PHL, you go pay this directly, or, we need this

7  amount of money?  Just walk me through what the process

8  would be like in terms of papering the transaction.  Was

9  it a formal request or more like PHL would just pay

10 things directly?

11     A.   Again, we're a private -- you know, generally

12 one would say wholly-owned company, so you don't have

13 the formalities of a big company with -- or public

14 company.  So it truly is sort of a conversation, maybe

15 via e-mail, maybe verbal, a decision is made.  And then

16 again, whatever the accounting functions are to move the

17 money.

18     Q.   What about payments under the credit facility;

19 were payments done in a somewhat informal way, or what

20 would dictate whether PB Restaurants would make a

21 payment on the PHL facility?

22     A.   We have to go review the document I have before

23 me.  I don't think there's a regular payment schedule.

24 So again, it would have been PB Restaurants that week

25 happens to have some capital available, and kind of like

30(b)(6) Jeffrey Charles Sirolly                    July 15, 2025
PB Restaurants, LLC Vs. Planet Express (LAX), LLC, Et Al

Page 40

1   you're talking about intercompany before, you know,

2   thank you, PHL for loaning -- I'm making up numbers --

3   1.5 million last week to make payroll.  This week we

4   have 1.5 million, so we will return that to you.  Thank

5   you for the short-term borrowing.

6        Q.   That makes sense to me.  Okay.  So in your --

7   we'll go through some things in your affidavit that you

8   submitted in connection with the confirmation of the

9   plan.  You had stated in that document that there had

10  been no payments made to PHL in the year prior to

11  bankruptcy under the credit facility; is that accurate?

12       A.   Correct.  That's my understanding, yes.

13       Q.   What about payments made in the last four years

14  under the PHL facility; we know there was the debt

15  forgiveness we talked about in connection with the 2024

16  transaction.  What about cash payments or transfers of

17  any kind to PHL on account of the credit facility?

18       A.   I don't know the details for sure, other than I

19  can say that I think there were a handful of

20  transactions where PB paid down the facility back to PHL

21  generally.  Probably small amounts.  And again,

22  generally under the auspices of, you know, we borrowed

23  money last week and are returning it this week, sort of

24  thing.

25       Q.   I am fairly certain that the Requests for

1   Production of documents included a request for that

2   information.  And I don't think we got anything.

3           MR. WOLFSHOHL:  Scott, is there something that

4       you thought was not clear enough on that, or what

5       was your --

6           MR. SHUKER:  I think it was still -- I thought

7       we --

8           MR. WOLFSHOHL:  Is it the same affiliate issue?

9           MR. SHUKER:  Yeah, I thought --

10          MR. WOLFSHOHL:  I can't imagine why you

11      wouldn't provide us with that.

12          MR. SHUKER:  There were no payments in the last

13      year.

14          MR. WOLFSHOHL:  I get that.  I'm not saying

15      payments within the last four years mean that

16      there's a claim.  I just think we ought to be able

17      to see it.  I certainly -- our position is it is an

18      affiliate.  And I think we can prove it's an

19      affiliate.  I don't know why -- I don't want to get

20      into that kind of argument.  Can we just get the

21      information?

22          MR. SHUKER:  Payments to PHL within the last

23      four years?

24          MR. WOLFSHOHL:  Yes.  Four years before the

25      bankruptcy, just to be clear.

Page 42

1          MR. SHUKER:  Okay.

2          MR. WOLFSHOHL:  We've been going a little over

3     an hour.  Let's take a break.

4          (A break was taken.)

5          MR. WOLFSHOHL:  Scott, consistent with what we

6     just talked about, Main Street will not be calling a

7     corporate rep at the confirmation hearing as a

8     witness.  And my understanding is as a result of

9     that, you will not be noticing him for deposition.

10         MR. SHUKER:  That is correct.  This is Scott

11    Shuker.  And following up on something earlier, PB

12    will produce here in the next day, or maybe by the

13    end of today, any payments made on the PHL facility

14    four years prior to the petition date.  And it will

15    also produce the transactional documents from the

16    February 2024 loan restructure and corporate

17    transactions.  And to the extent Main Street needs

18    to conduct a further examination of Mr. Sirolly,

19    we'll make him available in the next couple of days

20    by Zoom.

21         MR. WOLFSHOHL:  Thank you.

22         First off, let's go back to the exhibit we had

23    up before.  I just hadn't designated it, so I need

24    to designate it.  I think this is Exhibit 3.

25         (Exhibit No. 3 was marked for identification.)

Page 43

1   BY MR. WOLFSHOHL:

2       Q.   I think we were going over last time we were

3   talking, Mr. Sirolly, the way payments were made.  And I

4   think my understanding from you was it wasn't so much a

5   regular payment that was made as it was, you know,

6   payments got made whenever funds were available to make

7   them; is that fair a characterization?

8       A.   Payments made by PB to PHL?

9       Q.   Yes, that's right.

10      A.   Again, I don't think -- there was no regular

11  payment.  I think some of the payments were based on

12  sort of the premise that PB needed money on week one,

13  reached out to PHL and said, can we please borrow X.

14  And PHL said, I'll let you borrow X, but you have to

15  repay me next week, or whenever.  Some of the deals sort

16  of went through that construction.

17      Q.   Okay.  And we talked a little bit about -- and

18  I know that you were somewhat new to the company at the

19  time this loan was done.  Am I remembering it right that

20  you weren't 100 percent sure what the actual balance was

21  as of the date this was entered into; a consolidated

22  debt but I don't think you -- tell me if I'm

23  misremembering, but do you know that the debt was a

24  certain amount once this transaction that we're looking

25  at here was closed?

Page  44

1      A.    No.  My only familiarity with the balance as of

2   the effective date was whatever was on the schedule for

3   the document.

4      Q.    Let's go to the amendment to this document.

5   Let's mark that as Exhibit 4.

6            (Exhibit No. 4 was marked for identification.)

7   BY MR. WOLFSHOHL:

8      Q.    Mr. Sirolly, can you take a look at this and

9   identify it for us?  And if you need us to scroll so you

10  can read through it, let us know.

11     A.    This purports to be the First Amendment to an

12  Extension of Consolidated Loan Facility and Security

13  Agreement dated September 30, 2022 between PB

14  Restaurants and PHL Holdings.

15     Q.    Is that what it is?

16     A.    Correct.  My understanding is this is the

17  amendment to the document we previously looked at.

18     Q.    But I mean, I think this was produced by you.

19  I mean, is there any reason to believe this isn't the

20  actual amendment that we were referring to earlier on?

21     A.    No, correct.  That's my understanding.  This is

22  the amendment.

23     Q.    What was the purpose of this amendment?

24     A.    Again, I wasn't involved in this document in

25  particular.  But having reviewed it sort of after the

Page 45

1    fact, my understanding is it was to push out the

2    maturity date of the loan and to increase the size of

3    the loan facility.

4         Q.   At the time that this was done, do you know

5    what the balance of the loan facility was?

6         A.   I do not.  And I don't remember -- you have to

7    scroll down -- if there's a schedule which had the

8    amount.

9         Q.   Let's take a look at that.

10        A.   Again, perhaps it's in the body of the

11   document, but I don't remember.

12        Q.   I don't see it.  Do you believe that the

13   balance was above $50 million when this was entered

14   into?

15        A.   I do not know.

16        Q.   Okay.  Do you know why there was a need to

17   increase the total capacity of the line from 50 to 65

18   million?

19        A.   Again, just speaking in generalities, we're now

20   in December of 2022.  The last three years were, again,

21   '20, '21 and '22 were devastating for the restaurant

22   industry.  So there was a need for PHL to infuse

23   capital, to lend money to PB to help prop up various

24   restaurant businesses.

25        Q.   So this extended the maturity date to the end

Page 46

1  of this year, correct?

2      A.    Correct.

3      Q.    Were there defaults under the 2017 agreement at

4  the time this was entered into?

5      A.    I don't remember if there was, like, a

6  lowercase D default.  But I don't recall ever seeing a

7  default notice or letter since.

8      Q.    Who prepared --

9      A.    A capital D default.

10     Q.    Who prepared the first amendment?

11     A.    I don't know for sure, but my guess would be

12 GrayRobinson.

13     Q.    Were they the typical counsel that would

14 prepare these types of documents for PB Restaurants?

15     A.    They have -- GrayRobinson has been a firm that

16 Robert Earl and Tom Avallone have used for many years.

17 It's our go-to outside counsel firm.

18     Q.    Would they have been representing PB

19 Restaurants in connection with preparing this, or would

20 they have been representing PHL, or both?

21     A.    Again, they would have been papering the file

22 at the direction of Robert and Tom.

23     Q.    Okay.  And who owns PHL; do you know what the

24 corporate structure is of PHL?

25     A.    Yes.  Sitting here today, I know PHL Holdings

Page 47

1   is owned by OCS Group Holdings.

2       Q.   Group Holdings, Inc.?

3       A.   I believe so, yes.

4       Q.   So it has the same ultimate parent that PB

5   Restaurants has?

6       A.   Correct.

7       Q.   Okay.  Let's go to -- let's mark this as

8   Exhibit 5.

9            (Exhibit No. 5 was marked for identification.)

10  BY MR. WOLFSHOHL:

11      Q.   Do you see this e-mail that is in front of you,

12  Mr. Sirolly?

13      A.   Yes, I do.

14      Q.   Okay.  You're not on it, but I just want to ask

15  you a couple of the names so you can clarify for me who

16  they are.  Who's the sender?  I'm not going to try to

17  pronounce that name.

18      A.   Chris Grzeszczak.  He is in the accounting

19  department.

20      Q.   What is his role in the accounting department?

21      A.   Per this, his title is vice-president financial

22  planning and analysis.  He left the company for a while.

23  He has come back.  I don't know what his current title

24  is today.  To me, he's just sort of a midlevel to senior

25  in the accounting department.

Page 48

1     Q.   And is his accounting role also at PB

2   Restaurants?  I can't tell.  When I look at the bottom

3   it has a lot of different entity names.  But is that his

4   role at PB Restaurants?

5     A.   Yes.  It's a little different.  Again, we go

6   back to Earl Enterprises being a collection of

7   organizations.  Chris, like myself, works in the

8   corporate office.  And so Chris supports the accounting

9   function and business interests of Earl Enterprises.

10  And one such business interest would be PB Restaurants.

11    Q.   Okay.  And he's sending this e-mail to Diego

12  Fernandez and Grant London; and you know who they are,

13  correct?

14    A.   I'm familiar with the Diego name, not the Grant

15  name.  I presume Grant is at Main Street with Diego.

16    Q.   Yes.  Then the CC line, we talked about Thomas

17  Avallone.  Who is Richard Olgee?

18    A.   I believe his official title is comptroller.

19    Q.   And would that have been the same concept,

20  comptroller of Earl Enterprises Group?

21    A.   Correct, yes.  And one of the companies he

22  would work on would be PB Restaurants.

23    Q.   Okay.  And what about Dawn Wadsowrth?

24    A.   Again, I put her sort of in the midlevel, maybe

25  a little bit more on the senior side in the accounting

Page 49

1  department.

2       Q.   And if you read the e-mail it says, attached

3  are the 2023 P&L and balance sheets for PHI and Shared

4  Services, the three-year intercompany balance history of

5  Buca C due to PB Restaurants and the 13-week cash flow

6  projection for Buca projected forward from W, slash, E

7  4/21/24; did I read that right?

8       A.   I believe so.

9       Q.   And so what is -- do you have any idea what it

10  means when he says balance sheet for PHI and Shared

11  Services; what is Shared Services?

12       A.   I generally refer to Shared Services as sort of

13  the corporate office where you work for various

14  restaurant brands.  Shared Services, just by further

15  description, if I think about the structure of the

16  corporate office is, like, the purchasing department,

17  the legal department, HR department, the marketing

18  department, the accounting department, IT.

19       Q.   Back office stuff kind --

20       A.   Correct.

21       Q.   Okay.  So when he's referring to PHI, is

22  that -- that's the Debtor, right?

23       A.   Yeah, that's a short form for Planet Hollywood

24  International, yes.

25       Q.   And then later on in the sentence he says, due

Page 50

1   to PB Restaurants, is he essentially referring to the

2   same entity in all likelihood, because that's the new

3   name?

4       A.   Again, I don't know why it referenced the PHI

5   in a reference to PB.  We would have to dig in.

6       Q.   I don't know either.  I'm just asking.  It

7   seems like maybe it's just the same thing, but I was

8   wondering if you could shed some light.

9            Let's go to the balance sheet that's attached.

10  Let's mark this as Exhibit 6.

11           (Exhibit Nos. 6 & 7 were marked for

12      identification.)

13  BY MR. WOLFSHOHL:

14      Q.   This is one of the attachments to that e-mail.

15  So based on the e-mail, this appears to just be a

16  balance sheet for PHI and Shared Services.  I think it

17  said the end of 2023.  Does this look like a document

18  that would have been kept internally?  Can you take a

19  look at this and tell me what you think it might be?

20      A.   I don't believe I've ever seen the document

21  before.  It's not an ordinary course document or

22  production.  Looks like it was something put together

23  for a purpose or -- yes.

24      Q.   I mean, I guess based on the e-mail it was put

25  together to show what the balance sheet was for PHI and

Page 51

1   Shared Services, right?

2       A.   Yes.   Per the document title, correct.   Still

3   confused by the PHI reference.   And again, Shared

4   Services is a funny reference itself.

5       Q.   Going down to the long-term debt line item, is

6   that 50,438,000 would that have been mostly consisting

7   of the PHL debt?

8       A.   I don't know for sure.

9       Q.   Is there anything else that could have made up

10  a little over $50 million in debt on PHI?   When I say

11  PHI, I'm just referring to the Debtor.   I'm not trying

12  to be tricky there.   Is there anything else that could

13  have made up a $50 million debt on the Debtor's balance

14  sheet other than the PHL debt?

15      A.   For PB Restaurants itself?

16      Q.   Yes.

17      A.   In 2024, again, nothing jumps out at me or

18  comes to mind.

19      Q.   So it's a reasonable assumption that that's the

20  lion's share of that, right; there's no other large debt

21  that PB Restaurants had other than the related-party

22  debt?

23      A.   Again, for PB Restaurants, yes.   The only

24  long-term debt of substance I'm aware of is the PHL

25  debt.   For example, I know there's a loan on Planet

Page 52

1   Hollywood Orlando.  I know there's a loan on Earl of

2   Sandwich in Anaheim.

3        Q.    Are those large amounts?

4        A.    Correct -- well, yeah, like ten-plus million

5   each.

6        Q.    Okay.  So is it possible that this long-term

7   debt item that -- the PHL amount is substantially lower

8   than 50 million, because there's other large amounts in

9   there?

10       A.    Again, I've never seen this sheet before.  I'm

11  just guessing.  I don't know.

12       Q.    Okay.  Do you have any idea -- if you look up

13  where it says investments and it says 11.5 million

14  roughly?

15       A.    I see the reference.

16       Q.    I'm just asking, do you have any idea what that

17  is?

18       A.    No.

19       Q.    What about if you look up at fixed assets where

20  it says 22.9 million; do you know what that would be?

21       A.    Fixed assets are generally leasehold

22  improvements, personal property.  But no, nothing I can

23  definitely say.  Obviously these reports generally are

24  generated from other reports or data.  So we have to

25  look at the underlying data that went into that.

Page 53

1      Q.   Where would Memorabilia have fallen in the

2   asset categories on this chart?

3      A.   We certainly wouldn't call Memorabilia fixed

4   assets.

5      Q.   Would you call it inventory?

6      A.   No.

7      Q.   Okay.  Would you call it investments?

8      A.   I wouldn't think so, no.

9      Q.   Would you call it an interest in the entity

10   that owned the IP investments on this chart -- on this

11   balance sheet?

12      A.   Again, I didn't make this.  I'm uncertain.  But

13   it would not be something I would call an investment.

14      Q.   Mr. Sirolly, one of the other documents that

15   was attached, at the top it has -- it shows for 2023 a

16   gross revenue amount of almost $20 million; do you have

17   any idea what that would have been for in 2023?

18      A.   Again, to be honest, I don't know.  I think --

19   I'm still confused by the PHI and Shared Services

20   reference.  I just don't know what sort of the gross

21   revenue number comes from without more context.

22      Q.   Would the -- if what it meant -- well, I guess

23   my question is, did PHI have anywhere close to $20

24   million in revenue in 2023, to your knowledge?

25      A.   I don't know.  I would just be guessing, sorry.

Page 54

1    Q.   And in 2023 you don't know what the total debt

2    amounts would have been, again on the PHL line of

3    credit?

4    A.   Not in 2023.  Again, I can recall that as of

5    February of 2024 the PHL facility was up around 80

6    million.

7    Q.   So if Earl Enterprises, or I guess PHI -- or

8    let's strike that.

9         I'll just call it PB Restaurants, the current

10   name.  If PB Restaurants was reporting to Main Street

11   that the outstanding amount of long-term debt of PB

12   Restaurants was around 50 million at the end of 2023, do

13   you have any idea how it could have gone from 50 to 80

14   million in this short time period; is there something

15   that happened that would have caused that?

16   A.   Again, nothing that I'm -- I would just be

17   guessing.  I don't think I can comment.

18   Q.   So at the time of the February 2024

19   transaction, did you look into the balance of the PHL

20   line to confirm that it was accurate when an $80 million

21   number was used?

22   A.   Again, in my role as sort of general counsel or

23   legal counsel, I was working under the direction of

24   Robert Earl and Tom Avallone.  So again, I'm not on the

25   accounting side of the house, so I generally don't

1  review and comment on numbers, per se.

2      Q.   I don't know if I asked this before.  But were

3  you acting as also a representative of PHL in connection

4  with that transaction?

5      A.   Again, I'm a secretary for PB Restaurants.  I'm

6  general counsel for Earl Enterprises.  I vaguely recall

7  that I drafted the membership assignments, again, at the

8  direction of Robert and Tom, who were the managers, I

9  believe for both PB Restaurants and PHL.

10     Q.   So they were the ones that told you there's

11 $80 million outstanding and you're going to apply, what

12 is it, $30 million credit for the trademark entities?

13     A.   Again, I was involved in conversations

14 underlying the numbers that were used on the -- for the

15 consideration.  Again, I was not particularly involved

16 in the accounting of the PHL debt.

17     Q.   And did anybody from outside of the circle of

18 people that you just mentioned, the Earl Enterprises

19 people, did anybody else opine as to or provide any kind

20 of analysis as to what the appropriate balance was of

21 the PHL debt at the time that the February 2024

22 transaction occurred?

23     A.   You have to ask Robert or Tom that question.

24 But not that I was involved with.

25     Q.   All right.  Let's mark this as Exhibit 8.

Page 56

1          (Exhibit No. 8 was marked for identification.)

2     BY MR. WOLFSHOHL:

3          Q.   Mr. Sirolly, can you identify this document?

4          A.   This is the Proof of Claim filed by PHL

5     Holdings in the PB Restaurants bankruptcy.

6          Q.   And I believe that you signed this on behalf of

7     PHL Holdings, correct?

8          A.   You have to scroll down but I did see my name

9     referenced.  Yes, I see my name.

10         Q.   So this listed you as general counsel and

11    secretary of PHL Holdings, LLC?

12         A.    I think the secretary reference is incorrect,

13    but, again, general counsel for Earl Enterprises.

14         Q.   Okay.  Scroll up a little bit.  So I think this

15    is where I was remembering the number.  This is the

16    amount that we were talking about earlier that was owed

17    as of the date of the bankruptcy filing; is that right?

18         A.   Correct, yes.

19         Q.   So before filing this, did you investigate the

20    amount that was outstanding under the PHL credit

21    facility?

22         A.   Again, I would have asked accounting for the

23    number, but nothing beyond that probably.

24         Q.   And in filing this and signing it, you did not

25    do anything further to look closer at the February 2024

Page 57

1  transaction; you just took an accounting number and put

2  it into the document; is that right?

3      A.   Again, I was generally -- since I worked on the

4  February 2024 transaction, I was generally familiar with

5  the balance post-transaction.  And the amount that

6  accounting was telling me was the outstanding balance at

7  the time of filing the claim, so everything was sort of

8  congruent.

9      Q.   And I think I was earlier asking you about at

10  the time of the February 2024 transaction whether you

11  did anything to investigate or confirm whether the

12  $80 million number was appropriate.  I guess my question

13  now is, when you signed this Proof of Claim, did you go

14  back to confirm whether that calculation was appropriate

15  and whether the amounts applied to it in the

16  February 2024 transaction were appropriate in order to

17  come to this number; or did you just have accounting

18  tell you, here is what's in the books and records?

19      A.   Again, I saw -- I've seen an accounting ledger

20  that arrived at this number.  And this number -- again,

21  if they told me all of a sudden the number was 300

22  million, I would have asked a question and said, that

23  doesn't make sense, what changed?  But this number in

24  the accounting ledger, all were consistent with my

25  understanding of where things stood.

Page 58

1      Q.    Did outside counsel for PHL Holdings help you

2   prepare this, or did you just prepare it yourself?

3      A.    I prepared this myself.

4      Q.    Is this UCC Financing Statement, is this --

5   this was filed in 2019.  Okay.  Were there any -- other

6   than the UCC Financing Statements that are attached to

7   this Proof of Claim, are there any other perfection

8   documents -- you understand what I'm saying when I say

9   perfection documents, Mr. Sirolly?

10     A.    No.

11     Q.    Okay.  So I guess what I mean is are there any

12  other documents that were filed of record that were

13  meant to perfect the security interest of PHL against PB

14  Restaurants' assets that you were aware of, other than

15  what you attached to this Proof of Claim?

16     A.    Sorry, can you say that one more time?

17     Q.    Yes.  Were there any other documents that were

18  filed in a public record for the purpose of perfecting

19  PHL's security interest in assets of PB Restaurants,

20  other than what you attached to this Proof of Claim?

21     A.    Again, I'm not 100 percent understanding the

22  question.  But my general understanding is that a UCC is

23  the appropriate document.  It's not like real property

24  where you put a mortgage on the property.

25     Q.    I'm not quibbling with you over that.  I'm just

Page 59

1  asking, are these the only documents that you're aware

2  of that were filed of record for the purposes of

3  perfecting the liens that PHL asserts pursuant to the

4  loan transaction we've been talking about?

5      A.   Again, sorry, to me it's the loan agreement,

6  the amendment and the UCCs sort of are the primary

7  documents that make up the loan transaction.

8      Q.   And I'm just asking has anything else been

9  filed of record that you're aware of in the public

10 record?  I'm talking about any UCCs in other states, any

11 filings with the U.S. Patent Office -- Patent and

12 Trademark Office; any other filings that you're aware of

13 that are meant to perfect the liens that PHL asserts

14 under this credit facility?

15     A.   Not that I'm aware of.  As you see here, this

16 was done by GrayRobinson.  But again, not that I'm

17 particularly aware of.

18     Q.   And going back to -- I think you answered this,

19 so just tell me if you already did.  But there's nothing

20 that you were able to think of that would have caused

21 the balance on the PHL facility to go from somewhere in

22 the $50 million range to the $80 million range in that

23 2023, 2024 time period?  There's no event or transaction

24 or anything like that that would have caused that number

25 to go up that high, that you can recall?

Page 60

1     A.   Nothing that I can -- I don't remember in

2   particular, so I don't want to comment or guess.

3     Q.   On the trademarks -- sorry, the entity that we

4   talked about earlier that got transferred over to the

5   other Planet Hollywood entity, I'm talking about the one

6   we were calling Region 4.

7     A.   Yes, the IP entity.

8     Q.   Yes.  What was the name of the company that

9   owns that now again?

10     A.   Planet Hollywood, LLC.

11     Q.   And Planet Hollywood, LLC is owned by -- who is

12   that owned by?

13     A.   I believe it's directly wholly owned by OCS

14   Group Holdings.

15     Q.   It doesn't have any entities in between.  It's

16   just directly, you said?

17     A.   That's my recollection, yes.

18     Q.   And does Region 4 still have the license

19   agreement in place that allows for the use of that

20   intellectual properties by the various Planet Hollywood

21   entities?

22     A.   Yes.  I'm not aware of any cancellations or

23   anything similar in the last two years.

24     Q.   Do you have an understanding as to how much on

25   an annual basis Region 4 receives under those license

Page 61

1 agreements currently?

2      A.    I do not.

3      Q.    As to the Planet Hollywood Memorabilia, LLC

4 entity, I understood that to be part of that

5 restructuring that we talked about in February of 2024

6 also.

7      A.    Correct.

8      Q.    Was that also an assignment of the ownership

9 interest in that company; it wasn't a direct transfer of

10 Memorabilia itself, right?

11      A.    Correct.  It was an assignment of the

12 membership in that entity.

13      Q.    And does -- is it the same arrangement with

14 that entity as to OCS Group Holdings, Inc.; does OCS

15 Group Holdings, Inc. now own 100 percent of the Planet

16 Hollywood Memorabilia, LLC entity?

17      A.    I'll say it another way.  Planet Hollywood

18 Memorabilia is 100 percent owned by Planet Hollywood,

19 LLC and Planet Hollywood, LLC is 100 percent owned by

20 OCS Group Holdings.

21      Q.    That's the same as the other one.  I just got

22 it wrong when I said it, didn't I?

23      A.    Yes.  Planet Hollywood Memorabilia and Planet

24 Hollywood IP are companies underneath Planet Hollywood,

25 LLC.

30(b)(6) Jeffrey Charles Sirolly                    July 15, 2025
PB Restaurants, LLC Vs. Planet Express (LAX), LLC, Et Al

Page 62

1     Q.   I just messed it up.  Got it.  And has -- do

2  you know what the status is of the actual, like, assets

3  of Planet Hollywood Memorabilia, LLC; does it still hold

4  the memorabilia that it held back in February of 2024 or

5  has that been sold?

6     A.   There were one or more -- Planet Hollywood

7  Memorabilia in recent time has been selling memorabilia.

8  I know there were one or two sort of more auctions.  And

9  then I have a general sense that there's -- you can go

10  on -- I don't know if it's Amazon or wherever, and

11  there's a person who is selling memorabilia online as

12  well.  But the big stuff went for sale at an auction.

13     Q.   To your knowledge --

14     A.   Today we still have a warehouse full of

15  memorabilia, so there's still a lot there.

16     Q.   So I could still buy something?

17     A.   Yes.

18     Q.   And I'm sorry I'm bouncing back and forth

19  between these two so the questions are coming to me as

20  I'm going.  Going back to the Region 4 entity, with

21  respect to the intellectual property that it holds, to

22  your knowledge have any of those, you know, trademarks

23  or, you know -- is it mostly trademarks?

24     A.   Yeah.  Planet Hollywood Region 4, now IP, yeah,

25  primary substantial asset is just trademarks.

Page 63

1      Q.    Does it still hold all the same trademarks that

2   it held whenever the February 2024 transaction occurred?

3      A.    There has been no material changes.  But Planet

4   Hollywood has so many trademarks that we occasionally

5   lose trademarks for lack of use and that sort of thing.

6   So the portfolio changes on a monthly or quarterly basis

7   in a small regard, but is generally consistent over the

8   last two years.

9      Q.    Nothing transferred, just lapses and things

10  like that?

11     A.    Could there have been one transfer along the

12  way?  Maybe, but nothing of substance that comes to

13  mind.

14     Q.    I may have asked this.  Do you have any idea

15  what the annual revenue is with respect to those

16  trademarks currently?

17     A.    It's minimal, but I don't know what the number

18  is.

19     Q.    I mean, my understanding from the other -- from

20  the 2019 audit was that at that time it must have been

21  something more than 3.5 million, because you're saying

22  that maybe it didn't even include all of them; do you

23  think it's more or less than that at this point, per

24  year?

25     A.    Again, on the restaurant standpoint, the only

Page 64

1  restaurant today that I'm aware of that I think is

2  paying a royalty is, I think it's Doha, Qatar.  And it's

3  a minimal royalty from a restaurant standpoint.  On a

4  hotel revenue stream, there's no revenue coming in from

5  the Las Vegas property.  That was sort of just a done

6  deal, once and done.  Then there's a Costa Rica property

7  and the Mexico property, and those revenue streams have

8  been financed.  So all the royalty that's coming in on

9  those, that goes to the finance company.  So again, I'm

10 not aware of sort of anything material or noteworthy.

11     Q.   So but everything that -- well, I guess backing

12 up.  The IP that was part of that February 2024

13 transaction, at the time of that transaction did you

14 have any of the revenue streams that were financed, or

15 were they all just coming in as revenue?

16     A.   I don't remember the date of the hotel royalty

17 financing, but it was in the last two years or so.  I

18 don't know if it predates or post-dates February of '24.

19 But again, it's in recent memory, over the last year or

20 two.

21     Q.   Are you familiar with the -- are you familiar

22 with the gift card programs that either Earl Enterprises

23 and Planet Hollywood have implemented over the years?

24     A.   Again, nothing I work on on a daily or weekly

25 or even monthly basis.  But I have general familiarity.

Page 65

1     Q.   What is the entity -- there's a couple of them

2     that are -- it's Mealz, M-e-a-l-z; are you familiar with

3     those entities?

4     A.   Yeah, there's at least two of those.  I think

5     the one you're referring to is Mealz Dining Pass.  And I

6     have a high-level knowledge of Mealz Dining Pass.

7     Q.   Who owns that?

8     A.   Ultimately it rolls up to OCS Group Holdings.

9     But I don't know if there's an entity or two in between.

10    But ultimately goes up to OCS Group Holdings.

11    Q.   Does PB Restaurants -- or has PB Restaurants

12    ever had any contractual relationship with any of the

13    Mealz entities?

14    A.   Not that I recall or remember.

15    Q.   I'm going to go back to Exhibit 2.  This is a

16    2019 audit we were talking about earlier.

17    A.   Okay.

18    Q.   Down at the bottom, you see -- we kind

19    of skipped over this paragraph when we were talking

20    earlier.  You see the part where it, the company entered

21    into a consulting agreement with a related party?

22    A.   I see that paragraph, yes.

23    Q.   Do you know what that is?

24    A.   I do not.

25    Q.   Are you familiar with the Boxing Brands Limited

Page 66

1   entity?

2        A.    Vaguely familiar.

3        Q.    Is that a UK entity; is that right?

4        A.    There's two entities sort of that go together.

5   I think one is a UK entity, one is domestic.  Other one

6   might be called Queensberry, Boxing Brands Queensberry

7   own a handful of trademarks that are essentially

8   Queensberry.

9        Q.    Okay.  And PB Restaurants at one point owned an

10  interest in these entities, correct; like indirect

11  interest; is that right?

12       A.    I don't remember off the top of my head.  We

13  could look at that org chart you had up on the screen

14  before, but I don't remember.

15       Q.    Let's pull that up real quick.

16             So it's on the far right.  And I was reading

17  this as meaning that it was indirectly owned by Planet

18  Hollywood UK Limited, which seems to be 100 percent

19  owned by PB Restaurants, if I'm reading this right.

20       A.    Yes, I'm seeing that.

21       Q.    And I understand that PB Restaurants no longer

22  has an interest in this entity; is that right?

23       A.    I believe that's correct, yes.

24       Q.    What happened with that entity; how was -- how

25  did PB Restaurants cease to own an interest in that?

Page 67

1      A.    I don't remember the transaction history.  We

2   would have to look at the corporate records.

3      Q.    You said that entity just owned trademarks?

4      A.    It owns a handful, I believe, of Queensberry

5   trademarks.  Again, it's a joint venture with a third

6   party --- actually multiple third parties.

7      Q.    Why was it transferred out of the ownership

8   structure of PB Restaurants?

9      A.    Because it had nothing to do with PB

10  Restaurants.

11     Q.    Did it generate revenue?

12     A.    No, not in my eight years with the company.

13          MR. WOLFSHOHL:  Do you guys mind if we take a

14     five- to ten-minute break?

15          MR. SHUKER:  Sure.

16          (A break was taken.)

17          MR. WOLFSHOHL:  This is Josh Wolfshohl for Main

18     Street Capital, and I'm just going to quickly

19     announce for the record that the parties have agreed

20     that the continued deposition in connection with the

21     documents and information that's getting provided,

22     hopefully tomorrow, by PB Restaurants will be Monday

23     at two p.m. Eastern -- sorry, Monday, July 21st at

24     two p.m. Eastern.  And the parties are agreeing that

25     the exhibit list deadline is extended to Tuesday,

Page 68

1        the 22nd -- July 22nd.  And the objections -- the

2        supplemental objection deadline for the Chapter 11

3        plan will also be July 22nd.

4               Is that correct, Scott?

5               MR. SHUKER:   That's correct, thank you.

6    BY MR. WOLFSHOHL:

7        Q.    Okay.  And Mr. Sirolly, I'm not going to ask

8    you many more detailed questions about the 2024

9    restructure, because I think I'll have more questions

10   once I see the documents.  But just kind of stepping

11   back from a big picture standpoint, what was the purpose

12   of doing that February 2024 transaction?

13       A.    The PHL facility was overextended and an

14   accommodation had to be reached between the parties.

15   And this ended up being the proposed solution.

16       Q.    Whose idea was it?

17       A.    Again, I don't know whose idea, per se.  The

18   managers of PHL, I believe, are Robert and Tom and the

19   managers of PB are Robert and Tom.

20       Q.    Did they come to you with the idea, or was it

21   something that you thought of; can you give me some

22   sense as to how the idea originated?

23       A.    I don't know.

24       Q.    Were there any other reasons for it, other than

25   what you just stated?

Page 69

1      A.    I think that was the driving reason.  I think

2   maybe a secondary reason was we were in the process of

3   developing a Planet Hollywood restaurant in New York,

4   and so sort of starting clean for Planet Hollywood with

5   the Planet Hollywood New York entity, yeah.

6      Q.    What does that mean when you say starting

7   clean?

8      A.    You have Planet Hollywood, LLC who now owns

9   Planet Hollywood New York, Planet Hollywood IP and

10  Planet Hollywood Memorabilia.

11     Q.    And PB Restaurants is outside of that umbrella,

12  is what you're saying?

13     A.    Correct.  Again, PB Restaurants was the --

14  existed since 1994, and thereby had a lot of baggage.

15  Another big thing I think I mentioned earlier was PB

16  Restaurants was historically sort of the back office,

17  the Shared Services.  But as of January 1st of '24 Earl

18  Enterprises Corporate became the back office Shared

19  Services.  Again, it was all part and parcel with that

20  as well.

21     Q.    So PB Restaurants doesn't serve that function

22  any longer?

23     A.    No.  Ever since January 1st of '24, its sole

24  job -- maybe as of February 1st of '24 its sole jobs

25  were Buca manager, owner of the LAX outlet, owner of the

Page 70

1  then closed New York outlet.  Yes, it was sort of a

2  simpler business model at that point in time, again,

3  with a bunch of contracts and baggage that, you know, go

4  back to, not 1994, but historically, as it used to run

5  the corporate office.

6      Q.   But PB Restaurants no longer operates the Buca

7  concept, right?

8      A.   As of September 30th of '24 is when Main Street

9  terminated the management agreement.

10     Q.   And the other two concepts that you said are

11 either shuttered or going to be closed; is that right,

12 am I right about the other two?

13     A.   LAX closed.  The last day of operations was

14 just before the bankruptcy filing.  And New York, I

15 don't remember the exact time frame.  I want to say it

16 closed during COVID.

17     Q.   So if those three things are gone, what is it

18 that PB Restaurants is really doing at this point?

19     A.   PB Restaurants has the corporate office lease

20 in Orlando.  It has the warehouse lease in Orlando.  And

21 it has the consulting agreement, which is part of that

22 February 1, 2024 deal between Planet Hollywood, LLC and

23 PB.

24     Q.   Why is it necessary to have that consulting

25 agreement at this point, if all the back office stuff

Page 71

1  has been moved over to the other entity; like, what's

2  the purpose of having a PB Restaurants consulting

3  agreement?

4      A.   It was the idea that PB Restaurants had the

5  historical knowledge and data that went along with the

6  Planet Hollywood brand.  And so in consideration for

7  sort of ongoing access and availability of that data,

8  the consulting agreement was entered into.

9      Q.   And is that the only source of revenue that PB

10 Restaurants has now?

11     A.   No.  It gets revenue -- it subleased the

12 corporate office to Earl Enterprises Corporate, and so

13 Earl Enterprises Corporate pays PB Restaurants the rent

14 due and owing under that.  Then PB Restaurants generally

15 remits that to the landlord of the corporate office.

16 And then Planet Hollywood -- PB Restaurants subleased

17 the warehouse to Planet Hollywood Memorabilia, and

18 Memorabilia pays the rent to PB and PB remits the rent

19 to the landlord.  It goes by the name of One Blood.

20     Q.   Why wouldn't those leases just get assigned

21 directly to those parties?

22     A.   Have no rights to assign without landlord

23 consent.

24     Q.   Has that been explored?

25     A.   We have negotiated handshake deals to assume

Page 72

1   both leases.  We are in the process of being papered.

2       Q.   And they would be assigned to the other party?

3       A.   No.  They're staying in the name of PB

4   Restaurants.

5       Q.   And so just to sort of summarize, PB

6   Restaurants is a sublandlord, basically, on two

7   different locations and money just passes through to

8   them, then they pay the rent to the ultimate landlord?

9       A.   Correct, on those two subleases.  Then again,

10  PB Restaurants has the historical knowledge on the

11  Planet Hollywood brand and conveys that knowledge and

12  works with the new entity, Planet Hollywood, LLC on an

13  as-needed basis.

14      Q.   When you say knowledge, I mean, it seems as

15  though most of these entities just have common

16  employees.  How is knowledge housed in PB Restaurants

17  that isn't transferable or also existing in other Earl

18  entities?

19      A.   Again, PB Restaurants has existed since '94.  I

20  mean, one example could be in the trademark arena, I

21  think there's one or two trademarks domestically that

22  are still in the name of Planet Hollywood International,

23  Inc. that need to be moved over to the Planet Hollywood

24  IP entity.  Again, it was all part of the February 1,

25  2024 transaction, but hasn't happened yet, because it

Page 73

1   has a cost and a time commitment to it.  So eventually

2   we'll get around to transferring those one or two

3   trademarks so they are properly vested in Planet

4   Hollywood IP.  Like the two leases that we talked about,

5   which are cords of an Earl Enterprises operations, so

6   protecting and preserving those leases was important.

7       Q.   But PB Restaurants doesn't have any employees,

8   right?

9       A.   Its subsidiary LAX used to have employees.

10  Upon filing -- again, the restaurant closed shortly

11  before filing.  Post-filing PB Restaurants and its

12  subsidiaries no longer have employees.  They just have

13  officers.

14      Q.   And the officers are common with other entities

15  within the Earl Enterprises umbrella?

16      A.   Well, generally Tom is manager for many of the

17  entities underneath the Earl Enterprises umbrella.

18  Robert less so, then generally I am secretary for most

19  of the entities under the Earl Enterprises umbrella.

20      Q.   But there's no PB Restaurants officer that's

21  not also an officer of other Earl Enterprises entity, is

22  there?

23      A.   Say that question again.

24      Q.   There isn't any officer of PB Restaurants that

25  isn't also an employee or officer of another Earl

Page 74

1  Enterprises entity, is there?

2      A.   No.  Like, Gio is only a vice-president on -- I

3  don't know, handful might be too small, but a certain

4  number of entities.  But no, generally, again,

5  everybody, whether it be Robert, Tom -- Robert doesn't

6  really have an office.  But Tom, myself and Gio, we all

7  work out of the Earl Enterprises corporate office.

8      Q.   So PB Restaurants doesn't have any employees --

9  can you answer audibly.  I can see you shaking your

10  head.  Am I correct doesn't have any employees, right?

11      A.   Post-filing no longer has any employees.

12      Q.   And any officers that are officers of PB

13  Restaurants are also officers of other Earl Enterprises

14  entities, right?

15      A.   Yes, I think that's a true statement.

16      Q.   Okay.  And the only revenue that PB Restaurants

17  has is from the consulting agreement that it has with --

18  what is the name of the other Planet Hollywood entity?

19      A.   Planet Hollywood, LLC.  But no, it also has the

20  revenue from the two subleases.

21      Q.   But that's passthrough.  There's no net amount

22  that you get out of that, right; it's just a passthrough

23  expense that just gets paid by the other entities?

24      A.   Correct.

25      Q.   Okay.  And so how could PB Restaurants house

Page 75

1   corporate knowledge if it has no employees and all of

2   the officers are also officers of the other Planet

3   Hollywood and Earl Enterprises entities?

4        A.   Again, it's out of respect to PB Restaurants

5   and its 30 years of operations, that things just pop up.

6   I still deal with a Buca issue most every week, even

7   though I've had nothing to do with Buca since September

8   of '24.  These businesses are complicated, they're

9   involved.  And it just takes time to -- they're

10  complicated, involved and it's not -- a piece of paper

11  says the IP is now owned by Planet Hollywood IP; but the

12  reality is to go transfer hundreds of trademarks

13  internationally is years in the making.

14       Q.   So it's beneficial to keep it open so you can

15  deal with issues that your other entities have; is that

16  kind of the gist of it?

17       A.   It's further assurance.  A lot of contracts

18  have a further assurance clause at the bottom, which

19  sort of says, hey, I'll do and sign anything that needs

20  to be done or signed in furtherance of this transaction.

21       Q.   So it just exists to execute lingering

22  documents that need to be done as part of transactions

23  that previously occurred?

24       A.   Again, it could be some random little contract

25  out there that needs to be transferred that's still in

Page 76

1    the name of PB Restaurants.  Again, I think the two

2    leases are the primary driver, maintaining those two

3    leases.

4        Q.   But there's no net revenue to PB Restaurants as

5    a result of the leases, right; it's just a passthrough;

6    am I right about that?

7        A.   It's a passthrough as of today, correct.

8        Q.   And PHL, in fact, actually funded the retainer

9    for -- and the cost of counsel for PB Restaurants,

10   correct?

11       A.   Correct.

12       Q.   Okay.  What did -- I forgot to ask at the

13   beginning.  What did you do to prepare for today?

14       A.   I reviewed the list of topics on the depo

15   notice.  I then reviewed various documents that are

16   referenced therein.  And I discussed those topics with

17   various individuals at Earl Enterprises and outside

18   counsel.

19       Q.   Who other than counsel did you discuss with?

20       A.   For preparing for today, I discussed the

21   deposition topics with Tom Avallone.  I discussed

22   deposition topics with Holly Rose, Rich Olgee, Jazeeka

23   (ph) is her first name.  I can't remember her last name.

24   Gio.  There may have been somebody else.

25       Q.   I know who Tom is.  I don't think we talked

30(b)(6) Jeffrey Charles Sirolly       July 15, 2025
PB Restaurants, LLC Vs. Planet Express (LAX), LLC, Et Al

Page 77

1  about Holly Rose; who is that?

2      A.   Holly Rose is the CFO for Earl Enterprises.

3      Q.   And did you -- when you spoke to these -- Rich

4  Olgee, I think we talked about him before.  He was on

5  one of the e-mails, right?

6      A.   He.  Has been historically -- I don't know his

7  official title, but I call him the comptroller.

8      Q.   Who is Gio?

9      A.   Gio oversees -- he's been with Robert longer

10  than I have.  He oversees HR.  He does what we call sort

11  of special projects.

12      Q.   Did you speak to these people at the same time,

13  or was it separate conversations with each of them?

14      A.   Various conversations.

15      Q.   Was counsel present when you spoke to them?

16      A.   Scott might have been present for a

17  conversation or two with, like, Tom, for example.  But I

18  don't remember -- Scott was in the office when I was in

19  Holly's office or in Tom's office or in Gio's office.

20      Q.   I'm not asking for you to divulge any

21  attorney-client.  That's why I'm asking this question.

22  I'm not trying to get into that.  What did you speak to

23  Tom Avallone about, other than things where you were

24  talking with counsel about the preparation?

25      A.   Again, we have to go through the topic list.

Page 78

1    But Tom has relevant knowledge on several of the topics.

2    So as thoughts crossed my mind or as I had questions, I

3    would ask Tom for his understanding or background.

4        Q.   Let me ask about something specifically that

5    was on the topics list.  And I'll have some questions

6    about this probably in connection with the follow-up

7    deposition after I have a little more information.  But

8    I'm going to ask you some sort of basic questions about

9    it.

10            As you saw from the topics, and also from the

11   various discovery that we sent, we do have questions

12   about what -- the investigation into potential claims,

13   what it is you did.  I say you, but I mean what it is PB

14   Restaurants did to vet potential claims.  I'm not asking

15   you about the claims that you said you have against Main

16   Street.  But I'm asking specifically about claims

17   against the various Earl entities, claims that could

18   relate to some of these transactions that we've talked

19   about today.  So that's what I want to kind of get into

20   and I'm going to ask you some questions about that.

21            So because you put in your affidavit in support

22   of the confirmation.  Let's pull that up real quick.

23            MR. WOLFSHOHL:  Scott, how are we on time?  Did

24      you say you could go until 3:30 your time or 4:30?

25            MR. SHUKER:  4:30.

Page 79

1   BY MR. WOLFSHOHL:

2       Q.   If you go down to right after where it says

3   Exhibit A.

4       A.   As to?

5       Q.   Yes, that's the part.  So I have some questions

6   about this.  I want to understand what it is that you

7   did in preparing this affidavit and making this

8   statement.  First off, you say there have been no

9   transfers in the four years prior to the petition date

10  that were not for value.  I can assume from our

11  discussion earlier that you would say that the

12  transactions that were done in connection with the

13  February 2024 restructuring, you believe that those are

14  for value; or am I putting words in your mouth?

15      A.   No.  For value as, like, a bankruptcy

16  definition.  But in common parlance, those transactions

17  were for value.

18      Q.   And I'm not going to beat a dead horse.  I

19  asked you a bunch of questions about what all went into

20  the analysis or the valuation.  I asked you that in the

21  context of the February 2024 transaction.  Now I'm

22  asking you this in connection with this bankruptcy case.

23  Has there been any further analysis about -- starting

24  with the February 2024 transaction, has there been any

25  further analysis since the bankruptcy was filed to

30(b)(6) Jeffrey Charles Sirolly                     July 15, 2025
PB Restaurants, LLC Vs. Planet Express (LAX), LLC, Et Al

                                                          Page 80

1    assess whether that transaction -- whether there were

2    any claims against any other Earl Enterprises entities

3    related to that transaction?

4        A.   There have been conversations with counsel, or

5    attorney-client privilege communications on the subject.

6    But that's all that I'm aware of.

7        Q.   And they've only been conversations, or is

8    there written work product related to that?

9        A.   Could there be an e-mail, again, an

10   attorney-client privilege e-mail?  Maybe.  I think most

11   of it would have been in the form of conversation.

12       Q.   Has there been anything other than that?

13       A.   Not that I'm aware of.

14       Q.   Would it have been you that was a part of those

15   conversations on behalf of PB Restaurants, or anybody

16   else with PB Restaurants, any other officer of PB

17   Restaurants?

18       A.   I don't know for sure.  But it wouldn't

19   surprise me if Tom Avallone was involved.

20       Q.   Okay.  Anyone else?

21       A.   That's all that jumps out at me.  I can't think

22   of anybody else.

23       Q.   Okay.  And would it have been -- is it the same

24   answer for analysis of whether the transaction or the

25   balances that were are -- strike that.

Page 81

1        Do you know what, I'm just going to save the

2   discussion about this until I see the documents on the

3   2024 transaction.

4        Were there any other -- in connection with your

5   analysis for the purposes of making this statement, were

6   there any other transactions that were reviewed, other

7   than the February 2024 transaction, which I'll probably

8   ask you more questions about on Monday?

9        A.    Sorry.  Can you repeat the question?

10       Q.    Sorry, I trailed off at the end of it.  Were

11  there any other transactions with what I'll call

12  insiders or any Earl Enterprises-related entities, were

13  there any other transactions with Earl Enterprises-

14  related entities that you analyzed in connection with

15  making the statement that we just went over in your

16  affidavit?

17       A.    Again, I think there were conversations,

18  attorney-client privileged, with counsel discussing

19  potential causes of action.  And there are some e-mails

20  likely referenced on the subject as well.  But nothing

21  else substantive sort of beyond that.

22       Q.    Whose privilege would you be talking about when

23  you say there were attorney-client privileged

24  communication; was it the PB Restaurants privilege that

25  you're talking about?

30(b)(6) Jeffrey Charles Sirolly                     July 15, 2025
PB Restaurants, LLC Vs. Planet Express (LAX), LLC, Et Al

Page 82

1       A.    Correct, with PB's counsel Scott Shuker.

2       Q.    Okay.  Did you analyze the -- we talked about a

3    couple of other entities that were moved out of the --

4    out from under PB Restaurants, the Chicken Guy and I

5    think the other one was the Seaside --

6       A.    Uh-huh.

7       Q.    -- restaurant.  Were those discussed?

8       A.    I don't know if those were discussed in those

9    conversations.  But again, I think Seaside is break

10   even, at best.  And Chicken Guy is to the tune of a ten

11   to $25 million liability.  So they just probably didn't

12   make the conversation.

13      Q.    In analyzing the potential claims that might

14   exist against related parties, did you look at the

15   history of payments or, you know, money transfers that

16   were made from PB Restaurants to other related entities?

17      A.    The topic was discussed.  I've seen various

18   accounting reports and work product along the way.

19   Again, I didn't dig into the general ledger to say, tell

20   me about this specific transaction from this specific

21   date; just more sort of in generalities.

22      Q.    Did anybody do that; did anybody look at it

23   with more detail?

24      A.    I don't know if Tom would have dug in more, or

25   Holly, for example.

Page 83

1      Q.   I had a question on this on Paragraph 15 of

2   your affidavit.  It came into my head after we were

3   talking earlier.  In the last sentence you say, the lead

4   debtor, PBR, believes the cash flow generated from

5   operations following the restructuring of debt

6   obligations will be sufficient to make all planned

7   payments and will be sufficient to pay ordinary course

8   expenses, including but not limited to payroll and

9   administrative expenses.

10          In that context, what are you talking about

11  when you say payroll if PB Restaurants doesn't have any

12  employees?

13     A.   Today it doesn't have any employees.  But you

14  know, payroll might be a bad word choice.  In the pro

15  forma we created for the plan there's a 3,000 a month

16  allocation.  Maybe administrative expense is a better

17  capturing of that.  But it's just -- yeah, PB

18  Restaurants going forward will be a very simple business

19  and so it will have a very low cost to operate.

20     Q.   So if it doesn't have any employees, would

21  that -- I mean, what other administrative expenses would

22  it have, if all it's really doing is serving as a

23  passthrough for rents and just getting, I guess, a

24  consulting fee, doesn't have any employees?

25     A.   So again, administrative expenses.  You have to

Page 84

1    pay to keep the entity in good standing.  We have to

2    contribute towards insurance to cover the entity.

3        Q.    What is it insured for if it's not really

4    operating?

5        A.    So Earl Enterprises has an insurance program

6    that covers all the -- most, if not all of the entities

7    under the Earl Enterprises umbrella.  Each entity, which

8    is the beneficiary of that larger program, pays its

9    proportional share of the expense.  So a small portion

10   of the Earl Enterprises bill would be allocated back to

11   this entity, because it gets the benefit of general

12   liability insurance.  It gets the benefit of cyber

13   insurance, that sort of thing.

14       Q.    Why does it need that insurance if it's not

15   really operating?

16       A.    If it's still an active entity, it still has

17   businesses.  It could be sued in a slip-and-fall lawsuit

18   in the warehouse.  And although that's passed on the

19   obligation to carry slip-and-fall insurance or personal

20   insurance to its subtenant, here the subtenant is a

21   beneficiary of the same insurance program that it's a

22   beneficiary to.  You can imagine a world where the

23   subtenant is a third party and the subtenant failed to

24   carry insurance, this would provide generally liability

25   insurances for PB's benefit.

Page 85

1     Q.   But if you shut the company down, you wouldn't

2   need that anymore, right?

3     A.   Correct.  You wouldn't need that, yes.  But

4   again, one of the motivating factors for keeping the

5   entities around is keeping those two leases in place;

6   the corporate office and warehouse.

7     Q.   Why wouldn't you just assume and assign that

8   lease to the entities that are actually using those

9   spaces?

10          MR. SHUKER:  Object to the form.

11          THE WITNESS:  We need landlord consent and we

12      have not been able to procure that consent.

13   BY MR. WOLFSHOHL:

14     Q.   Do you know that you don't need landlord

15   consent in bankruptcy?

16          MR. SHUKER:  Object to the form.

17          THE WITNESS:  I know we can force the

18      assumption.  But again, I'm not a bankruptcy

19      attorney, so I won't pretend to know all the ins and

20      outs.

21   BY MR. WOLFSHOHL:

22     Q.   Have you ever explored the possibility of just

23   assuming and assigning the leases to the party that's

24   actually using the location so the Debtor doesn't have

25   the obligation anymore?

Page 86

1          MR. SHUKER:  Object to the extent that calls

2      for attorney-client privilege.

3          You can answer without going into our

4      discussions.

5          THE WITNESS:  Yeah.  No, I don't think I can

6      answer beyond that what our current plan is.

7  BY MR. WOLFSHOHL:

8      Q.   We're going to make this be an exhibit.  This

9  will be Exhibit 9.

10         (Exhibit No. 9 was marked for identification.)

11  BY MR. WOLFSHOHL:

12     Q.   Mr. Sirolly, I put up on the screen -- and

13  we're going to make this Exhibit 10.

14         (Exhibit No. 10 was marked for identification.)

15  BY MR. WOLFSHOHL:

16     Q.   This is the MOR, looks like, for May.  Is that

17  your signature there -- no, that's Tom Avallone.  Have

18  you reviewed this document?

19     A.   I've reviewed it in preparation for my

20  deposition today.

21     Q.   So I'm pulling up the -- looks like a Wells

22  Fargo account that was attached to the MOR.  And I think

23  based on some of the stuff that you just testified about

24  I have an idea to some of these things that I had

25  questions about.  First off, on these credits it looks

Page 87

1   like there's 623,000 total of credits into the account.

2   Several of them are kind of, like, larger lump-sum

3   amounts.  Like there's a -- and they look to be from

4   Planet Hollywood; 60,000, 85,000, 25,000, and then

5   further down, you have 90,000, 10,000.  What are those

6   larger amounts related to; are they reimbursements for

7   the lease expenses; what are those?

8       A.   No, not the lease expenses.  This has to do

9   with the historical nature of PB, and that there are

10  still random things that hit the bank account.  And I

11  think one thing, for example, that runs through here is,

12  we call it the P card.  Various people in the corporate

13  office have a debit card to pay various expenses.  And

14  we're in the process of rolling that program out

15  underneath Earl Enterprises Corporate.  But sitting here

16  today, it's still administered by Wells.

17          Those charges hit the bank account on sort of a

18  once-a-week basis.  I have a general sense, I think some

19  of the cash infusions are to cover those P card expenses

20  that are hitting this bank account.  I think there's

21  some things in here are sort of the cleanup that LAX

22  used to run through this bank account.  So if LAX

23  stopped operations in early April, there are still

24  random things.

25      Q.   What about -- what is -- what about this 1,000

Page 88

1    Mealz Dining Pass.  What's that?  We talked about Mealz

2    earlier and I think you said you didn't think there was

3    a contractual relationship with Mealz.  But what would

4    they have been transferring a thousand dollars for?

5        A.    Where are you looking?

6        Q.    It's a $1,000 transaction on May 6th.

7        A.    Yeah, I have no idea.  Again, we didn't really

8    talk about Mealz Dining Pass.  Mealz Dining Pass sold or

9    sells the Best of Italy card, which is Italian brands.

10   PB in and of itself doesn't participate in the e-mails

11   program because, you know, it's not an Italian brand.

12   Again, it was the management company for Buca.  It is

13   the historical corporate office company for Earl

14   Enterprises.  So still randomly -- until we extrapolate,

15   there's still random things that come across its desk.

16       Q.    Is it fair to say that if you do a little bit

17   of cleanup, all this stuff is going to eventually go

18   away?

19       A.    Correct.  Our plan is basically the corporate

20   office lease, the warehouse lease and the consulting

21   agreement, so it's a nice simple business structure

22   going forward.

23       Q.    We're back at your affidavit, Mr. Sirolly.

24       A.    Okay.

25       Q.    Can you go to Paragraph 24?  I want to ask

Page 89

1   you -- you say here that -- in Paragraph 24 it says, the

2   plan resulted from arm's-length bargaining between the

3   Debtor's legal counsel, secured creditors and unsecured

4   creditors.

5       A.   Yes, I see that.

6       Q.   Can you help me understand what you mean when

7   you say bargaining between the Debtor's legal counsel,

8   secured creditors and unsecured creditors; what do you

9   mean by that?

10      A.   Debtor's legal counsel is Scott Shuker.  PHL --

11  secured creditor PHL's counsel is a gentleman at

12  GrayRobinson.  His name is Jason.  And unsecured

13  creditors, primary reference here is to the landlords

14  for the warehouse and corporate office.

15      Q.   Okay.  So I'm understanding it, Mr. Shuker

16  negotiated with counsel for PHL in putting the plan

17  together as to the treatment of PHL's claim?

18      A.   Correct.  Conversations were had by the parties

19  and their counsel.

20      Q.   But you're the representative of both PHL and

21  the Debtor at this point, right?

22      A.   Again, I'm general counsel for Earl

23  Enterprises.  PB is under the Earl Enterprises umbrella.

24  And PHL is -- again, I'm not a secretary for that

25  entity, but it also arguably falls under the umbrella,

Page 90

1   which is maybe one of the reasons why PHL retains its

2   own counsel at GrayRobinson, for example.

3       Q.    I'm asking you a little bit more of a direct

4   question.  I'm not -- I mean, I get it that all of these

5   kind of fall under the same umbrella.  But you're here

6   as the 30(b)(6) representative of the Debtor, and you

7   signed a number of pleadings and documents on behalf of

8   the Debtor.

9       A.    Correct.

10      Q.    And you also filed the Proof of Claim for PHL

11  and signed that claim attesting to the claim amount.  So

12  what I'm asking is, in those negotiations, was

13  Mr. Shuker answering to you for PB Restaurants and --

14  GrayRobinson, is that the name of the other firm?

15      A.    Correct.

16      Q.    Were they also answering to you as the

17  representative of PHL; is that how these negotiations

18  went?

19      A.    Again --

20          MR. SHUKER:  Object to the form.  We're getting

21      into attorney-client and getting into settlement

22      discussions.

23          THE WITNESS:  Scott Shuker represents PB.

24      Jason at GrayRobinson represents PHL.  I'm general

25      counsel for Earl Enterprises and Robert and Tom are

Page 91

1     the managers for PB and PHL.

2    BY MR. WOLFSHOHL:

3     Q.    If you'll just give me a second here.  I think

4    you told me this.  I just -- as I'm going through my

5    notes sometimes I see things I'm not sure if I asked

6    you.

7          Is that -- the consulting agreement that we

8    have referred to a few times with Planet Hollywood, LLC,

9    the one that came out of that February 2024 restructure,

10   is that the only consulting agreement that PB

11   Restaurants is currently a party to?

12    A.    Yes.  That's the only one that I'm aware of.

13    Q.    Okay.  Does Planet Hollywood, LLC pay -- is it

14   a $10,000 a month consulting fee under that agreement?

15    A.    Yes, correct.

16    Q.    As of the filing of the bankruptcy, were they

17   current on that?

18    A.    I know it's been paid.  I don't know if they

19   were current for the month.

20    Q.    Has it been paid post-bankruptcy?

21    A.    That's my understanding, but not a question I

22   have asked.

23    Q.    So you're not certain whether -- I guess if

24   you -- well, could the payment have come from Earl

25   Enterprises?  I'm asking, just so you know, Mr. Sirolly,

Page 92

1  I'm asking because that's the only $10,000 payment I saw

2  in your MOR.  So I'm just asking would that be the

3  consulting fee.

4      A.   I don't know for sure.  You would have to ask

5  accounting.  But the contracting parties to the

6  consulting agreement are Planet Hollywood, LLC and PB

7  Restaurants.

8      Q.   But you're not sure if the bankruptcy has been

9  filed whether PB Restaurants has been paid its $10,000 a

10 month from Planet Hollywood, LLC?

11     A.   It's not a question I have asked.

12     Q.   And that's the only source of actual income --

13 setting aside the passthrough stuff, that's the only

14 source of actual income that PB Restaurants projects to

15 have post-confirmation?

16     A.   Yes, together with cash on hand upon

17 confirmation, correct.

18     Q.   But you haven't analyzed whether they have

19 actually been making that payment post-bankruptcy?

20     A.   It's nothing I worry about, because I could

21 walk into Holly's office and make sure it happens.

22     Q.   But you haven't yet?

23     A.   Not sitting here today, no.

24     Q.   And you haven't checked to see whether they

25 were current on their payments prebankruptcy either?

Page 93

1     A.   I knew payments were made.  But again, I didn't

2   run it down for the month.

3     Q.   So if the restructure occurred at the

4   beginning -- pretty close to the beginning of 2024,

5   right?

6     A.   February 1st of '24.  Again, I don't call it a

7   restructure, but that's when the PHL, PB Restaurants

8   transaction occurred.

9     Q.   Okay.  I don't know if I created that word.  I

10  thought somebody else called it that.  Let's go to --

11  when I say restructure, that's what I'm talking about,

12  just so you know.  I'll try to call it the February 2024

13  transaction.

14       Let's go to the Case Management Summary.  Let's

15  go ahead and mark that.

16       (Exhibit No. 11 was marked for identification.)

17  BY MR. WOLFSHOHL:

18    Q.   This is Exhibit 11.  It's a document titled the

19  Joint Chapter 11 Case Management Summary.  Have you

20  looked at this document?

21    A.   Yes, I have seen this document.

22    Q.   Did you assist in its preparation?

23    A.   Yes.  I reviewed and provided comments on an

24  initial draft.

25    Q.   Let's go to Paragraph 15.  I just want to

Page 94

1   understand, on Paragraph 15 where it says PB and it

2   shows 1.2 million of -- I guess this is gross revenue

3   for 2024 at $300,000 through March of 2025.  Am I right

4   in understanding that that gross number is inclusive of

5   the passthrough rent?

6       A.   Correct.

7       Q.   Paragraph 19, you see where it says, as of the

8   petition date, PB is indebted to noncontingent and

9   liquidated noninsider unsecured creditors in the

10  approximate amount of 1.6 million.

11      A.   Yes, I see that.

12      Q.   Okay.  Does that include any amounts on the PB

13  Restaurants' books owed to the entity Buca C or any of

14  the other Buca entities?

15      A.   No.  The Buca Entities owe PB money, not the

16  other way around.

17      Q.   In Paragraph 22 at the bottom it says that PB's

18  net worth is approximately negative $46 million.

19      A.   Okay.

20      Q.   Did you provide that number?

21      A.   I wouldn't have provided the number.  It would

22  have been a number that came out of accounting.

23      Q.   Do you know how it was calculated?

24      A.   Again, I would defer to the accounting

25  department.

Page 95

1          MR. SHUKER:  Assets minus liabilities equal net

2      worth.  There you go.

3          MR. WOLFSHOHL:  Is that how it was calculated?

4          MR. SHUKER:  I was being facetious just

5      bringing up an accounting term, sorry.

6          MR. WOLFSHOHL:  Now I'm asking your question,

7      Scott.

8   BY MR. WOLFSHOHL:

9      Q.   Is that -- do you know if that's how it was

10  calculated, or did you just ask somebody for a number

11  and they provided it to you?

12     A.   I don't know if I provided the number, if Tom

13  provided the number, if Holly provided the number, but

14  the number would have come out of accounting.

15         MR. WOLFSHOHL:  Do you guys mind if we take a

16     five-minute break?  I don't have a ton more, but I

17     want to just -- obviously, subject to, you know, I'm

18     going to have more questions when we get some of

19     that other information.

20         MR. SHUKER:  Sure.

21         (A break was taken.)

22  BY MR. WOLFSHOHL:

23     Q.   Mr. Sirolly, I don't think I've asked you this;

24  but other than the consulting agreement -- I know I

25  asked you whether you had any other consulting

Page 96

1  agreements.  But other than the consulting agreement

2  that PB Restaurants has with Planet Hollywood, LLC, does

3  PB Restaurants have any other contracts of any kind

4  with, what I would call, related entities, any, you

5  know, Robert Earl entities or Planet Hollywood-related

6  entities that you're aware of?

7      A.    Historically I know there were other

8  agreements.  Again, on a go-forward basis, I don't

9  envision any.  But again, for example, there's the

10 corporate documents obviously.  PB is owned by OCS Group

11 Holdings, so that sort of paperwork with the related

12 entities.  PB owns LAX and Times Square Buffet,

13 paperwork with related entities.  Some of the agreements

14 we're looking to reject, for example, are multiparty.

15 Like, Ed Don is a small wares provider.  I don't know

16 this for sure, but it's very likely that PB Restaurants,

17 Earl of Sandwich, Chicken Guy, Bravo, Brio all signed

18 that contract, so those are agreements with related

19 parties.

20     Q.    We have a common enemy in Ed Don, don't worry.

21 They're a lot of fun to deal with.

22     A.    On a go-forward basis all we're anticipating

23 are the leases, the subleases that go with those leases

24 and the consulting agreement, then obviously you have

25 the corporate paperwork.

Page 97

1     Q.   I get that.  So, you know, given that PB

2   Restaurants doesn't have any employees as of right now,

3   who is it that has access to and the ability to, you

4   know, I guess move funds or write checks out of PB's

5   bank accounts; are they officers; can you tell me what

6   individuals do?

7     A.   It's Tom Avallone and Rich Olgee.  Rich Olgee

8   is the comptroller.  Tom is the manager for most of the

9   entities.  They tend to have check writing authority of

10  the vast majority, if not all of the entities.  PB, much

11  like Chicken Guy, Bravo, Brio, is all supported by

12  Shared Services, the corporate office I'm based out of.

13  PB -- I deal with the insurance on a weekly basis.  So

14  when I go to do my insurance application and insurance

15  schedules, I list PB as one of the entities that's an

16  additional insured on the policies.  So Shared Services

17  is -- generically is who runs PB Restaurants, although

18  it doesn't have any payroll itself.

19         Generally what we do -- I don't know about PB

20  particularly, that would be an accounting question --

21  the cost of Shared Services is then allocated back to

22  the various business lines.  There's an allocation to

23  say, all right, Shared Services cost this, Bravo, Brio,

24  here is your proportional share.  You reimburse now to

25  Earl Enterprises Corporate for those costs and expenses.

Page 98

1   I don't know -- I'm sure historically PB -- well, PB was

2   Shared Services historically.

3           MR. WOLFSHOHL:  Okay.  I'm going to go ahead

4       and reserve questions until when we see the

5       documents, and talking about those once you guys

6       provide them.  And we'll see you-all on Monday.  So

7       I'll want to do this Monday, given that I'm going to

8       be traveling later that week -- you know, assuming

9       I'm going to travel later that week to the

10      confirmation hearing, are you guys okay doing this

11      by Zoom again on Monday?

12          MR. SHUKER:  Sure, that will be fine.

13          THE COURT STENOGRAPHER:  Do you need that

14      transcribed, Josh?

15          MR. WOLFSHOHL:  Yes, I do.

16          THE COURT STENOGRAPHER:  Copy, Mr. Shuker?

17          MR. SHUKER:  Yes, please.

18          (Deposition adjourned at 4:00 p.m.)

19                      - - - - -

20

21

22

23

24

25

Page 99

1                    CERTIFICATE OF OATH

2

3   STATE OF FLORIDA:

4   COUNTY OF ORANGE:

5

6        I, JOANNE HAHN, Notary Public, State of Florida, do

7   hereby certify that JEFFREY CHARLES SIROLLY remotely

8   appeared before me on July 15, 2025 and was duly sworn

9   and produced a Florida driver's license as

10  identification.

11

12       Signed this 21st day of July, 2025.

13

14

15

16

17  _____

    JOANNE HAHN

18

    Notary Public, State of Florida

19  My Commission No.: HH 237801

    Expires:  May 3, 2026

20

21

22

23

24

25

Page 100

1                    CERTIFICATE  OF  STENOGRAPHER

2     STATE OF FLORIDA:

3     COUNTY OF ORANGE:

4

5        I, JOANNE HAHN, Notary Public, State of Florida,

6     certify that I was authorized to and did

7     stenographically report the deposition of JEFFREY

8     CHARLES SIROLLY; that a review of the transcript was

9     requested; and that the foregoing transcript, pages 5

10    through 98, is a true and accurate record of my

11    stenographic notes.

12       I further certify that I am not a relative,

13    employee, or attorney, or counsel of any of the parties,

14    nor am I a relative or employee of any of the parties'

15    attorneys or counsel connected with the action, nor am I

16    financially interested in the action.

17

18       DATED this 21st day of July, 2025.

19

20

21    _____

         JOANNE HAHN, COURT STENOGRAPHER

22

23

24

25

Page 101

1                       ERRATA SHEET

2            DO NOT WRITE ON TRANSCRIPT-ENTER CHANGES HERE

3                IN RE:    DEBTOR PB RESTAURANTS, LLC

                 DATE:     JULY 15, 2025

4                DEPONENT:  JEFFREY CHARLES SIROLLY

5

6   PAGE NO. LINE NO.  CORRECTION & REASON

7   _____  _____   _____

8   _____  _____   _____

9   _____  _____   _____

10  _____  _____   _____

11  _____  _____   _____

12  _____  _____   _____

13  _____  _____   _____

14  _____  _____   _____

15  _____  _____   _____

16  _____  _____   _____

17  _____  _____   _____

18  _____  _____   _____

19  _____  _____   _____

20  _____  _____   _____

21  _____  _____   _____

22  Under penalties of perjury, I declare that I have read
    the foregoing document and that the facts stated in it

23  are true.

24

    _____

25  DATE                        JEFFREY CHARLES SIROLLY

Page 102

1   R. Scott Shuker, Esquire
    rshuker@shukerdorris.com

2

3   July 21, 2025

4

    In Re:   7-15-25/Jeffrey Charles Sirolly/VT Job #7481808

5

    Dear Mr. Shuker,

6

        The above-referenced transcript is available for
7   review.

8       The witness should read the testimony to verify its
    accuracy.  If there are any changes, the witness should
9   note those with the reason on the attached Errata Sheet.

10      The witness should, please, date and sign the Errata
    Sheet and e-mail to the deposing attorney, as well as
11  Veritext at transcripts-fl@veritext.com and copies will
    be e-mailed to all ordering parties.

12

        It is suggested that the completed errata be
13  returned 30 days from receipt of testimony, as
    considered reasonable under Federal rules*, however,
14  there is no Florida statute in this regard.

15      If the witness fails to do so, the transcript may be
    used as if signed.

16

        Thank you,

17

18      Veritext Legal Solutions

19

    *Federal Civil Procedure Rule 30(e)/Florida Civil
20  Procedure Rule 1.310(e).

21

22

23

24

25

## &

**&**  2:8 3:10,11
  3:15 19:19
  50:11 101:6

## 0

1957  1:6
1958  1:8
1959  1:9

## 1

1 3:10 19:18,19
  30:9 70:22
  72:24
1,000 87:25
  88:6
1.2  94:2
1.310  102:20
1.5  40:3,4
1.6  94:10
10  3:19 86:13
  86:14
10,000 87:5
  91:14 92:1,9
100  3:5 8:3
  31:10 43:20
  58:21 61:15,18
  61:19 66:18
1000 2:4
101  3:6
102  3:7
11  1:5 3:20
  68:2 93:16,18
  93:19

11.5  52:13
1120 2:8
12  34:23,23
121 2:8
12:11 1:16
13  49:5
14.8  37:11,12
15  1:15 83:1
  93:25 94:1
  99:8 101:3
19  3:10,11 94:7
**1994**  69:14
  70:4
**1st**  12:20,21
  13:9 16:15
  69:17,23,24
  93:6

## 2

2 3:11    19:18,19
  65:15
2.02 36:18
20  16:22 17:8
  23:11 45:21
  53:16,23
2011 30:9
2017  7:4 33:2
  36:7,8,10 37:15
  46:3
2018  25:11
  31:12 34:22,24
2019  9:12,14
  21:18 26:7
  29:9,18 32:15

32:15,17,20,20
32:22 34:22,24
35:7 58:5
63:20 65:16
2020  3:10 8:11
  8:24 10:22
  20:16 29:19
  32:16,17 37:16
2021  29:19
2022  29:19
  37:17 44:13
  45:20
2023  3:15,16
  6:23 49:3
  50:17 53:15,17
  53:24 54:1,4
  54:12 59:23
2024  6:23 9:18
  13:9 14:9
  19:12 24:22
  37:15 40:15
  42:16 51:17
  54:5,18 55:21
  56:25 57:4,10
  57:16 59:23
  61:5 62:4 63:2
  64:12 68:8,12
  70:22 72:25
  79:13,21,24
  81:3,7 91:9
  93:4,12 94:3
2025  1:15 94:3
  99:8,12  100:18
  101:3 102:3

2026  99:19
21  20:18 30:6
  45:21 102:3
21st 67:23
  99:12 100:18
22  33:3 45:21
  94:17
22.9 52:20
22668 99:16
  100:20
22nd 68:1,1,3
23  16:13
237801 99:19
24  12:20,22
  16:15 64:18
  69:17,23,24
  70:8 75:8
  88:25 89:1
  93:6
25  82:11
25,000 87:4
27 24:12
29  24:12

## 3

3 3:12 30:12
  33:17 42:24,25
  99:19
3,000 83:15
3.5  21:4 63:21
3.7 33:19 34:3
  34:6 35:7
30  13:1 14:22
  15:3 16:3,4,11

17:8,25 18:21
19:9 22:11,18 22:20
23:8 44:15 55:12 75:5
90:6 102:13,19
300 57:21
300,000 94:3 30th 70:8
32801 2:9
34     16:9
35     31:4,6
**36th**   2:4
**3:30**   78:24
**3rd**   9:18

**4**

**4 3:13 12:2,6,6**
  **15:4 21:21,22**
  **22:14 35:3**
  **44:5,6 60:6,18**
  **60:25 62:20,24**
**4/18/24 3:14**
**4/21/24 49:7**
**42 3:12**
**44 3:13**
**46   94:18**
**46,279,000**
  **34:15**
**47   3:14**
**4:00**   1:16 98:18
**4:30**   78:24,25

**5**

5 3:3,14 17:4 24:5
  47:8,9 100:9
**50**   3:15,16
  10:13,15,17
  15:22 36:20
  45:13,17 51:10
  51:13 52:8
  54:12,13 59:22
**50,438,000**   51:6
**50/50**   10:13
**56**   3:17

**6**

6 3:15 12:5 16:23
  23:17 50:10,11
  90:6
**60**   15:22
**60,000**   87:4
**623,000**   87:1
**65**   45:17
**6:25**   1:6,8,9
**6th**   88:6

**7**

7 3:16    25:8
  50:11
**7-15-25**   102:4
**7481808**   102:4
**77002-2764**   2:4

**8**

8 3:17    55:25
  56:1
**80**   8:3 16:6,12
  37:13 54:5,13
  54:20 55:11
  57:12 59:22
**85,000**   87:4
**86**   3:18,19

**9**

9   3:18 86:9,10
90,000 87:5
93   3:20
94   72:19
98   100:10
99   3:4

**a**

**ability**   97:3
**able**   41:16
  59:20 85:12
**above**   45:13
  102:6
**access**   71:7
  97:3
**accommodati...**
  68:14
**account**   24:11
  40:17 86:22
  87:1,10,17,20
  87:22
**accountant**
  33:23

**accounting**
  34:8 38:25
  39:16 47:18,20
  47:25 48:1,8
  48:25 49:18
  54:25 55:16
  56:22 57:1,6
  57:17,19,24
  82:18 92:5
  94:22,24 95:5
  95:14 97:20
**accounts**   97:5
**accuracy**   102:8
**accurate**   40:11
  54:20 100:10
**acting**   55:3
**action**   81:19
  100:15,16
**active**   84:16
**actual**   43:20
  44:20 62:2
  92:12,14
**actually**   19:16
  38:8 67:6 76:8
  85:8,24 92:19
**add**   30:23
**added**   21:15
**addition**   22:4
**additional**
  30:19 37:7
  97:16
**adjourned**
  98:18

**administered**
1:8 87:16
**administrative**
83:9,16,21,25
**advances** 38:13
**affidavit** 3:18
40:7 78:21
79:7 81:16
83:2 88:23
**affiliate** 14:1
41:8,18,19
**affiliates** 13:25
**affiliation** 7:8
10:3
**affirm** 5:5
**ago** 15:21
**agree** 30:4
**agreed** 4:3
22:16 67:19
**agreeing** 11:7
67:24
**agreement**
14:25 15:1
21:6 30:8,13
30:15,19,22,25
31:1,7 35:20
36:3,12 44:13
46:3 59:5
60:19 65:21
70:9,21,25
71:3,8 74:17
88:21 91:7,10
91:14 92:6
95:24 96:1,24

**agreements**
20:19 61:1
96:1,8,13,18
**ahead** 93:15
98:3
**allocated** 84:10
97:21
**allocation**
83:16 97:22
**allows** 60:19
**amazon** 62:10
**amendment**
3:13 36:5 44:4
44:11,17,20,22
44:23 46:10
59:6
**amount** 18:21
21:15 23:8
34:4 37:7 39:7
43:24 45:8
52:7 53:16
54:11 56:16,20
57:5 74:21
90:11 94:10
**amounts** 16:12
40:21 52:3,8
54:2 57:15
87:3,6 94:12
**anaheim** 52:2
**analysis** 47:22
55:20 79:20,23
79:25 80:24
81:5

**analyze** 82:2
**analyzed** 81:14
92:18
**analyzing**
82:13
**announce**
67:19
**annual** 30:9
60:25 63:15
**answer** 13:23
22:2 29:16
74:9 80:24
86:3,6
**answered** 23:4
59:18
**answering**
90:13,16
**anticipating**
96:22
**anybody** 18:8
18:10 23:5
24:7 55:17,19
80:15,22 82:22
82:22
**anymore** 85:2
85:25
**apart** 31:20
**apparently**
9:25
**appeared** 99:8
**appearing** 1:17
2:6,10
**appears** 9:5
50:15

**application**
97:14
**applied** 16:5
19:1,8 23:11
29:13 57:15
**apply** 55:11
**appraisal** 23:22
**appraisals**
23:14,16
**appraised**
23:25
**appropriate**
55:20 57:12,14
57:16 58:23
**approximate**
94:10
**approximately**
94:18
**april** 87:23
**area** 12:1
**arena** 72:20
**arguably** 89:25
**argument**
41:20
**arm's** 89:2
**arrangement**
30:21 61:13
**arrangements**
15:18
**arrive** 19:8
**arrived** 57:20
**ascribed** 24:5
**aside** 92:13

**[asked - baggage]**                                        Page 4

**asked**  55:2
  56:22 57:22
  63:14 79:19,20
  91:5,22 92:11
  95:23,25
**asking**  18:9
  34:5 37:6 50:6
  52:16 57:9
  59:1,8 77:20
  77:21 78:14,16
  79:22 90:3,12
  91:25 92:1,2
  95:6
**aspect**  24:17
**asserts**  59:3,13
**assess**  24:4
  80:1
**assessment**
  22:20 23:6
  24:13
**asset**  53:2
  62:25
**assets**  29:5
  52:19,21 53:4
  58:14,19 62:2
  95:1
**assign**  71:22
  85:7
**assigned**  71:20
  72:2
**assigning**  85:23
**assignment**
  13:13,15 61:8
  61:11

**assignments**
  18:15 55:7
**assist**  93:22
**associate**  32:23
**associated**
  16:23 22:14
**assume**  11:7
  35:12 71:25
  79:10 85:7
**assumed**  16:23
  23:18
**assuming**  85:23
  98:8
**assumption**
  13:13,15 24:6
  30:17 51:19
  85:18
**assurance**
  75:17,18
**attached**  37:3
  49:2 50:9
  53:15 58:6,15
  58:20 86:22
  102:9
**attachments**
  50:14
**attesting**  90:11
**attorney**  13:23
  77:21 80:5,10
  81:18,23 85:19
  86:2 90:21
  100:13 102:10
**attorneys**
  100:15

**auction**  62:12
**auctions**  62:8
**audibly**  74:9
**audit**  3:11 20:9
  20:10 25:8,24
  26:8,10,11
  28:8 29:8
  32:15,16 33:17
  63:20 65:16
**audited**  20:5,15
**auditing**  20:12
**auditors**  28:11
  28:20 29:13
**audits**  28:15
**auspices**  17:16
  40:22
**authority**  97:9
**authorized**
  100:6
**availability**
  71:7
**available**  39:25
  42:19 43:6
  102:6
**avallone**  17:17
  18:25 24:7,16
  46:16 48:17
  54:24 76:21
  77:23 80:19
  86:17 97:7
**avallone's**
  17:18
**avenue**  2:8

**aware**  7:19
  13:20 18:6
  22:23 23:2,10
  24:24 51:24
  58:14 59:1,9
  59:12,15,17
  60:22 64:1,10
  80:6,13 91:12
  96:6

**b**

**b**  90:6
**back**  11:11
  17:8 21:9 28:8
  29:8 30:7
  31:14 33:14,17
  38:5 40:20
  42:22 47:23
  48:6 49:19
  57:14 59:18
  62:4,18,20
  65:15 68:11
  69:16,18 70:4
  70:25 84:10
  88:23 97:21
**background**
  27:21 78:3
**backing**  64:11
**backwards**
  33:16
**bad**  83:14
**baggage**  69:14
  70:3

**balance** 3:15
  16:9 36:24
  37:10 38:7
  43:20 44:1
  45:5,13 49:3,4
  49:10 50:9,16
  50:25 51:13
  53:11 54:19
  55:20 57:5,6
  59:21
**balances** 80:25
**bank** 87:10,17
  87:20,22 97:5
**bankruptcy** 1:1
  9:16 13:25
  14:1 16:8 30:4
  36:16 40:11
  41:25 56:5,17
  70:14 79:15,22
  79:25 85:15,18
  91:16,20 92:8
  92:19
**bargaining**
  89:2,7
**based** 7:7 18:22
  23:13,15 24:8
  26:10 29:3,9
  33:25 34:5
  43:11 50:15,24
  86:23 97:12
**basic** 78:8
**basically** 36:10
  72:6 88:19

**basis** 26:25
  60:25 63:6
  64:25 72:13
  87:18 96:8,22
  97:13
**bat** 36:24
**beat** 79:18
**beginning**
  76:13 93:4,4
**behalf** 2:6,10
  56:6 80:15
  90:7
**believe** 11:8
  12:6 13:15
  16:6,15 18:15
  21:11 23:13,15
  25:4 28:11
  35:11 37:2
  44:19 45:12
  47:3 48:18
  49:8 50:20
  55:9 56:6
  60:13 66:23
  67:4 68:18
  79:13
**believes** 83:4
**beneficial**
  75:14
**beneficiary**
  84:8,21,22
**benefit** 84:11
  84:12,25
**best** 15:15
  24:15 82:10

88:9
**better** 38:16
  83:16
**beyond** 56:23
  81:21 86:6
**big** 16:16 39:13
  62:12 68:11
  69:15
**bill** 84:10
**bit** 14:19 33:18
  33:25 35:7
  43:17 48:25
  56:14 88:16
  90:3
**bk** 1:6,8,9
**blood** 71:19
**board** 29:24
  30:3
**body** 45:10
**books** 25:3 34:5
  57:18 94:13
**borrow** 43:13
  43:14
**borrowed**
  40:22
**borrowing** 40:5
**borrowings**
  37:4
**bottom** 30:7
  48:2 65:18
  75:18 94:17
**bouncing** 62:18
**boxing** 65:25
  66:6

**brand** 22:15
  25:22 71:6
  72:11 88:11
**brands** 49:14
  65:25 66:6
  88:9
**bravo** 33:12
  96:17 97:11,23
**break** 19:14
  27:7,10 42:3,4
  67:14,16 82:9
  95:16,21
**breakdown**
  35:14
**bringing** 95:5
**brio** 33:12
  96:17 97:11,23
**broadened**
  28:7
**broken** 23:4
**buca** 3:10 9:6,8
  9:13,18,19
  35:11 38:4
  49:5,6 69:25
  70:6 75:6,7
  88:12 94:13,14
  94:15
**bucca's** 9:16
**buffet** 1:8 5:21
  96:12
**building** 32:11
**bunch** 70:3
  79:19

**business** 6:12
  7:23 27:2
  37:18 48:9,10
  70:2 83:18
  88:21 97:22
**businesses**
  15:17,25 45:24
  75:8 84:17
**buy** 24:8 62:16

**c**

**c** 2:1 5:1 49:5
  94:13
**cafe** 16:25 17:3
  24:3
**calculated**
  94:23 95:3,10
**calculation**
  21:3 23:10
  57:14
**call** 6:14,24
  21:21 33:9
  53:3,5,7,9,13
  54:9 77:7,10
  81:11 87:12
  93:6,12 96:4
**called** 6:18 7:7
  8:23 12:18
  16:25 17:3
  66:6 93:10
**calling** 42:6
  60:6
**calls** 86:1

**cancellations**
  60:22
**capacity** 15:9
  45:17
**capital** 1:14 2:6
  5:15 37:17
  39:25 45:23
  46:9 67:18
**capturing**
  83:17
**card** 64:22
  87:12,13,19
  88:9
**career** 27:24
**carried** 34:4
**carry** 84:19,24
**case** 1:6,7,8,9
  3:20 79:22
  93:14,19
**cash** 33:11
  40:16 49:5
  83:4 87:19
  92:16
**cashed** 33:13
**categories** 53:2
**caused** 54:15
  59:20,24
**causes** 81:19
**cc** 48:16
**cease** 25:23,25
  66:25
**ceased** 10:23
**certain** 25:6
  40:25 43:24

74:3 91:23
**certainly** 15:9
  34:19 41:17
  53:3
**certificate** 3:4,5
  99:1 100:1
**certify** 99:7
  100:6,12
**cfo** 77:2
**chairman**
  17:21
**change** 30:10
**changed** 57:23
**changes** 63:3,6
  101:2 102:8
**chapter** 1:5
  68:2 93:19
**characterizati...**
  43:7
**charges** 87:17
**charles** 1:13
  3:2 5:9 99:7
  100:8 101:4,25
  102:4
**chart** 3:10 6:2
  6:5,6,7,8 8:7,9
  8:16 10:23
  12:11,13 16:1
  16:17 17:2
  19:15,17 37:24
  53:2,10 66:13
**check** 14:8 97:9
**checked** 92:24

**checks** 97:4
**chicken** 25:12
  25:15,16 26:24
  27:4,9 31:14
  31:16,19 32:1
  32:8,8,10
  33:10,11,13,14
  38:4 82:4,10
  96:17 97:11
**choice** 83:14
**chris** 47:18
  48:7,8
**circle** 55:17
**civil** 102:19,19
**claim** 3:17
  41:16 56:4
  57:7,13 58:7
  58:15,20 89:17
  90:10,11,11
**claims** 78:12,14
  78:15,16,17
  80:2 82:13
**clarify** 47:15
**clause** 75:18
**clean** 69:4,7
**cleanup** 87:21
  88:17
**clear** 41:4,25
**client** 13:23
  14:8 77:21
  80:5,10 81:18
  81:23 86:2
  90:21

**close** 53:23
93:4
**closed** 43:25
70:1,11,13,16
73:10
**closer** 14:11
56:25
**cnl** 7:7,8 28:2
**code** 13:25 14:1
**collection** 48:6
**column** 16:20
**come** 18:21
47:23 57:17
68:20 88:15
91:24 95:14
**comes** 16:25
51:18 53:21
63:12
**coming** 33:11
62:19 64:4,8
64:15
**commencing**
30:8
**comment** 34:9
54:17 55:1
60:2
**comments**
93:23
**commission**
99:19
**commitment**
73:1
**common** 72:15
73:14 79:16

96:20
**communication**
81:24
**communicati...**
80:5
**companies** 9:4
13:5 27:3
48:21 61:24
**company** 6:24
7:7 24:19
25:11 28:11
29:20 36:8
37:25 38:11
39:12,13,14
43:18 47:22
60:8 61:9 64:9
65:20 67:12
85:1 88:12,13
**complete** 39:1
**completed**
102:12
**complicated**
75:8,10
**components**
24:25
**comptroller**
48:18,20 77:7
97:8
**concept** 28:8,22
29:3 30:23
31:15,19,20
48:19 70:7
**concepts** 26:8
26:15,21,23,23

70:10
**concern** 27:13
27:17 28:9
29:12
**conclusion** 34:1
**conduct** 42:18
**confined** 29:25
**confirm** 54:20
57:11,14
**confirmation**
3:18 40:8 42:7
78:22 92:15,17
98:10
**confused** 12:5
51:3 53:19
**congruent** 57:8
**connected**
100:15
**connection**
13:17 18:3,12
36:15 40:8,15
46:19 55:3
67:20 78:6
79:12,22 81:4
81:15
**consent** 71:23
85:11,12,15
**consideration**
17:4 55:15
71:6
**considered**
102:13
**consistent** 31:5
33:21 36:21

42:5 57:24
63:7
**consisting** 51:6
**consolidate**
37:1
**consolidated**
3:11 20:20
35:19 36:2
43:21 44:12
**consolidating**
37:7
**consolidation**
17:5
**construction**
43:16
**consulted** 24:7
**consulting**
65:21 70:21,24
71:2,8 74:17
83:24 88:20
91:7,10,14
92:3,6 95:24
95:25 96:1,24
**consumer** 28:1
30:10
**context** 33:18
53:21 79:21
83:10
**continued**
67:20
**continues** 27:5
**contract** 75:24
96:18

**contracting**
92:5
**contracts** 70:3
75:17 96:3
**contractual**
65:12 88:3
**contribute** 84:2
**conversation**
38:20 39:14
77:17 80:11
82:12
**conversations**
55:13 77:13,14
80:4,7,15
81:17 82:9
89:18
**conveyed** 17:3
**conveys** 72:11
**copies** 102:11
**copy** 98:16
**cords** 73:5
**corporate** 6:19
6:21,22 9:1
11:16 15:9
18:17 25:3
38:2,22 42:7
42:16 46:24
48:8 49:13,16
67:2 69:18
70:5,19 71:12
71:12,13,15
74:7 75:1 85:6
87:12,15 88:13
88:19 89:14

96:10,25 97:12
97:25
**corporation**
1:14 2:6 5:15
**correct** 5:17,18
6:10 7:13,14
9:22 11:2
12:10,12,15
13:10 14:25
16:10 17:7
18:13,14 21:7
21:16 22:13
23:19 26:6,18
28:15,16 30:16
31:6 35:25
36:8 37:14
40:12 42:10
44:16,21 46:1
46:2 47:6
48:13,21 49:20
51:2 52:4 56:7
56:18 61:7,11
66:10,23 68:4
68:5 69:13
72:9 74:10,24
76:7,10,11
82:1 85:3
88:19 89:18
90:9,15 91:15
92:17 94:6
**correction**
101:6
**cost** 73:1 76:9
83:19 97:21,23

**costa** 64:6
**costs** 97:25
**counsel** 4:4
5:24 7:6 8:1,5
9:7,10,12,13
11:13,17,18
15:6 17:14
18:6,17 32:18
32:19,21,24
33:1 46:13,17
54:22,23 55:6
56:10,13 58:1
76:9,18,19
77:15,24 80:4
81:18 82:1
89:3,7,10,11,16
89:19,22 90:2
90:25 100:13
100:15
**county** 99:4
100:3
**couple** 27:15
30:18 31:11
42:19 47:15
65:1 82:3
**course** 29:1
50:21 83:7
**court** 1:1,18
5:3 98:13,16
100:21
**cover** 14:12
84:2 87:19
**covered** 14:8

**covers** 84:6
**covid** 29:19
70:16
**cpa** 33:23
**created** 35:24
83:15 93:9
**credit** 14:23
15:18 16:11
34:15,18 35:23
36:20 37:1,21
39:18 40:11,17
54:3 55:12
56:20 59:14
**creditor** 89:11
**creditors** 89:3
89:4,8,8,13
94:9
**credits** 86:25
87:1
**crossed** 78:2
**current** 6:7
47:23 54:9
86:6 91:17,19
92:25
**currently** 61:1
63:16 91:11
**cyber** 84:12

**d**

**d** 3:1 5:1 46:6,9
**daily** 64:24
**data** 52:24,25
71:5,7

**date** 1:15 16:7
32:21 37:5,5
42:14 43:21
44:2 45:2,25
56:17 64:16
79:9 82:21
94:8 101:3,25
102:10
**dated** 16:15
36:10 44:13
100:18
**dates** 64:18
**dawn** 48:23
**day** 13:6 21:9
42:12 70:13
99:12 100:18
**days** 42:19
102:13
**dead** 79:18
**deadline** 67:25
68:2
**deal** 17:11 64:6
70:22 75:6,15
96:21 97:13
**dealing** 30:24
**deals** 43:15
71:25
**dear** 102:5
**debit** 87:13
**debt** 13:1 14:23
15:3 16:2,4,23
17:4 22:12,18
40:14 43:22,23
51:5,7,10,13,14

51:20,22,24,25
52:7 54:1,11
55:16,21 83:5
**debtor** 5:17
6:25 7:2 8:19
8:21 9:21
49:22 51:11
83:4 85:24
89:21 90:6,8
101:3
**debtor's** 36:16
51:13 89:3,7
89:10
**debtors** 1:9
6:14 10:19,19
20:5
**debts** 28:25
29:4
**december**
45:20
**decision** 38:18
39:15
**declare** 101:22
**decline** 37:15
**default** 46:6,7,9
**defaults** 46:3
**defer** 24:15
94:24
**define** 11:13
**defined** 13:24
**definitely** 52:23
**definition** 14:1
14:7 28:24
29:5,7 79:16

**department** 47:19,20,25
49:1,16,17,17
49:18,18 94:25
**depending**
17:24
**depo** 76:14
**deponent** 4:4
101:4
**deposing**
102:10
**deposition** 1:13
4:5 35:23 42:9
67:20 76:21,22
78:7 86:20
98:18 100:7
**deputy** 9:10
33:1
**describe** 6:11
32:25
**description**
49:15
**designate** 42:24
**designated**
42:23
**designation**
27:18 28:9,19
29:12
**desk** 88:15
**detail** 82:23
**detailed** 68:8
**details** 31:2
32:12 35:9
40:18

**determining**
23:7
**devastating**
45:21
**developing**
69:3
**dictate** 39:20
**diego** 48:11,14
48:15
**difference**
14:13
**different** 5:17
7:12 9:4,5
20:11 21:14
26:16 31:22
48:3,5 72:7
**difficulties**
29:21,23
**dig** 50:5 82:19
**dining** 65:5,6
88:1,8,8
**direct** 3:3 5:12
61:9 90:3
**direction** 46:22
54:23 55:8
**directly** 25:19
39:6,10 60:13
60:16 71:21
**discharge**
22:17
**discovery**
13:18 78:11
**discuss** 76:19

**discussed** 76:16
76:20,21 82:7
82:8,17
**discussing**
81:18
**discussion**
79:11 81:2
**discussions**
86:4 90:22
**disney** 32:4
**district** 1:1
**divulge** 77:20
**document** 3:12
19:22 20:2,19
35:16,17,24,25
36:4,11 37:3
38:10,10 39:22
40:9 44:3,4,17
44:24 45:11
50:17,20,21
51:2 56:3 57:2
58:23 86:18
93:18,20,21
101:22
**documents**
13:11,17 14:9
14:12,18 41:1
42:15 46:14
53:14 58:8,9
58:12,17 59:1
59:7 67:21
68:10 75:22
76:15 81:2
90:7 96:10

98:5
**doha** 21:11
64:2
**doing** 15:13
27:24 68:12
70:18 83:22
98:10
**dollars** 88:4
**domestic** 19:3
66:5
**domestically**
72:21
**don** 96:15,20
**dorris** 2:8
**draft** 93:24
**drafted** 18:16
55:7
**drafter** 30:15
**draw** 38:23,23
39:1,3
**driver** 76:2
**driver's** 99:9
**driving** 69:1
**due** 33:4,18
34:10 49:5,25
71:14
**dug** 82:24
**duly** 5:10 99:8

**e**

**e** 2:1,1 3:1,14
5:1,1 39:15
47:11 48:11
49:2,6 50:14

50:15,24 65:2
77:5 80:9,10
81:19 88:10
102:10,11,19
102:20
**earl** 5:24,25 6:9
6:10,12,14,16
6:18,20,22 7:4
7:9,20,21,23
8:4 9:10 10:14
10:18 11:9,14
11:15,18,19,23
15:10,12,16,19
15:25 16:1
17:16,18,21
18:1,11,18,20
22:19 25:22
26:14,17 28:6
29:24 32:21
37:17,19 38:1
38:2,18 46:16
48:6,9,20 52:1
54:7,24 55:6
55:18 56:13
64:22 69:17
71:12,13 72:17
73:5,15,17,19
73:21,25 74:7
74:13 75:3
76:17 77:2
78:17 80:2
81:12,13 84:5
84:7,10 87:15
88:13 89:22,23

90:25 91:24
96:5,17 97:25
**earlier** 9:23
28:3 31:16,17
42:11 44:20
56:16 57:9
60:4 65:16,20
69:15 79:11
83:3 88:2
**early** 6:23 7:4
87:23
**eastern** 67:23
67:24
**ebitda** 24:9,10
**ed** 96:15,20
**effective** 12:20
37:5 44:2
**effectuated**
12:23
**eiband** 2:2
**eight** 15:12
67:12
**either** 24:11,19
25:19 26:21
50:6 64:22
70:11 92:25
**elevated** 9:11
**employed** 6:16
6:18
**employee** 73:25
100:13,14
**employees**
72:16 73:7,9
73:12 74:8,10

74:11 75:1
83:12,13,20,24
97:2
**ended** 68:15
**enemy** 96:20
**enter** 101:2
**entered** 30:19
36:23 37:11
43:21 45:13
46:4 65:20
71:8
**enterprises**
5:24,25 6:9,10
6:14,16,19,20
6:22 7:4,20,21
8:4 9:10 11:9
11:14,15,18,19
11:23 15:11,12
16:1 17:16,19
17:22 18:1,18
18:20 22:19
28:6 32:22
37:19 38:1,3
48:6,9,20 54:7
55:6,18 56:13
64:22 69:18
71:12,13 73:5
73:15,17,19,21
74:1,7,13 75:3
76:17 77:2
80:2 81:12,14
84:5,7,10
87:15 88:14
89:23,23 90:25

91:25 97:25
**entities** 5:17,19
5:23,25 6:2
7:25 8:3,5 9:6
9:8,13,19,21
11:4 15:19
24:23 25:6,22
26:23 29:25
30:1 37:22
55:12 60:15,21
65:3,13 66:4
66:10 72:15,18
73:14,17,19
74:4,14,23
75:3,15 78:17
80:2 81:12,14
82:3,16 84:6
85:5,8 94:14
94:15 96:4,5,6
96:12,13 97:9
97:10,15
**entity** 6:18 8:19
8:20,22 9:22
10:6,13,18
11:1,2,3,6,12
11:22,23 12:4
12:7,9,18 13:7
15:9,16 16:21
16:25 17:24
18:23 21:20,21
22:10,16 23:12
23:21 24:20,23
25:18 26:17
27:2 48:3 50:2

53:9 60:3,5,7
61:4,12,14,16
62:20 65:1,9
66:1,3,5,22,24
67:3 69:5 71:1
72:12,24 73:21
74:1,18 84:1,2
84:7,11,16
89:25 94:13
**entries** 38:7,7
**envision** 96:9
**equal** 95:1
**erika** 2:12
**errata** 3:6
101:1 102:9,10
102:12
**esquire** 2:2,2,3
2:7,12 102:1
**essentially**
17:25 22:6
38:18 50:1
66:7
**estate** 27:24
28:1,3,4
**event** 30:11
59:23
**eventually** 73:1
88:17
**everybody** 6:8
74:5
**exact** 10:3,12
27:8 32:21
70:15

**exactly** 8:11
**examination**
3:3 5:12 42:18
**example** 33:10
51:25 72:20
77:17 82:25
87:11 90:2
96:9,14
**exceed** 30:12
**exchange** 15:3
16:22 22:15
**execute** 75:21
**exhibit** 3:10,11
3:12,13,14,15
3:16,17,18,19
3:20 19:15,18
19:18,19 42:22
42:24,25 44:5
44:6 47:8,9
50:10,11 55:25
56:1 65:15
67:25 79:3
86:8,9,10,13,14
93:16,18
**exhibits** 3:9
**exist** 10:8 82:14
**existed** 69:14
72:19
**existing** 72:17
**exists** 10:10
11:9 75:21
**expense** 74:23
83:16 84:9

expenses 83:8,9
83:21,25 87:7
87:8,13,19
97:25
expert 29:10
expires 24:11
99:19
explanation
34:6
explored 71:24
85:22
express 1:8
9:20 10:1
extended 45:25
67:25
extension 44:12
extent 13:22
42:17 86:1
external 24:14
extrapolate
88:14

**f**

facetious 95:4
facilities 36:2
37:1
facility 3:12,13
14:23 34:18
35:19,23,24
36:20,25 37:8
37:21 38:14
39:18,21 40:11
40:14,17,20
42:13 44:12

45:3,5 54:5
56:21 59:14,21
68:13
fact 29:15 45:1
76:8
factors 85:4
facts 101:22
failed 84:23
fails 102:15
fair 29:4 43:7
88:16
fairly 40:25
fall 5:25 6:15
8:4 84:17,19
90:5
fallen 53:1
falls 11:15
15:10 89:25
familiar 8:13
8:14 9:6,6 12:4
19:24 20:12
21:4 27:17
28:22 29:5
31:2,25 33:7
36:13,14 48:14
57:4 64:21,21
65:2,25 66:2
familiarity
44:1 64:25
family 6:12
7:23 15:16
far 16:20 20:8
27:9 66:16

fargo 86:22
favorable 30:3
february 12:20
12:21 13:8,9
16:15 18:3
19:12 24:22
42:16 54:5,18
55:21 56:25
57:4,10,16
61:5 62:4 63:2
64:12,18 68:12
69:24 70:22
72:24 79:13,21
79:24 81:7
91:9 93:6,12
federal 102:13
102:19
federally 7:21
fee 30:9,12
83:24 91:14
92:3
fees 20:23
fernandez
48:12
fieri 25:17
file 46:21
filed 56:4 58:5
58:12,18 59:2
59:9 79:25
90:10 92:9
filing 9:16 16:8
36:16 56:17,19
56:24 57:7
70:14 73:10,11

73:11 74:11
91:16
filings 59:11,12
finance 28:1
64:9
financed 64:8
64:14
financial 20:15
27:4 29:21,23
47:21
financially
100:16
financials 3:11
20:5,20 27:8
29:18 34:13
financing 58:4
58:6 64:17
fine 98:12
firm 18:6,11
46:15,17 90:14
firms 18:2
20:12
first 3:13 5:10
20:23 28:18
32:8 33:1
38:11 42:22
44:11 46:10
76:23 79:8
86:25
fiscal 25:11
five 17:6,9
67:14 95:16
fixed 52:19,21
53:3

**fl** 102:11
**floor** 2:4
**florida** 1:1 2:9
7:7 25:12 32:5
99:3,6,9,18
100:2,5 102:14
102:19
**flow** 49:5 83:4
**follow** 78:6
**following** 42:11
83:5
**follows** 5:11
23:16
**force** 85:17
**foregoing**
100:9 101:22
**forgave** 15:2
16:22
**forgiveness**
12:25 14:22
16:2 22:12
40:15
**forgot** 32:15
76:12
**form** 29:14
39:5 49:23
80:11 85:10,16
90:20
**forma** 83:15
**formal** 39:4,9
**formalities**
39:13
**formed** 6:22

**forth** 62:18
**forward** 49:6
83:18 88:22
96:8,22
**foundation**
22:1
**four** 40:13
41:15,23,24
42:14 79:9
**frame** 70:15
**franchise** 35:5
**franchises**
35:11,12
**frequent** 26:25
**front** 8:9 20:7
25:3 47:11
**full** 62:14
**fun** 96:21
**function** 48:9
69:21
**functions** 39:16
**fund** 39:1
**funded** 76:8
**funds** 43:6 97:4
**funny** 51:4
**further** 27:11
28:7 34:14
42:18 49:14
56:25 75:17,18
79:23,25 87:5
100:12
**furtherance**
75:20

**g**

**g** 5:1
**gc** 11:12 26:22
**general** 5:24
8:1,5 9:7,10,12
9:13 11:13,17
11:17 15:5
17:14 27:8
28:9 32:18,19
32:21,24 33:1
54:22 55:6
56:10,13 58:22
62:9 64:25
82:19 84:11
87:18 89:22
90:24
**generalities**
45:19 82:21
**generally** 6:1
17:22 18:17
22:14 24:9
27:6,18,20
33:7 39:11
40:21,22 49:12
52:21,23 54:25
57:3,4 63:7
71:14 73:16,18
74:4 84:24
97:19
**generate** 67:11
**generated**
52:24 83:4

**generically**
97:17
**gentleman** 25:6
89:11
**getting** 6:25
67:21 83:23
90:20,21
**gift** 64:22
**gio** 25:6 74:2,6
76:24 77:8,9
**gio's** 77:19
**gist** 75:16
**give** 5:6 14:9
19:16 38:24
68:21 91:3
**given** 32:19
34:3,25 97:1
98:7
**go** 8:6 9:19
16:12 19:14
20:18,18 25:10
27:11 28:12
30:6,7 33:3,16
34:14 35:3
39:6,22 40:7
42:22 44:4
46:17 47:7
48:5 50:9
57:13 59:21,25
62:9 65:15
66:4 70:3
75:12 77:25
78:24 79:2
88:17,25 93:10

93:14,15,25
95:2 96:8,22
96:23 97:14
98:3
**goes** 10:4 17:20
35:9,12 64:9
65:10 71:19
**going** 6:6 11:1
11:11 13:22
17:8 18:19
19:15 20:18
21:21 23:3
25:4,8 27:13
27:14,17 28:9
28:12 29:12
30:7,21 31:14
42:2 43:2
47:16 51:5
55:11 59:18
62:20,20 65:15
67:18 68:7
70:11 78:8,20
79:18 81:1
83:18 86:3,8
86:13 88:17,22
91:4 95:18
98:3,7,9
**good** 84:1
**grant** 48:12,14
48:15
**gray** 20:4,6,11
20:13
**grayrobinson**
18:5,16 22:22

22:24 23:5
46:12,15 59:16
89:12 90:2,14
90:24
**gross** 53:16,20
94:2,4
**ground** 38:4
**group** 8:18
18:11 47:1,2
48:20 60:14
61:14,15,20
65:8,10 96:10
**grzeszczak**
47:18
**guess** 8:17
17:12 18:9,11
18:19,21 20:25
28:24 34:5
37:6 46:11
50:24 53:22
54:7 57:12
58:11 60:2
64:11 83:23
91:23 94:2
97:4
**guessing** 52:11
53:25 54:17
**guy** 10:15
25:12,15,16,17
26:24 27:4,9
31:14,16,19
32:2,8,8,10
33:10,11,13,14
38:4 82:4,10

96:17 97:11
**guys** 67:13
95:15 98:5,10

## h

**hahn** 1:18 99:6
99:17 100:5,21
**hand** 5:4 92:16
**handful** 40:19
66:7 67:4 74:3
**handshake**
71:25
**happen** 38:15
**happened** 13:8
54:15 66:24
72:25
**happens** 39:25
92:21
**head** 32:13
34:13 66:12
74:10 83:2
**heading** 20:1
20:19
**healthy** 27:3
**heard** 14:24
29:6
**hearing** 42:7
98:10
**heavy** 28:4
**hedges** 2:3 5:15
**held** 62:4 63:2
**help** 37:18
45:23 58:1
89:6

**hey** 75:19
**hh** 99:19
**high** 59:25 65:6
**hired** 33:1
**historical** 71:5
72:10 87:9
88:13
**historically**
32:11 37:23
38:2 69:16
70:4 77:6 96:7
98:1,2
**history** 38:11
49:4 67:1
82:15
**hit** 87:10,17
**hitting** 87:20
**hold** 12:9 62:3
63:1
**holdings** 8:18
10:2 11:11
12:25 13:2,4
14:25 15:2,6,8
15:15 17:4
22:16 35:21
44:14 46:25
47:1,2 56:5,7
56:11 58:1
60:14 61:14,15
61:20 65:8,10
96:11
**holds** 62:21
**hole** 27:9

**holly**  76:22
77:1,2 82:25
95:13
**holly's**  77:19
92:21
**hollywood**  5:20
7:16 8:18 9:25
12:2,19,21
13:4,7,16 15:4
16:16 17:1,3
21:17,22 22:13
22:15 23:12
24:3 29:25
30:25 32:3,5,6
32:11 35:20
38:5 49:23
52:1 60:5,10
60:11,20 61:3
61:16,17,18,19
61:23,24,24
62:3,6,24 63:4
64:23 66:18
69:3,4,5,8,9,9
69:10 70:22
71:6,16,17
72:11,12,22,23
73:4 74:18,19
75:3,11 87:4
91:8,13 92:6
92:10 96:2,5
**honest**  53:18
**hopefully**  67:22
**horse**  79:18

**hotel**  21:13
22:4,7 30:14
35:10 64:4,16
**hotels**  21:8,24
**hour**  42:3
**house**  7:6 10:14
20:3 21:13
24:1 28:2
54:25 74:25
**housed**  22:10
72:16
**houston**  2:4
**hr**  49:17 77:10
**huh**  82:6
**hundreds**
75:12

**i**

**idea**  16:3 21:8
22:13 37:10,12
49:9 52:12,16
53:17 54:13
63:14 68:16,17
68:20,22 71:4
86:24 88:7
**identification**
3:9 19:20
42:25 44:6
47:9 50:12
56:1 86:10,14
93:16 99:10
**identify**  5:19
35:18 44:9
56:3

**imagine**  8:11
41:10 84:22
**implemented**
64:23
**important**  73:6
**improvements**
52:22
**inability**  28:25
**inclination**
28:16
**include**  63:22
94:12
**included**  21:24
41:1
**including**  83:8
**inclusive**  94:4
**income**  92:12
92:14
**incorrect**  56:12
**increase**  30:11
45:2,17
**increases**  30:9
**indebted**  94:8
**indebtedness**
18:22
**independently**
26:11
**index**  30:10
**indicative**  35:1
**indirect**  66:10
**indirectly**
15:25 25:19
66:17

**individuals**
76:17 97:6
**industry**  34:25
37:16 45:22
**informal**  38:8
39:19
**information**
14:3 41:2,21
67:21 78:7
95:19
**infuse**  37:17
45:22
**infusions**  87:19
**initial**  31:4
93:24
**initially**  7:12
13:5 14:6
36:20
**ins**  85:19
**insiders**  81:12
**insolvency**
28:23,25 29:3
29:11
**insolvent**  29:11
**insurance**
23:14 84:2,5
84:12,13,14,19
84:20,21,24
97:13,14,14
**insurances**
84:25
**insured**  23:16
23:25 84:3
97:16

**intellectual**
  12:7,9 21:6
  22:9 23:7
  30:20 60:20
  62:21
**intercompanies**
  33:12
**intercompany**
  33:9,14 40:1
  49:4
**interest** 10:21
  15:4 18:15
  31:19 48:10
  53:9 58:13,19
  61:9 66:10,11
  66:22,25
**interested**
  100:16
**interests** 6:12
  7:23 13:14,16
  37:18 48:9
**internally**
  22:21 24:13
  33:9 50:18
**international**
  7:16 8:19 19:3
  19:5 30:25
  35:20 49:24
  72:22
**internationally**
  75:13
**inventory** 53:5
**invest** 15:17,25

**investigate**
  56:19 57:11
**investigation**
  78:12
**investment**
  28:4 53:13
**investments**
  52:13 53:7,10
**involved** 21:3
  23:9 24:16
  26:21 36:12
  38:9 44:24
  55:13,15,24
  75:9,10 80:19
**involvement**
  22:23
**ip** 16:16 21:1
  22:14 30:14
  53:10 60:7
  61:24 62:24
  64:12 69:9
  72:24 73:4
  75:11,11
**ish** 27:7
**issuance** 31:21
**issue** 14:2 41:8
  75:6
**issues** 75:15
**italian** 88:9,11
**italy** 88:9
**item** 33:22 51:5
  52:7

**j**

**jack** 2:2
**january** 30:9
  69:17,23
**jason** 89:12
  90:24
**jazeeka** 76:22
**jeffrey** 1:13 3:2
  5:9 99:7 100:7
  101:4,25 102:4
**joanne** 1:18
  99:6,17 100:5
  100:21
**job** 69:24 102:4
**jobs** 69:24
**johnson** 2:3
**joined** 7:4
  27:23 36:8
**joint** 25:16
  26:13 67:5
  93:19
**jointly** 1:8
**josh** 5:14 67:17
  98:14
**joshua** 2:2
**july** 1:15 9:18
  31:12 67:23
  68:1,3 99:8,12
  100:18 101:3
  102:3
**jumps** 51:17
  80:21

**jv** 10:13
**jwolfshohl** 2:5

**k**

**keep** 75:14 84:1
**keeping** 85:4,5
**kept** 50:18
**kind** 20:22
  22:25 23:6
  24:4 27:18
  30:22 39:25
  40:17 41:20
  49:19 55:19
  65:18 68:10
  75:16 78:19
  87:2 90:5 96:3
**knew** 93:1
**know** 6:2,3,4,7
  10:12,22,23
  11:5 14:14
  15:7,7,23,24
  17:12,15 18:14
  19:10,16 20:8
  20:17 21:2,7
  24:7,19 26:2
  27:18 28:12,18
  28:21 29:17
  31:6 33:6,24
  34:1,19,23
  35:8,22 36:24
  37:2,9 38:9,11
  38:19 39:11
  40:1,14,18,22
  41:19 43:5,18

43:23 44:10
45:4,15,16
46:11,23,25
47:23 48:12
50:4,6 51:8,25
52:1,11,20
53:18,20,25
54:1 55:2 62:2
62:8,10,22,23
63:17 64:18
65:9,23 68:17
68:23 70:3
74:3 76:25
77:6 80:18
81:1 82:8,15
82:24 83:14
85:14,17,19
88:11 91:18,18
91:25 92:4
93:9,12 94:23
95:9,12,17,24
96:5,7,15 97:1
97:4,19 98:1,8
**knowledge**
7:18 15:15,19
22:24 24:15
26:12,15 53:24
62:13,22 65:6
71:5 72:10,11
72:14,16 75:1
78:1

**l**

**l**  4:2 65:2
**lack**  63:5
**landlord**  71:15
71:19,22 72:8
85:11,14
**landlords**
89:13
**language**  31:25
**lapses**  63:9
**large**  51:20
52:3,8
**larger**  84:8
87:2,6
**las**  64:5
**law**  18:2,6,10
27:23
**lawsuit**  84:17
**lawyer**  27:22
30:4
**lax**  1:8 5:20
9:20,22 10:1
69:25 70:13
73:9 87:21,22
96:12
**lead**  1:7 8:21
83:3
**lease**  24:11
70:19,20 85:8
87:7,8 88:20
88:20
**leasehold**  52:21

**leases**  71:20
72:1 73:4,6
76:2,3,5 85:5
85:23 96:23,23
**ledger**  38:7
57:19,24 82:19
**left**  9:2,4 24:12
47:22
**legal**  20:2
26:24,25 49:17
54:23 89:3,7
89:10 102:18
**lend**  45:23
**length**  89:2
**lent**  36:25 37:7
**letter**  3:7 22:25
46:7
**level**  65:6
**liabilities**  95:1
**liability**  16:23
23:18 82:11
84:12,24
**liberty**  10:16
**license**  21:6
30:13,22,24
31:21 32:12
60:18,25 99:9
**licensing**  35:4
**liens**  59:3,13
**light**  50:8
**likelihood**  50:2
**likely**  81:20
96:16

**limited**  65:25
66:18 83:8
**line**  25:10 31:3
33:22 34:15
45:17 48:16
51:5 54:2,20
101:6
**lines**  30:18
97:22
**lingering**  75:21
**lion's**  51:20
**liquidated**  94:9
**list**  11:1 27:2
67:25 76:14
77:25 78:5
97:15
**listed**  56:10
**litigation**  28:1
28:2,5
**little**  12:1 14:19
27:11 33:5,17
33:19,25 35:7
42:2 43:17
48:5,25 51:10
56:14 75:24
78:7 88:16
90:3
**lived**  29:18
**llc**  1:5,8,8 2:10
8:19,21,23
10:2,24 11:6
12:2,19,21
13:4,7,16
21:22 23:12

35:21 56:11
60:10,11 61:3
61:16,19,19,25
62:3 69:8
70:22 72:12
74:19 91:8,13
92:6,10 96:2
101:3
**llcs** 17:21
**llp** 2:3
**loan** 14:25 15:1
15:16,25 35:19
36:23 38:19
42:16 43:19
44:12 45:2,3,5
51:25 52:1
59:4,5,7
**loaning** 40:2
**loans** 38:6
**location** 85:24
**locations** 72:7
**logical** 34:1
**london** 48:12
**long** 6:20 7:2
31:7 51:5,24
52:6 54:11
**longer** 12:14,16
66:21 69:22
70:6 73:12
74:11 77:9
**look** 8:12,17,25
11:15,25 12:1
14:11,13 19:3
19:6,7,22,24

25:9 27:7,14
30:6 34:12,21
35:15 36:9,15
36:18 44:8
45:9 48:2
50:17,19 52:12
52:19,25 54:19
56:25 66:13
67:2 82:14,22
87:3
**looked** 18:25
44:17 93:20
**looking** 17:1
37:24 43:24
88:5 96:14
**looks** 9:1 11:1
36:9,19 50:22
86:16,21,25
**lose** 63:5
**lot** 29:17 37:25
38:3 48:3
62:15 69:14
75:17 96:21
**low** 83:19
**lower** 52:7
**lowercase** 46:6
**lump** 87:2
**lvv** 1:6,8,9

**m**

**m** 2:3 65:2
**made** 39:4,15
40:10,13 42:13
43:3,5,6,8 51:9

51:13 82:16
93:1
**mail** 3:14 39:15
47:11 48:11
49:2 50:14,15
50:24 80:9,10
102:10
**mailed** 102:11
**mails** 77:5
81:19 88:10
**main** 1:14 2:4,6
5:15 42:6,17
48:15 54:10
67:17 70:8
78:15
**maintaining**
76:2
**majority** 97:10
**make** 15:10
34:21,22 39:2
39:20 40:3
42:19 43:6
53:12 57:23
59:7 82:12
83:6 86:8,13
92:21
**makers** 38:18
**makes** 40:6
**making** 37:8
40:2 75:13
79:7 81:5,15
92:19
**malta** 21:12

**managed** 11:3
**management**
3:20 70:9
88:12 93:14,19
**management's**
27:13
**manager** 17:22
28:3 69:25
73:16 97:8
**managers** 25:5
38:24 55:8
68:18,19 91:1
**march** 94:3
**mark** 19:17,17
19:18 44:5
47:7 50:10
55:25 93:15
**marked** 3:9
19:19 42:25
44:6 47:9
50:11 56:1
86:10,14 93:16
**marketing**
49:17
**martinez** 2:12
**material** 63:3
64:10
**maturity** 45:2
45:25
**mealz** 65:2,5,6
65:13 88:1,1,3
88:8,8
**mean** 7:24
15:19 18:20

26:23 30:20
36:25 41:15
44:18,19 50:24
58:11 63:19
69:6 72:14,20
78:13 83:21
89:6,9 90:4
**meaning** 66:17
**means** 27:19,20
49:10
**meant** 53:22
58:13 59:13
**meet** 33:11
**membership**
13:14,16 15:3
18:15 22:16
55:7 61:12
**memorabilia**
16:17,24 23:12
23:14 53:1,3
61:3,10,16,18
61:23 62:3,4,7
62:7,11,15
69:10 71:17,18
**memory** 7:25
14:19 25:4
64:19
**mention** 29:6
**mentioned** 6:15
28:2,14 55:18
69:15
**messed** 62:1
**mexico** 64:7

**michael** 10:16
**middle** 1:1
20:23
**midlevel** 47:24
48:24
**midway** 25:10
**million** 13:1
14:22 15:3,22
15:22 16:3,5,6
16:9,11,13,13
16:22,23 17:4
17:6,8 18:21
19:9 22:11,18
22:20 23:8,11
23:17 24:5
33:19 34:3,23
34:23 35:7
36:20 37:11,12
37:13 40:3,4
45:13,18 51:10
51:13 52:4,8
52:13,20 53:16
53:24 54:6,12
54:14,20 55:11
55:12 57:12,22
59:22,22 63:21
82:11 94:2,10
94:18
**mind** 16:25
21:12 51:18
63:13 67:13
78:2 95:15
**minimal** 63:17
64:3

**minus** 95:1
**minute** 67:14
95:16
**misremember...**
43:23
**missing** 17:2
**model** 70:2
**moment** 11:24
15:20
**monday** 67:22
67:23 81:8
98:6,7,11
**money** 15:17
33:14 36:25
38:3,21 39:7
39:17 40:23
43:12 45:23
72:7 82:15
94:15
**monica** 10:4
**monicker** 17:21
**month** 83:15
91:14,19 92:10
93:2
**monthly** 63:6
64:25
**mor** 3:19 86:16
86:22 92:2
**mortgage**
58:24
**motivating**
85:4
**mouth** 79:14

**move** 39:16
97:4
**moved** 11:22
12:17,19 16:21
27:25 71:1
72:23 82:3
**multiparty**
96:14
**multiple** 19:2,8
24:9,10 67:6

**n**

**n** 2:1 3:1 4:2
5:1
**name** 7:12,15
10:1,5,15 11:7
20:13 36:1
47:17 48:14,15
50:3 54:10
56:8,9 60:8
71:19 72:3,22
74:18 76:1,23
76:23 89:12
90:14
**named** 10:15
25:6
**names** 7:17
47:15 48:3
**nature** 87:9
**near** 35:4
**necessarily**
15:13
**necessary**
70:24

**need** 39:6 42:23 44:9 45:16,22 72:23 75:22 84:14 85:2,3 85:11,14 98:13
**needed** 43:12 72:13
**needs** 42:17 75:19,25
**negative** 94:18
**negotiated** 71:25 89:16
**negotiations** 90:12,17
**net** 74:21 76:4 94:18 95:1
**never** 52:10
**new** 12:18 30:20,22 43:18 50:2 69:3,5,9 70:1,14 72:12
**nice** 88:21
**noncontingent** 94:8
**noninsider** 94:9
**normal** 27:21 34:4
**nos** 19:19 50:11
**notary** 1:19 99:6,18 100:5
**note** 102:9
**notes** 20:20 91:5 100:11

**noteworthy** 64:10
**notice** 46:7 76:15
**noticing** 42:9
**notification** 3:7
**number** 17:25 19:9 23:13,15 23:24 53:21 54:21 56:15,23 57:1,12,17,20 57:20,21,23 59:24 63:17 74:4 90:7 94:4 94:20,21,22 95:10,12,13,13 95:14
**numbers** 19:8 19:10,11 20:3 22:6,7 27:8 35:10,13 40:2 55:1,14

**o**

**o** 4:2 5:1
**oath** 3:4 5:10 99:1
**object** 13:22 22:1 29:14 85:10,16 86:1 90:20
**objection** 68:2
**objections** 68:1

**obligation** 84:19 85:25
**obligations** 33:12 39:2 83:6
**obviously** 22:5 52:23 95:17 96:10,24
**occasionally** 63:4
**occurred** 55:22 63:2 75:23 93:3,8
**ocs** 8:17 47:1 60:13 61:14,14 61:20 65:8,10 96:10
**office** 25:7 38:2 48:8 49:13,16 49:19 59:11,12 69:16,18 70:5 70:19,25 71:12 71:15 74:6,7 77:18,19,19,19 85:6 87:13 88:13,20 89:14 92:21 97:12
**officer** 73:20,21 73:24,25 80:16
**officerial** 9:17
**officers** 25:2 73:13,14 74:12 74:12,13 75:2 75:2 97:5

**official** 15:8 48:18 77:7
**officially** 15:7 17:20
**okay** 7:20 8:10 8:17,23 9:24 11:11 14:2,11 14:15 15:5 17:12 23:17 27:11,16 28:18 29:2 31:8 32:14 36:15 38:22 40:6 42:1 43:17 45:16 46:23 47:7,14 48:11 48:23 49:21 52:6,12 53:7 56:14 58:5,11 65:17 66:9 68:7 74:16,25 76:12 80:20,23 82:2 88:24 89:15 91:13 93:9 94:12,19 98:3,10
**old** 8:15
**olgee** 48:17 76:22 77:4 97:7,7
**once** 43:24 64:6 68:10 87:18 98:5

**ones**  55:10
**ongoing**  71:7
**online**  62:11
**open**  75:14
**opened**  25:11
  32:7
**operate**  21:12
  83:19
**operated**  38:2
**operates**  21:11
  25:11 32:10
  70:6
**operating**  19:5
  37:25 84:4,15
**operations**  19:7
  70:13 73:5
  75:5 83:5
  87:23
**operative**  35:25
  36:4
**operator**  10:6
**opine**  55:19
**opinion**  14:13
  22:25 29:9,15
**orange**  2:8 99:4
  100:3
**order**  57:16
**ordered**  24:1
**ordering**
  102:11
**ordinary**  29:1
  50:21 83:7
**org**  3:10 6:2,5,6
  6:7,8 8:6,9,15

10:23 12:11,13
16:1,17 17:2
19:15,17 37:24
66:13
**organizations**
  48:7
**original**  3:12
**originated**
  68:22
**orlando**  1:2 2:9
  7:7 25:12 32:5
  52:1 70:20,20
**ought**  41:16
**outlet**  69:25
  70:1
**outs**  85:20
**outside**  18:5
  22:19,22 23:21
  23:23 26:14,18
  46:17 55:17
  58:1 69:11
  76:17
**outstanding**
  16:4 37:4
  54:11 55:11
  56:20 57:6
**outweigh**  29:4
**overall**  18:11
**overextended**
  68:13
**oversees**  77:9
  77:10
**owe**  94:15

**owed**  56:16
  94:13
**owing**  71:14
**own**  26:14
  61:15 66:7,25
  90:2
**owned**  10:17
  10:18,23 12:12
  12:14,16 24:23
  25:18,19,21
  26:9,16 39:12
  47:1 53:10
  60:11,12,13
  61:18,19 66:9
  66:17,19 67:3
  75:11 96:10
**owner**  69:25,25
**owners**  12:18
**ownership**
  22:15 31:19
  61:8 67:7
**owning**  26:23
**owns**  10:11
  22:14 46:23
  60:9 65:7 67:4
  69:8 96:12

**p**

**p**  2:1,1 4:2 5:1
  87:12,19
**p&l**  3:16 49:3
**p.a.**  2:8
**p.m.**  1:16,16
  67:23,24 98:18

**page**  20:18
  25:8,9 27:12
  30:6 33:17
  34:14 35:3
  36:18 101:6
**pages**  100:9
**paid**  40:20
  74:23 91:18,20
  92:9
**paper**  75:10
**papered**  72:1
**papering**  39:8
  46:21
**paperwork**
  96:11,13,25
**paragraph**
  21:16 25:9
  27:12 30:16,24
  31:8,9,13 33:5
  65:19,22 83:1
  88:25 89:1
  93:25 94:1,7
  94:17
**parcel**  69:19
**parent**  47:4
**parlance**  79:16
**part**  22:10
  24:21 25:23,25
  25:25 26:16
  30:7 36:10,25
  61:4 64:12
  65:20 69:19
  70:21 72:24
  75:22 79:5

80:14

**participate**
22:20 88:10
**particular** 6:3
6:6 24:2 38:10
44:25 60:2
**particularly**
37:16 55:15
59:17 97:20
**parties** 1:17 4:4
33:4,19 34:10
67:6,19,24
68:14 71:21
82:14 89:18
92:5 96:19
100:13,14
102:11
**partly** 26:9
**partner's** 10:15
**parts** 17:10
**party** 22:23
34:15 51:21
65:21 67:6
72:2 84:23
85:23 91:11
**pass** 65:5,6
88:1,8,8
**passed** 84:18
**passes** 72:7
**passthrough**
74:21,22 76:5
76:7 83:23
92:13 94:5

**past** 27:1 32:2
**patch** 35:1,2
**patent** 59:11,11
**pay** 28:25
33:13 37:21
38:21 39:6,9
72:8 83:7 84:1
87:13 91:13
**paycheck** 6:23
6:25
**paying** 64:2
**payment** 39:21
39:23 43:5,11
91:24 92:1,19
**payments**
39:18,19 40:10
40:13,16 41:12
41:15,22 42:13
43:3,6,8,11
82:15 83:7
92:25 93:1
**payroll** 11:2,3
11:6,7 33:10
33:12,13 38:22
39:2 40:3 83:8
83:11,14 97:18
**pays** 71:13,18
84:8
**pb** 1:5 2:10
3:19 5:20 6:25
7:2,11,17 8:21
8:23 10:19,20
10:23 11:22
12:12,14,16,17

12:20 13:14,18
15:1,21 16:7
17:14 18:2,20
20:8,16 24:22
24:23 25:2,20
25:21,23,25
26:1,9,18
28:19 29:11,25
31:18,22 32:3
32:18 34:11,12
37:22,23 38:1
38:13,20,23
39:1,1,20,24
40:20 42:11
43:8,12 44:13
45:23 46:14,18
47:4 48:1,4,10
48:22 49:5
50:1,5 51:15
51:21,23 54:9
54:10,11 55:5
55:9 56:5
58:13,19 65:11
65:11 66:9,19
66:21,25 67:8
67:9,22 68:19
69:11,13,15,21
70:6,18,19,23
71:2,4,9,13,14
71:16,18,18
72:3,5,10,16,19
73:7,11,20,24
74:8,12,16,25
75:4 76:1,4,9

78:13 80:15,16
80:16 81:24
82:4,16 83:11
83:17 87:9
88:10 89:23
90:13,23 91:1
91:10 92:6,9
92:14 93:7
94:1,8,12,15
96:2,3,10,12,16
97:1,10,13,15
97:17,19 98:1
98:1 101:3
**pb's** 82:1 84:25
94:17 97:4
**pbl** 6:3
**pbr** 83:4
**penalties**
101:22
**people** 26:14
55:18,19 77:12
87:12
**percent** 10:13
10:15,17 30:12
31:10 43:20
58:21 61:15,18
61:19 66:18
**perfect** 58:13
59:13
**perfecting**
58:18 59:3
**perfection** 58:7
58:9

**period**  37:15,20
54:14 59:23
**periodic**  23:14
**perjury**  101:22
**person**  29:10
62:11
**personal**  52:22
84:19
**petition**  16:7,7
42:14 79:9
94:8
**ph**  76:23
**phi**  3:15 30:19
49:3,10,21
50:4,16,25
51:3,10,11
53:19,23 54:7
**phi&**  3:16
**phl**  3:12,13,17
12:25 13:2,4,6
13:6,14,16,25
14:23,25 15:2
15:6,8,10,13,14
15:15,18,24
16:22 17:4,13
18:3,10 22:16
24:19 34:18
35:21,23 37:17
38:22,23,24
39:6,9,21 40:2
40:10,14,17,20
41:22 42:13
43:8,13,14
44:14 45:22

46:20,23,24,25
51:7,14,24
52:7 54:2,5,19
55:3,9,16,21
56:4,7,11,20
58:1,13 59:3
59:13,21 68:13
68:18 76:8
89:10,16,20,24
90:1,10,17,24
91:1 93:7
**phl's**  58:19
89:11,17
**picture**  68:11
**piece**  26:14
75:10
**pier**  10:2,4,5,9
10:21 11:11,14
11:16,19 26:4
27:1,5
**place**  1:17
60:19 85:5
**plan**  40:9 68:3
83:15 86:6
88:19 89:2,16
**planet**  1:8 3:10
5:20 7:16 8:18
9:20,25 10:1
12:2,18,21
13:4,6,16 15:4
16:16 21:17,22
22:13,15 23:12
29:24 30:25
32:3,5,6,11

35:10,20 38:5
49:23 51:25
60:5,10,11,20
61:3,15,17,18
61:19,23,23,24
62:3,6,24 63:3
64:23 66:17
69:3,4,5,8,9,9
69:10 70:22
71:6,16,17
72:11,12,22,23
73:3 74:18,19
75:2,11 87:4
91:8,13 92:6
92:10 96:2,5
**planned**  83:6
**planning**  47:22
**plans**  27:13
**plays**  31:15
**pleadings**  90:7
**please**  5:4,19
35:3 43:13
98:17 102:10
**plus**  17:8,8,25
52:4
**point**  8:15 14:5
20:2 26:22
32:17 63:23
66:9 70:2,18
70:25 89:21
**policies**  97:16
**pop**  75:5
**porter**  2:3 5:14

**porterhedges....**
2:5
**portfolio**  19:4
32:9 63:6
**portion**  32:6
84:9
**position**  9:18
34:9 41:17
**possibility**
85:22
**possible**  52:6
**post**  57:5 64:18
73:11 74:11
91:20 92:15,19
**potential**  78:12
78:14 81:19
82:13
**potentially**
28:12
**practice**  27:23
**prebankruptcy**
92:25
**predates**  64:18
**premise**  43:12
**preparation**
77:24 86:19
93:22
**prepare**  46:14
58:2,2 76:13
**prepared**  46:8
46:10 58:3
**preparing**
36:16 46:19
76:20 79:7

**present** 2:12
77:15,16
**preserving**
73:6
**president** 17:23
25:7 47:21
74:2
**presumably**
21:18
**presume** 16:17
48:15
**pretend** 85:19
**pretty** 27:9
33:4 93:4
**previously**
20:25 26:5
35:12 44:17
75:23
**price** 30:10
**primary** 18:5
24:25 59:6
62:25 76:2
89:13
**principal** 17:10
**prior** 19:17
23:7 37:1
40:10 42:14
79:9
**private** 39:11
**privilege** 13:23
80:5,10 81:22
81:24 86:2
**privileged**
81:18,23

**pro** 83:14
**probably** 8:3
24:9 28:17
32:4,16 33:16
40:21 56:23
78:6 81:7
82:11
**procedure**
102:19,20
**process** 38:14
38:17 39:7
69:2 72:1
87:14
**procure** 85:12
**produce** 13:17
14:5,6 42:12
42:15
**produced**
44:18 99:9
**producing** 14:3
**product** 80:8
82:18
**production**
13:19 41:1
50:22
**program** 84:5,8
84:21 87:14
88:11
**programs**
64:22
**projected** 49:6
**projection** 49:6
**projects** 77:11
92:14

**pronounce**
47:17
**proof** 3:17 56:4
57:13 58:7,15
58:20 90:10
**prop** 37:18
45:23
**properly** 73:3
**properties**
60:20
**property** 12:7,9
21:6 22:9 23:7
30:21 52:22
58:23,24 62:21
64:5,6,7
**proportional**
84:9 97:24
**proposed** 68:15
**protecting** 73:6
**prove** 41:18
**provide** 22:25
33:17 41:11
55:19 84:24
94:20 98:6
**provided** 23:6
23:22 24:9
34:6 39:5
67:21 93:23
94:21 95:11,12
95:13,13
**provider** 96:15
**public** 1:19
39:13 58:18
59:9 99:6,18

100:5
**pull** 66:15
78:22
**pulling** 86:21
**purchasing**
49:16
**purely** 21:16
**purports** 44:11
**purpose** 11:8
44:23 50:23
58:18 68:11
71:2
**purposes** 23:15
59:2 81:5
**pursuant** 59:3
**purvis** 20:4,6
20:11,13
**push** 45:1
**put** 6:6 11:23
21:18 27:21
48:24 50:22,24
57:1 58:24
78:21 86:12
**putting** 18:12
36:11 79:14
89:16

**q**

**qatar** 64:2
**quarterly** 63:6
**queensberry**
66:6,6,8 67:4
**question** 32:14
34:2,8 38:16

53:23 55:23
57:12,22 58:22
73:23 77:21
81:9 83:1 90:4
91:21 92:11
95:6 97:20
**questions**  27:15
27:22 31:11
62:19 68:8,9
78:2,5,8,11,20
79:5,19 81:8
86:25 95:18
98:4
**quibbling**
58:25
**quick**  28:24
66:15 78:22
**quickly**  8:7
67:18

**r**

**r**  2:1,7 5:1
102:1
**raise**  5:3
**random**  75:24
87:10,24 88:15
**randomly**
88:14
**range**  59:22,22
**reached**  43:13
68:14
**read**  20:24
27:14 29:7
31:1,8,13 33:5

33:25 44:10
49:2,7 101:22
102:8
**reading**  4:5
20:1 30:16
36:19 66:16,19
**real**  27:24,25
28:3,4 58:23
66:15 78:22
**reality**  75:12
**realize**  14:17
26:13 29:10
**really**  9:2 70:18
74:6 83:22
84:3,15 88:7
**reason**  14:4
44:19 69:1,2
101:6 102:9
**reasonable**
51:19 102:13
**reasons**  68:24
90:1
**recall**  11:6
15:13 32:12
36:1 46:6 54:4
55:6 59:25
65:14
**receipt**  102:13
**receivables**
34:11
**receives**  60:25
**recent**  62:7
64:19

**recently**  35:1
**recognize**
35:16
**recognizing**
10:22
**recollection**
11:24 60:17
**record**  23:4
58:12,18 59:2
59:9,10 67:19
100:10
**records**  9:1
11:16 57:18
67:2
**reduction**
18:21
**refer**  7:11,22
49:12
**reference**  50:5
51:3,4 52:15
53:20 56:12
89:13
**referenced**  50:4
56:9 76:16
81:20 102:6
**referencing**
32:1
**referred**  8:2
9:22 21:8
24:20 25:24
91:8
**referring**  20:24
21:23 30:12,14
44:20 49:21

50:1 51:11
65:5
**refers**  26:3
**regard**  24:20
63:7 102:14
**region**  12:2,5,6
12:6 15:4
21:21,22 22:14
60:6,18,25
62:20,24
**registered**  7:22
**regular**  39:23
43:5,10
**reimburse**
97:24
**reimburseme...**
87:6
**reject**  96:14
**relate**  78:18
**related**  9:8
13:11 21:1,6
27:2 30:13,14
31:23 33:4,18
34:10,15 51:21
65:21 80:3,8
81:12,14 82:14
82:16 87:6
96:4,5,11,13,18
**relation**  32:2,3
**relationship**
65:12 88:3
**relative**  100:12
100:14

**relevant** 78:1
**remain** 9:15
**remember** 8:25
  10:3 32:20,24
  34:13 45:6,11
  46:5 60:1
  64:16 65:14
  66:12,14 67:1
  70:15 76:23
  77:18
**remembering**
  43:19 56:15
**remits** 71:15,18
**remotely** 1:17
  99:7
**removed** 9:17
**rent** 71:13,18
  71:18 72:8
  94:5
**rents** 83:23
**rep** 42:7
**repaid** 33:15
**repay** 43:15
**repeat** 81:9
**report** 22:25
  23:22 100:7
**reported** 1:18
**reporting**
  54:10
**reports** 52:23
  52:24 82:18
**represent** 5:15
**representative**
  5:16 55:3

89:20 90:6,17
**represented**
  18:2
**representing**
  17:13 18:10,11
  46:18,20
**represents**
  90:23,24
**request** 13:19
  39:4,9 41:1
**requested**
  100:9
**requests** 13:18
  40:25
**reserve** 98:4
**reserved** 4:6
**resorts** 8:19
  21:17 30:25
**respect** 29:24
  62:21 63:15
  75:4
**respective** 4:4
**restaurant** 10:4
  10:9,21 11:5
  11:12,14,20
  17:3 22:3,5
  24:10 25:12,19
  26:8,15 27:7
  31:20 34:25
  35:11,12 37:16
  45:21,24 49:14
  63:25 64:1,3
  69:3 73:10
  82:7

**restaurants** 1:5
  2:10 3:19 5:20
  7:1,3,11,17
  8:21,23 10:19
  10:20,24 11:22
  12:12,14,17,17
  12:21 13:14,19
  15:1,21 16:8
  17:14 18:2,20
  19:5 20:9,16
  21:9,14,15,24
  24:8,22,23
  25:2,20,21,23
  25:25 26:1,9
  26:18 28:19
  29:11 30:1,2
  31:18,22 32:18
  34:11,12 37:22
  37:23,25 38:1
  38:13,21 39:1
  39:2,20,24
  44:14 46:14,19
  47:5 48:2,4,10
  48:22 49:5
  50:1 51:15,21
  51:23 54:9,10
  54:12 55:5,9
  56:5 58:14,19
  65:11,11 66:9
  66:19,21,25
  67:8,10,22
  69:11,13,16,21
  70:6,18,19
  71:2,4,10,13,14

71:16 72:4,6
  72:10,16,19
  73:7,11,20,24
  74:8,13,16,25
  75:4 76:1,4,9
  78:14 80:15,16
  80:17 81:24
  82:4,16 83:11
  83:18 90:13
  91:11 92:7,9
  92:14 93:7
  94:13 96:2,3
  96:16 97:2,17
  101:3
**restructure**
  14:10 18:3,4
  19:12 42:16
  68:9 91:9 93:3
  93:7,11
**restructuring**
  61:5 79:13
  83:5
**result** 42:8 76:5
**resulted** 89:2
**retained** 7:13
**retainer** 76:8
**retains** 90:1
**return** 40:4
**returned**
  102:13
**returning**
  40:23
**revamped** 32:7

**revenue** 18:25 19:6,11 20:25 21:5,14,18 22:4,4,5 31:22 53:16,21,24 63:15 64:4,4,7 64:14,15 67:11 71:9,11 74:16 74:20 76:4 94:2

**revenues** 35:4

**review** 39:22 55:1 100:8 102:7

**reviewed** 31:1 44:25 76:14,15 81:6 86:18,19 93:23

**rica** 64:6

**rich** 76:22 77:3 97:7,7

**richard** 48:17

**right** 5:4 8:17 8:24 9:19 11:25,25 15:23 16:9,20,20 21:25 22:17 26:3,5,9,17 34:7 36:24 43:9,19 49:7 49:22 51:1,20 55:25 56:17 57:2 61:10 66:3,11,16,19

66:22 70:7,11 70:12 73:8 74:10,14,22 76:5,6 77:5 79:2 85:2 89:21 93:5 94:3 97:2,23

**rights** 71:22

**robert** 6:12 7:8 7:23 10:14,18 15:16,19,24 17:24 25:4,16 25:22 26:14,16 29:24 37:17 38:18,22,24 46:16,22 54:24 55:8,23 68:18 68:19 73:18 74:5,5 77:9 90:25 96:5

**role** 5:22 9:3,12 9:15 17:18 28:6 47:20 48:1,4 54:22

**rolling** 87:14

**rolls** 65:8

**rose** 76:22 77:1 77:2

**rough** 35:1,2

**roughly** 16:6 34:23 37:11 52:14

**royalty** 22:6 64:2,3,8,16

**rshuker** 2:9 102:1

**rule** 102:19,20

**rules** 102:13

**run** 70:4 87:22 93:2

**runs** 25:22 87:11 97:17

**s**

**s** 2:1 4:2,2 5:1

**sale** 62:12

**sandwich** 52:2 96:17

**santa** 10:4

**save** 81:1

**saw** 16:8 23:20 37:23 57:19 78:10 92:1

**saying** 38:20 41:14 58:8 63:21 69:12

**says** 8:18 9:20 12:2 20:20,22 20:23 25:13 26:3,11 27:12 30:8,11,18,19 31:4 33:4,18 33:19 34:15 35:4,4,7 49:2 49:10,25 52:13 52:13,20 75:11 75:19 79:2 89:1 94:1,7,17

**schedule** 37:3,5 39:23 44:2 45:7

**schedules** 97:15

**scott** 2:7 14:3 41:3 42:5,10 68:4 77:16,18 78:23 82:1 89:10 90:23 95:7 102:1

**screen** 20:7 66:13 86:12

**scroll** 19:23 20:6 44:9 45:7 56:8,14

**se** 55:1 68:17

**seaside** 10:5,9 10:21 11:12,14 11:16,19 26:4 27:1,5,10 82:5 82:9

**second** 19:16 25:9 36:18 91:3

**secondary** 69:2

**secretary** 6:1,3 15:8 25:5 55:5 56:11,12 73:18 89:24

**section** 30:8 33:3

**secured** 89:3,8 89:11

**security** 44:12
  58:13,19
**see** 8:8 14:8
  17:1 20:6,8,19
  20:22 25:12
  27:12 30:8
  33:18,20,24
  34:16 35:3,6
  37:6 41:17
  45:12 47:11
  52:15 56:8,9
  59:15 65:18,20
  65:22 68:10
  74:9 81:2 89:5
  91:5 92:24
  94:7,11 98:4,6
**seeing** 46:6
  66:20
**seem** 34:3 36:1
**seems** 33:25
  50:7 66:18
  72:14
**seen** 20:1 35:17
  36:14 50:20
  52:10 57:19
  82:17 93:21
**sell** 24:8
**selling** 62:7,11
**sells** 88:9
**sender** 47:16
**sending** 48:11
**senior** 47:24
  48:25

**sense** 34:3,21
  34:22 40:6
  57:23 62:9
  68:22 87:18
**sent** 13:18
  78:11
**sentence** 49:25
  83:3
**sentiment** 27:9
**separate** 10:18
  11:23 31:20
  77:13
**separately** 18:9
  18:10
**september**
  44:13 70:8
  75:7
**series** 25:22
**serve** 69:21
**services** 49:4
  49:11,11,12,14
  50:16 51:1,4
  53:19 69:17,19
  97:12,16,21,23
  98:2
**serving** 17:13
  83:22
**set** 36:20 38:6
**setting** 92:13
**settlement**
  90:21
**several** 9:9
  35:22 78:1
  87:2

**shaking** 74:9
**shane** 2:3
**share** 51:20
  84:9 97:24
**shared** 49:3,10
  49:11,12,14
  50:16 51:1,3
  53:19 69:17,18
  97:12,16,21,23
  98:2
**shed** 50:8
**sheet** 3:6,15
  38:7 49:10
  50:9,16,25
  51:14 52:10
  53:11 101:1
  102:9,10
**sheets** 49:3
**short** 33:5,11
  40:5 49:23
  54:14
**shortly** 73:10
**show** 50:25
**showing** 12:11
**shown** 12:13
**shows** 53:15
  94:2
**shuker** 2:7,8
  13:22 14:6,15
  22:1 29:14
  41:6,9,12,22
  42:1,10,11
  67:15 68:5
  78:25 82:1

**85:10,16 86:1**
  89:10,15 90:13
  90:20,23 95:1
  95:4,20 98:12
  98:16,17 102:1
  102:5
**shukerdorris....**
  2:9 102:1
**shut** 85:1
**shuttered**
  70:11
**side** 9:2,4 10:14
  20:2 21:13
  28:5,5 48:25
  54:25
**sign** 75:19
  102:10
**signature** 86:17
  99:16 100:20
**signed** 56:6
  57:13 75:20
  90:7,11 96:17
  99:12 102:15
**signing** 4:5
  56:24
**similar** 15:18
  15:20,23 60:23
**similarities**
  33:24
**simple** 83:18
  88:21
**simpler** 70:2
**sirolly** 1:13 3:2
  5:9,14 8:8 25:9

30:6 42:18
43:3 44:8 47:12
53:14 56:3
58:9 68:7
86:12 88:23
91:25 95:23
99:7 100:8
101:4,25 102:4
**sister** 13:5
24:19
**sitting** 32:1
46:25 87:15
92:23
**size** 45:2
**skip** 31:8
**skipped** 65:19
**slash** 23:25
49:6
**slip** 84:17,19
**sm** 10:2 11:11
**small** 40:21
63:7 74:3 84:9
96:15
**smaller** 22:6
**sold** 62:5 88:8
**sole** 24:25
69:23,24
**solution** 68:15
**solutions**
102:18
**somebody**
76:24 93:10
95:10

**somewhat**
26:25 39:19
43:18
**sorry** 16:19
17:1 36:4 38:7
38:23 53:25
58:16 59:5
60:3 62:18
67:23 81:9,10
95:5
**sort** 6:13 9:17
10:14 11:9
16:14 17:20,22
17:25 18:5,25
19:3 21:2,12
21:14 22:22
23:9,15,24
27:6,10,25
28:4,13 29:18
30:23 31:18,25
32:3,7 33:9
37:3,16,24
38:6,10 39:14
40:23 43:12,15
44:25 47:24
48:24 49:12
53:20 54:22
57:7 59:6 62:8
63:5 64:5,10
66:4 69:4,16
70:1 71:7 72:5
75:19 77:10
78:8 81:21
82:21 84:13

87:17,21 96:11
**sound** 16:9
23:3 34:6
**source** 23:23
71:9 92:12,14
**sources** 24:14
**south** 2:8
**spaces** 85:9
**speak** 77:12,22
**speaking** 45:19
**special** 77:11
**specific** 13:23
35:13 82:20,20
**specifically**
6:17 78:4,16
**spoke** 77:3,15
**sponsor** 28:3
**spots** 16:18
**springs** 32:4
**spun** 13:6
**square** 1:8 5:21
96:12
**ss** 3:15,16
**standing** 84:1
**standpoint**
63:25 64:3
68:11
**start** 9:2,4
**started** 9:9
27:24 36:7
**starting** 69:4,6
79:23
**starts** 25:10
31:11

**state** 99:3,6,18
100:2,5
**stated** 40:9
68:25 101:22
**statement** 58:4
74:15 79:8
81:5,15
**statements**
15:10 58:6
**states** 1:1 59:10
**status** 62:2
**statute** 102:14
**stay** 20:3
**staying** 25:8
72:3
**stenographer**
1:18 3:5 5:3
98:13,16 100:1
100:21
**stenographic**
100:11
**stenographic...**
100:7
**stepping** 68:10
**stipulated** 4:3
**stood** 57:25
**stop** 38:5
**stopped** 87:23
**stream** 21:14
31:22 64:4
**streams** 64:7
64:14
**street** 1:14 2:4
2:6 5:15 42:6

42:17 48:15
54:10 67:18
70:8 78:16
**stretch** 29:19
**strike** 54:8
80:25
**structure** 8:13
8:15 10:13
46:24 49:15
67:8 88:21
**struggles** 27:4
**struggling**
37:22
**stuff** 49:19
62:12 70:25
86:23 88:17
92:13
**subchapter** 1:5
**subject** 80:5
81:20 95:17
**sublandlord**
72:6
**subleased**
71:11,16
**subleases** 72:9
74:20 96:23
**submitted** 40:8
**subs** 6:4
**subsidiaries**
73:12
**subsidiary** 73:9
**substance**
51:24 63:12

**substantial**
62:25
**substantially**
52:7
**substantive**
81:21
**subtenant**
84:20,20,23,23
**sudden** 57:21
**sued** 84:17
**sufficient** 83:6
83:7
**suggested**
102:12
**suite** 2:8
**sum** 87:2
**summarize**
72:5
**summary** 3:15
3:16,20 93:14
93:19
**supplemental**
68:2
**support** 3:18
78:21
**supported**
97:11
**supports** 48:8
**sure** 15:13
17:15 18:14
21:2 26:2,19
28:14,16 31:10
33:25 34:1,19
37:2 40:18

43:20 46:11
51:8 67:15
80:18 91:5
92:4,8,21
95:20 96:16
98:1,12
**surprise** 80:19
**swear** 5:5
**switch** 19:15
**sworn** 5:10
99:8

**t**

**t** 4:2,2
**take** 8:12 19:14
19:22 27:13
30:20 35:15
42:3 44:8 45:9
50:18 67:13
95:15
**taken** 1:14 42:4
67:16 95:21
**takes** 38:22,23
75:9
**talk** 14:17,18
88:8
**talked** 16:16
22:11 26:4
31:16 35:22
40:15 42:6
43:17 48:16
60:4 61:5 73:4
76:25 77:4
78:18 82:2

88:1
**talking** 6:5,8
12:1 15:20
18:24 20:25
21:8,17,19,20
31:17,18 33:6
37:14 40:1
43:3 56:16
59:4,10 60:5
65:16,19 77:24
81:22,25 83:3
83:10 93:11
98:5
**teleconference**
1:13
**tell** 7:25 8:12
11:21 19:23,24
20:24 31:3
33:5 35:15
38:15,17 39:6
43:22 48:2
50:19 57:18
59:19 82:19
97:5
**telling** 57:6
**ten** 52:4 67:14
82:10
**tenant** 10:6
**tend** 20:3 97:9
**term** 15:2 31:4
31:7 40:5 51:5
51:24 52:6
54:11 95:5

| | | | |
|---|---|---|---|
| **terminated** | 25:7 30:16 | 49:4 70:17 | **together** 18:12 |
| 70:9 | 32:14,19 33:22 | **thumbs** 38:24 | 21:19 36:11 |
| **terms** 33:22 | 34:9 36:1,5,6 | **time** 1:16 5:20 | 50:22,25 66:4 |
| 39:8 | 37:13 38:3 | 7:12 16:4 19:4 | 89:17 92:16 |
| **test** 7:25 14:18 | 39:3,23 40:19 | 19:11 28:18 | **told** 55:10 |
| **testified** 5:10 | 41:2,6,16,18 | 29:8,12 30:20 | 57:21 91:4 |
| 86:23 | 42:24 43:2,4 | 34:3 36:23 | **tom** 17:16,18 |
| **testimony** 3:2 | 43:10,11,22 | 37:11,14 43:2 | 17:20 18:24 |
| 5:5 102:8,13 | 44:18 49:15 | 43:19 45:4 | 24:6,16 25:4 |
| **texas** 2:4 | 50:16,19 53:8 | 46:4 54:14,18 | 38:18,24 46:16 |
| **thank** 40:2,4 | 53:18 54:17 | 55:21 57:7,10 | 46:22 54:24 |
| 42:21 68:5 | 56:12,14 57:9 | 58:16 59:23 | 55:8,23 68:18 |
| 102:16 | 59:18,20 63:23 | 62:7 63:20 | 68:19 73:16 |
| **thing** 28:13 | 64:1,2 65:4 | 64:13 70:2,15 | 74:5,6 76:21 |
| 40:24 50:7 | 66:5 68:9 69:1 | 73:1 75:9 | 76:25 77:17,23 |
| 63:5 69:15 | 69:1,15 72:21 | 77:12 78:23,24 | 78:1,3 80:19 |
| 84:13 87:11 | 74:15 76:1,25 | **times** 1:8 35:22 | 82:24 86:17 |
| **things** 11:18 | 77:4 80:10,21 | 91:8 96:12 | 90:25 95:12 |
| 18:18 38:5 | 81:17 82:5,9 | **timing** 21:10 | 97:7,8 |
| 39:10 40:7 | 86:5,22 87:11 | **title** 17:23 25:7 | **tom's** 77:19 |
| 57:25 63:9 | 87:18,20 88:2 | 32:20 35:19 | **tomorrow** |
| 70:17 75:5 | 88:2 91:3 | 47:21,23 48:18 | 67:22 |
| 77:23 86:24 | 95:23 | 51:2 77:7 | **ton** 95:16 |
| 87:10,21,24 | **third** 22:23 | **titled** 93:18 | **took** 24:11 57:1 |
| 88:15 91:5 | 67:5,6 84:23 | **today** 5:16 | **top** 21:12 32:12 |
| **think** 8:10,10 | **thomas** 48:16 | 10:20 11:10 | 34:13 35:4 |
| 9:25 11:9 | **thought** 41:4,6 | 27:2 32:1 | 36:9 53:15 |
| 12:19 13:5 | 41:9 68:21 | 34:11 36:4 | 66:12 |
| 14:7,12 15:22 | 93:10 | 42:13 46:25 | **topic** 77:25 |
| 16:8,18 17:20 | **thoughts** 78:2 | 47:24 62:14 | 82:17 |
| 18:14,16 19:4 | **thousand** 88:4 | 64:1 76:7,13 | **topics** 76:14,16 |
| 19:5 20:14 | **three** 5:17,25 | 76:20 78:19 | 76:21,22 78:1 |
| 21:8 23:4,20 | 6:14 17:10 | 83:13 86:20 | 78:5,10 |
| 23:24 24:11,24 | 24:25 45:20 | 87:16 92:23 | |

**total**   16:4 45:17
54:1 87:1
**towards**   84:2
**trademark**
6:11,11 7:22
18:23 24:20
31:21,23 55:12
59:12 72:20
**trademarks**
19:1 31:24
60:3 62:22,23
62:25 63:1,4,5
63:16 66:7
67:3,5 72:21
73:3 75:12
**trailed**   81:10
**transaction**
12:23 13:5,11
14:9,18,20
16:24 17:13,17
18:7,12 22:11
24:2,22 25:1
39:8 40:16
43:24 54:19
55:4,22 57:1,4
57:5,10,16
59:4,7,23 63:2
64:13,13 67:1
68:12 72:25
75:20 79:21,24
80:1,3,24 81:3
81:7 82:20
88:6 93:8,13

**transactional**
27:25 28:5
42:15
**transactions**
16:14 18:17
38:8 40:20
42:17 75:22
78:18 79:12,16
81:6,11,13
**transcribed**
98:14
**transcript**   4:6
100:8,9 101:2
102:6,15
**transcripts**
102:11
**transfer**   61:9
63:11 75:12
**transferable**
72:17
**transferred**
13:2 24:18,21
26:19 60:4
63:9 67:7
75:25
**transferring**
73:2 88:4
**transfers**   13:24
40:16 79:9
82:15
**travel**   98:9
**traveling**   98:8
**treasurer**   17:23

**treatment**
89:17
**tremendous**
29:21
**trick**   34:2
**tricky**   51:12
**true**   74:15
100:10 101:23
**truly**   39:14
**trusts**   28:4
**truth**   5:6,7,7
**try**   47:16 93:12
**trying**   34:2
51:11 77:22
**tuesday**   67:25
**tune**   82:10
**two**   9:11 16:14
16:18 17:25
19:4 21:9 27:5
38:20 60:23
62:8,19 63:8
64:17,20 65:4
65:9 66:4
67:23,24 70:10
70:12 72:6,9
72:21 73:2,4
74:20 76:1,2
77:17 85:5
**type**   27:22,23
**types**   46:14
**typical**   46:13

**u**

**u**   4:2
**u.s.**   19:7 59:11
**ucc**   58:4,6,22
**uccs**   59:6,10
**uh**   82:6
**uk**   66:3,5,18
**ultimate**   47:4
72:8
**ultimately**   32:7
65:8,10
**umbrella**   6:1,9
6:13,15 8:2,4
11:19,22 15:11
18:18 37:19
38:1 69:11
73:15,17,19
84:7 89:23,25
90:5
**uncertain**
53:12
**under**   5:10,25
6:9,15 8:4
11:18 13:25
14:1,23 15:10
17:15 21:5
25:22 28:13
35:4 37:25
38:13 39:18
40:11,14,22
46:3 54:23
56:20 59:14
60:25 71:14

73:19 82:4
84:7 89:23,25
90:5 91:14
101:22 102:13
**underlying**
52:25 55:14
**underneath**
6:13 11:15
15:1 17:21
18:18 37:19
61:24 73:17
87:15
**understand** 9:3
14:19 29:2
31:15 58:8
66:21 79:6
89:6 94:1
**understanding**
12:8 18:24
25:5 27:6
28:10 31:5,7
31:17 35:14
36:3,21 40:12
42:8 43:4
44:16,21 45:1
57:25 58:21,22
60:24 63:19
78:3 89:15
91:21 94:4
**understood**
61:4
**underutilized**
32:6

**united** 1:1
**unsecured** 89:3
89:8,12 94:9
**use** 6:11 7:22
31:23 60:19
63:5
**used** 14:7 15:16
15:24 20:11
21:11 30:21
32:24 37:21
46:16 54:21
55:14 70:4
73:9 87:22
102:15
**using** 37:17
85:8,24
**usually** 6:10

**v**

**v** 1:5
**vague** 38:15
**vaguely** 8:14
55:6 66:2
**valuation** 22:21
22:25 29:10
79:20
**value** 23:6,16
23:25 24:5,13
29:4,4 79:10
79:14,15,17
**values** 23:25
**various** 15:17
15:25 29:24
37:18 45:23

49:13 60:20
76:15,17 77:14
78:11,17 82:17
87:12,13 97:22
**vast** 97:10
**vegas** 64:5
**venture** 25:16
67:5
**ventures** 26:13
**verbal** 39:15
**verify** 26:11
102:8
**veritext** 102:11
102:18
**veritext.com**
102:11
**vested** 73:3
**vet** 78:14
**viability** 28:12
**vice** 17:21 25:7
47:21 74:2
**video** 1:13
**vt** 102:4

**w**

**w** 2:2 49:6
**wadsowrth**
48:23
**waive** 22:17
**waived** 15:2
**walk** 39:7
92:21
**want** 13:24
19:23 29:16

31:9 41:19
47:14 60:2
70:15 78:19
79:6 88:25
93:25 95:17
98:7
**wanted** 31:15
**wanting** 9:3
**warehouse**
62:14 70:20
71:17 84:18
85:6 88:20
89:14
**wares** 96:15
**way** 9:15 39:19
43:3 61:17
63:12 82:18
94:16
**we've** 20:11
42:2 59:4
78:18
**week** 38:21
39:2,24 40:3,3
40:23,23 43:12
43:15 49:5
75:6 87:18
98:8,9
**weekly** 64:24
97:13
**wells** 86:21
87:16
**went** 12:20
13:6 15:22
28:2 37:12

**[went - zoom]**                                        Page 34

38:4,4,5 43:16
52:25 62:12 71:5
79:19 81:15
90:18
**wholly**  39:12
60:13
**witness**  5:8
22:3 29:15,17
42:8 85:11,17
86:5 90:23
102:8,8,10,15
**wolfshohl**  2:2
3:3 5:13,14
14:2,11,16
19:21 22:8
29:22 41:3,8
41:10,14,24
42:2,5,21 43:1
44:7 47:10
50:13 56:2
67:13,17,17
68:6 78:23
79:1 85:13,21
86:7,11,15
91:2 93:17
95:3,6,8,15,22
98:3,15
**wondering**
50:8
**word**  15:23
22:17 32:4
83:14 93:9
**words**  79:14

**work**  15:13
26:24,25 27:25
48:22 49:13
64:24 74:7
80:8 82:18
**worked**  17:16
18:7 31:1 57:3
**working**  54:23
**works**  48:7
72:12
**world**  84:22
**worry**  92:20
96:20
**worth**  22:5
94:18 95:2
**write**  97:4
101:2
**writing**  97:9
**written**  80:8
**wrong**  32:4
61:22

**x**

**x**  3:1 43:13,14

**y**

**yeah**  6:10 8:14
9:12 11:5 19:2
20:8,8,11
21:16 22:3
28:24 41:9
49:23 52:4
62:24,24 65:4
69:5 83:17
86:5 88:7

**year**  9:11 21:4
25:11 38:11
40:10 41:13
46:1 49:4
63:24 64:19
**year's**  30:12
**yearly**  30:11
**years**  9:9 15:12
17:25 19:1
20:9,12 24:12
27:5 30:2 31:2
31:4,6 32:2
40:13 41:15,23
41:24 42:14
45:20 46:16
60:23 63:8
64:17,23 67:12
75:5,13 79:9
**york**  69:3,5,9
70:1,14

**z**

**z**  65:2
**zoom**  42:20
98:11

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS

### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.