# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
### www.flmb.uscourts.gov

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Subchapter V |
| | ) |
| PB RESTAURANTS, LLC, | ) Case No. 6:25-bk-01957-LVV |
| | ) *Lead case* |
| | ) |
| | ) *Jointly Administered with* |
| PLANET EXPRESS (LAX), LLC, | ) Case No. 6:25-bk-01958-LVV |
| TIMES SQUARE BUFFET, LLC, | ) Case No. 6:25-bk-01959-LVV |
| Debtors. | |

## EXHIBIT COVER SHEET

**Party submitting:**   **MAIN STREET CAPITAL CORPORATION**

**Exhibit 009**

**Admitted:**   YES   or   NO (circle one)

**Debtor(s):**   **PB RESTAURANTS, LLC; PLANET EXPRESS (LAX), LLC; AND TIMES SQUARE BUFFET, LLC**

**Case Nos.:**   **6:25-bk-01957-LVV**

**Nature of Hearing: Evidentiary Hearing on Confirmation of Debtor's Plan**

**Docket Nos. 36 and 62**
**United States Bankruptcy Court**
**Middle District of Florida**

**Dated: _____, 2025.**

**By: _____ , Deputy Clerk**

# 2019

Planet Hollywood International, Inc.

## Consolidated Financial Statements and Independent Auditor's Report

Years Ended December 29, 2019 and December 30, 2018



# PURVIS GRAY

---

**INDEPENDENT AUDITOR'S REPORT**

The Board of Directors
Planet Hollywood International, Inc.
  and Subsidiaries

We have audited the accompanying consolidated financial statements of Planet Hollywood International, Inc. and Subsidiaries (the Company), which comprise the consolidated balance sheet as of December 29, 2019, and the related consolidated statements of operations and comprehensive loss, stockholders' deficit, and cash flows for the year then ended, and the related notes to the consolidated financial statements.

**Management's Responsibility for the Financial Statements**
Management is responsible for the preparation and fair presentation of these financial statements in conformity with U.S. generally accepted accounting principles; this includes the design, implementation and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free of material misstatement, whether due to fraud or error.

**Auditor's Responsibility**
Our responsibility is to express an opinion on these financial statements based on our audit. We conducted our audit in accordance with auditing standards generally accepted in the United States. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

CERTIFIED PUBLIC ACCOUNTANTS
Gainesville | Ocala | Tallahassee | Sarasota | Orlando | Lakeland
purvisgray.com
Members of American and Florida Institutes of Certified Public Accountants
An Independent Member of the BDO Alliance USA

The Board of Directors
Planet Hollywood International, Inc.
   and Subsidiaries

**INDEPENDENT AUDITOR'S REPORT**

**Opinion**
In our opinion, the financial statements referred to above present fairly, in all material respects, the consolidated financial position of the Company at December 29, 2019, and the results of their operations and their cash flows for the year then ended in conformity with U.S. generally accepted accounting principles.

**Ability to Continue as a Going Concern**
The accompanying consolidated financial statements have been prepared assuming that the Company will continue as a going concern. As discussed in Notes 1 and 10 to the consolidated financial statements, the Company has experienced significant losses in the last several years and has a total stockholders' deficit of approximately $79,451,000 at December 29, 2019. The Company is not in compliance with certain financial covenants of its BUCA C, LLC (consolidated subsidiary) related-party notes payable and has stated that substantial doubt exists about the Company's ability to continue as a going concern in its current form. Management's evaluation of the events and conditions and management's plans regarding these matters are also described in Notes 1 and 10. The consolidated financial statements do not include any adjustments that might result from the outcome of this uncertainty. Our opinion is not modified with respect to this matter.

**Restatement**
As discussed in Note 20 to the consolidated financial statements, the Company has restated its financial statements for the year ended December 30, 2018, for the correction of an error. Our opinion is not modified with respect to this matter.

**Prior Period Financial Statements**
The financial statements of the Company as of and for the year ended December 30, 2018, were audited by other auditors whose report, dated April 7, 2020, expressed an unmodified opinion on those statements.

*Purvis Gray*

February 5, 2021
Winter Park, Florida

PLANET HOLLYWOOD INTERNATIONAL, INC.
AND SUBSIDIARIES

CONSOLIDATED FINANCIAL STATEMENTS
AND
INDEPENDENT AUDITOR'S REPORT

YEARS ENDED DECEMBER 29, 2019
AND DECEMBER 30, 2018

TABLE OF CONTENTS

**Independent Auditor's Report** ...................................................................................................... 1-2

**Consolidated Financial Statements**

Consolidated Balance Sheets .......................................................................................................... 3

Consolidated Statements of Operations
   and Comprehensive Loss ............................................................................................................ 4

Consolidated Statements of Stockholders'
   Deficit ........................................................................................................................................ 5

Consolidated Statements of Cash Flows ........................................................................................ 6

Notes to Consolidated Financial Statements ............................................................................. 7-29

**PLANET HOLLYWOOD INTERNATIONAL, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE LOSS**
**FOR THE YEARS ENDED DECEMBER 29, 2019 AND DECEMBER 30, 2018**

CONSOLIDATED FINANCIAL STATEMENTS

|  | 2019 | 2018 (As Restated) |
|---|---:|---:|
|  | (In Thousands) | |
| **Revenues** | | |
| Restaurant and Merchandise Sales, Net | $ 303,644 | $ 299,337 |
| Licensing and Franchise | 3,766 | 3,810 |
| Management Fees | - | 1,000 |
| Other | 878 | 139 |
| **Total Revenues, Net** | 308,288 | 304,286 |
| | | |
| **Cost of Revenues** | | |
| Cost of Sales | 178,315 | 180,829 |
| Operating Expenses | 72,802 | 68,175 |
| Rent | 37,842 | 37,652 |
| Depreciation and Amortization | 12,297 | 11,169 |
| **Total Cost of Revenues** | 301,256 | 297,825 |
| | | |
| **Income Before Operating Expenses and Income** | 7,032 | 6,461 |
| | | |
| **Operating Expenses and Income** | | |
| General and Administrative Expenses | 20,015 | 22,296 |
| Pre-Opening Costs | 424 | 456 |
| Loss on Impairment of Long-Lived Assets | 1,452 | 2,380 |
| Gain on Sale of Assets | (5,174) | (4,235) |
| **Total Operating Expenses, Net** | 16,717 | 20,897 |
| **Loss from Operations** | (9,685) | (14,436) |
| | | |
| **Non-Operating Income (Expenses)** | | |
| Interest Expense, Net | (8,787) | (8,004) |
| Gain from Insurance Proceeds | 52 | 1,303 |
| Other Income (Expense), Net | 1,574 | (225) |
| **Total Non-Operating Expenses, Net** | (7,161) | (6,926) |
| | | |
| **Net Loss** | (16,846) | (21,362) |
| Net Loss Attributable to Non-Controlling Interests | (177) | (1,048) |
| Net Loss Attributable to Planet Hollywood International, Inc. and Subsidiaries | (16,669) | (20,314) |
| | | |
| **Other Comprehensive Loss** | | |
| Foreign Currency Translation Adjustment | (194) | (43) |
| **Total Comprehensive Loss** | $ (16,863) | $ (20,357) |

## PLANET HOLLYWOOD INTERNATIONAL, INC. AND SUBSIDIARIES
## CONSOLIDATED BALANCE SHEETS
## DECEMBER 29, 2019 AND DECEMBER 30, 2018

### ASSETS

|  | 2019 | 2018 (As Restated) |
|---|---:|---:|
|  | (In Thousands, Except Share Data) | |
| **Current Assets** | | |
| Cash | $ 2,524 | $ 1,529 |
| Restricted Cash | 258 | 230 |
| Restricted Investment | 313 | 313 |
| Accounts Receivable | 8,518 | 8,771 |
| Inventories | 7,555 | 7,708 |
| Prepaid Expense and Other Assets | 2,891 | 5,367 |
| **Total Current Assets** | 22,059 | 23,918 |
| Property and Equipment, Net | 67,106 | 75,720 |
| Other Assets, Net | 3,207 | 3,584 |
| Due from Related Parties | 3,709 | - |
| Receivable from BUCA C Member | 162 | 162 |
| **Total Assets** | $ 96,243 | $ 103,384 |

### LIABILITIES AND STOCKHOLDERS' DEFICIT

|  | 2019 | 2018 |
|---|---:|---:|
| **Current Liabilities** | | |
| Accounts Payable | $ 27,573 | $ 25,868 |
| Accrued Expenses | 28,499 | 27,428 |
| Line of Credit | 1,174 | 1,079 |
| Current Maturities of Notes Payable to BUCA C Members, Net | 31,426 | 31,096 |
| Current Maturities of Long-Term Debt and Capital Leases, Net | 3,502 | 3,622 |
| **Total Current Liabilities** | 92,174 | 89,093 |
| Related-Party Line of Credit | 46,279 | 34,758 |
| Long-Term Debt and Capital Leases, Less Current Maturities | 24,846 | 28,135 |
| Deferred Rent | 6,988 | 8,357 |
| Other Liabilities | 5,407 | 5,452 |
| **Total Liabilities** | 175,694 | 165,795 |
| Commitments and Contingencies (Note 13) | | |
| **Stockholders' Deficit** | | |
| Preferred Membership Interests | 2,550 | 2,550 |
| Preferred Stock - $1 Par Value, 500,000 Shares Authorized; 273,000 Shares Issued and Outstanding | 27,300 | 27,300 |
| Common Stock - $1 Par Value, 1,000,000 Shares Authorized; 257,962 Shares Issued and Outstanding | 245 | 245 |
| Capital in Excess of Par Value | 364,029 | 364,029 |
| Treasury Stock - at Cost, 3,128 shares | (3) | (3) |
| Accumulated Deficit | (480,714) | (464,045) |
| Accumulated Other Comprehensive Income | 1,475 | 1,669 |
| **Total Planet Hollywood International, Inc. and Subsidiaries' Stockholders' Deficit** | (85,118) | (68,255) |
| Non-Controlling Interests | 5,667 | 5,844 |
| **Total Stockholders' Deficit** | (79,451) | (62,411) |
| **Total Liabilities and Stockholders' Deficit** | $ 96,243 | $ 103,384 |

See accompanying notes.

3

---

## PLANET HOLLYWOOD INTERNATIONAL, INC. AND SUBSIDIARIES
## CONSOLIDATED STATEMENTS OF STOCKHOLDERS' DEFICIT
## FOR THE YEARS ENDED DECEMBER 29, 2019 AND DECEMBER 30, 2018
### (In Thousands)

|  | Preferred Membership Interests | | Preferred Stock | | Common Stock | | Treasury Stock | | Capital in Excess of Par Value | Accumulated Other Comprehensive Income | Accum. De... |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Shares | Amount | Shares | Amount | Shares | Amount | Shares | Amount |  |  |  |
| Balance, December 31, 2017 | 2,550 | $ 2,550 | 273 | $ 27,300 | 245 | $ 245 | 3 | $ (3) | $ 364,029 | $ 1,712 | $ (4... |
| Net Loss, as Restated | - | - | - | - | - | - | - | - | - | - | |
| Comprehensive Loss: | | | | | | | | | | | |
| Currency Translation Adjustment | - | - | - | - | - | - | - | - | - | (43) | |
| Balance, December 30, 2018 as Restated (Note 20) | 2,550 | 2,550 | 273 | 27,300 | 245 | 245 | 3 | (3) | 364,029 | 1,669 | (4... |
| Issuance of Common Stock | - | - | - | - | 13 | - | - | - | - | - | |
| Net Loss | - | - | - | - | - | - | - | - | - | - | |
| Comprehensive Loss: | | | | | | | | | | | |
| Currency Translation Adjustment | - | - | - | - | - | - | - | - | - | (194) | |
| Balance, December 29, 2019 | 2,550 | $ 2,550 | 273 | $ 27,300 | 258 | $ 245 | 3 | $ (3) | $ 364,029 | $ 1,475 | $ (4... |

See accompanying notes.

5

**PLANET HOLLYWOOD INTERNATIONAL, INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**FOR THE YEARS ENDED DECEMBER 29, 2019 AND DECEMBER 30, 2018**

|  | 2019 | 2018 (As Restated) |
|---|---:|---:|
|  | (In Thousands) | |
| **Operating Activities** | | |
| Net Loss | $ (16,846) | $ (21,362) |
| Adjustments to Reconcile Net Loss to Net Cash Used in Operating Activities: | | |
| Depreciation and Amortization | 12,814 | 11,686 |
| Loss on Impairment of Long-Lived Assets | 1,452 | 2,380 |
| Gain on Sale of Assets | (5,174) | (4,235) |
| Gain from Insurance Proceeds | (52) | (1,303) |
| Deferred Rent | (1,369) | (3,067) |
| Amortization of Deferred Gain on Sale Leaseback of Property | (139) | (141) |
| Changes in Assets and Liabilities: | | |
| Accounts Receivable | (71) | 2,726 |
| Due from/to Related Parties, Net | (3,709) | - |
| Inventories | 22 | 639 |
| Prepaid Expenses and Other Assets | 2,123 | (3,016) |
| Other Assets | (529) | (578) |
| Accounts Payable | 2,536 | 410 |
| Accrued Expenses | 2,687 | 993 |
| Other Liabilities | 94 | (717) |
| **Net Cash Used in Operating Activities** | (6,161) | (15,585) |
| **Investing Activities** | | |
| Purchase of Property and Equipment | (5,989) | (5,539) |
| Proceeds from Sale of Property and Equipment | 5,918 | 4,270 |
| Advance to BUCA C Member | - | (60) |
| **Net Cash Used in Investing Activities** | (71) | (1,329) |
| **Financing Activities** | | |
| Proceeds from Line of Credit Borrowings | 21,440 | 22,255 |
| Payments on Line of Credit Borrowings | (21,345) | (22,479) |
| Proceeds from Related-Party Line of Credit | 16,220 | 19,887 |
| Payments on Related-Party Line of Credit | (4,699) | - |
| Principal Payments on Notes Payable to BUCA C Members | (167) | (2,000) |
| Proceeds from Long-Term Debt and Capital Leases | 2,650 | 1,500 |
| Principal Payments on Long-Term Debt and Capital Leases | (6,079) | (4,184) |
| **Net Cash Provided by Financing Activities** | 8,020 | 14,979 |
| **Effect of Exchange Rate Changes on Cash** | (765) | (144) |
| **Net Increase (Decrease) in Cash and Restricted Cash** | 1,023 | (2,079) |
| Cash and Restricted Cash, Beginning of Year | 1,759 | 3,838 |
| Cash and Restricted Cash, End of Year | $ 2,782 | $ 1,759 |
| **Supplemental Disclosures of Cash Flow Information** | | |
| Cash Paid for Interest | $ 5,825 | $ 5,992 |

See accompanying notes.

6

---

**PLANET HOLLYWOOD INTERNATIONAL, INC. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**Fiscal Periods**

The Company uses a 52 or 53-week fiscal year ending on the last Sunday of December for financial reporting purposes. There were 52 weeks each in the years ended December 29, 2019 and December 30, 2018, respectively.

**Principles of Consolidation**

The consolidated financial statements include the accounts of PHII and its wholly owned subsidiaries and joint ventures in which the Company holds a controlling interest. All significant inter-company balances and transactions have been eliminated.

**Use of Estimates**

The preparation of consolidated financial statements in conformity with U.S. generally accepted accounting principles (U.S. GAAP) requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities as of the date of the consolidated financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates under different assumptions or conditions.

**Fair Value Measurements**

Fair value is measured in accordance with *Accounting Standards Codification* (ASC) 820, *Fair Value Measurement*, which defines fair value as the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date or the exit price. Accordingly, an entity must determine the fair value of an asset or liability based on the assumptions that market participants would use in pricing the asset or liability, not those of the reporting entity itself. These assumptions are subjective in nature and involve matters of judgment and, therefore, fair values cannot always be determined with precision. U.S. GAAP establishes a valuation hierarchy for prioritizing the inputs and the hierarchy places greater emphasis on the use of observable market inputs and less emphasis on unobservable inputs. The hierarchy gives the highest priority to unadjusted quoted prices in active markets for identical assets and liabilities (Level 1 measurements) and the lowest priority to unobservable inputs (Level 3 measurements).

The three levels of the fair value hierarchy are described below:

**Level 1**—Quoted prices in active markets for identical assets and liabilities that the Company has the ability to access.

**Level 2**—Inputs other than quoted prices included within Level 1 that are either directly or indirectly observable.

**Level 3**—Unobservable inputs that are supported by little or no market activity, therefore requiring an entity to develop its own assumptions about the assumptions that market participants would use in pricing.

The fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement.

8

PLANET HOLLYWOOD INTERNATIONAL, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

As of December 29, 2019 and December 30, 2018, the Company did not have any assets or liabilities recognized at fair value on a recurring or non-recurring basis. The respective carrying values of certain on-balance-sheet financial instruments approximated their fair values due to the short-term nature of these instruments. These financial instruments include cash, restricted cash, restricted investment, accounts receivable, amounts due from related parties, receivable from BUCA C member, accounts payable and accrued expenses.

The fair value of the Company's notes payable, long-term debt and capital lease obligations is estimated based on current rates that would be available for debt of similar terms, which is not significantly different than its stated value.

**Cash and Cash Equivalents**
The Company considers all highly liquid debt investments with an initial maturity of three months or less at the date of purchase to be cash equivalents. At December 29, 2019 and December 30, 2018, the Company did not have any cash equivalents.

**Restricted Cash and Restricted Investment**
Restricted cash represents interest-bearing accounts that constitute collateral against letters of credit issued by the Company. Restricted investment represents a Federal Deposit Insurance Corporation (FDIC) insured bank issued certificate of deposit restricted as collateral against a letter of credit issued by the Company. The certificate of deposit matures in October 2021 and renews annually.

The following table provides a reconciliation of cash and restricted cash reported within the consolidated balance sheets to the total of the same such amounts shown in the consolidated statements of cash flows:

|  | December 29, 2019 | December 30, 2018 |
|---|---|---|
|  | (In Thousands) | |
| Cash | $ 2,524 | $ 1,529 |
| Restricted Cash | 258 | 230 |
| Total Cash and Restricted Cash as Shown on the Statement of Cash Flows | $ 2,782 | $ 1,759 |

**Accounts Receivable**
Accounts receivable consist primarily of credit card receivables and commercial customer receivables that the Company has extended credit to in the ordinary course of business. The Company evaluates the collectability of its accounts receivable on a combination of factors. In circumstances where it is aware of a specific customer's inability to meet its financial obligations, it records a specific allowance to reduce the amounts recorded to what it believes will be collected. The Company may also record an additional reserve, which is determined based on historical experience and its assessment of the general financial conditions affecting its customer base. After all attempts to collect a receivable have failed, the receivable is written off against the allowance. Allowances of approximately $52,000 and $68,000 were recorded as of December 29, 2019 and December 30, 2018, respectively.

PLANET HOLLYWOOD INTERNATIONAL, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**Note 1 - Summary of Significant Accounting Policies**

**Nature of Operations**
The accompanying consolidated financial statements include the operations of Planet Hollywood International, Inc. (PHII) and its wholly owned and majority-owned subsidiaries, including BUCA, Inc. (BUCA) and Leisure Opportunities, LLC (LO), collectively (the Company).

The Company's primary business is to develop, own, operate and franchise the Planet Hollywood and Buca di Beppo restaurant concepts. The Planet Hollywood restaurants are located in Orlando, Florida; New York, New York; Las Vegas, Nevada; London, England; and Disneyland Paris. A Café Hollywood restaurant is located in Las Vegas, Nevada. The Company operates a dual concept restaurant under the names Planet Express and Earl of Sandwich in the Tom Bradley International Terminal at Los Angeles International Airport. During fiscal year 2018, the Company opened and operates a Chicken Guy! restaurant in Orlando, Florida, and a Seaside on the Pier restaurant in Santa Monica, California. At December 29, 2019, the 75 Company-owned Buca di Beppo restaurants are located in 23 states and the District of Columbia. The Company is also the franchisor of five franchise locations in the United Kingdom, three franchise locations in the United Arab Emirates, one franchise location in the Philippines and one franchise location in Atlantic City, New Jersey. The Company's corporate office is located in Orlando, Florida. The Company also licenses the use of its Planet Hollywood name and trademarks for use in restaurant, hotel and casino operations and Buca di Beppo in restaurant operations. LO is a celebrity event management company.

Effective June 30, 2015, two independent third parties acquired a 10% membership interest in BUCA C, LLC (BUCA C), a consolidated subsidiary of BUCA, for approximately $6 million resulting in a non-controlling interest. In connection with the acquisition of the membership interests, the third parties collectively provided $47 million of financing to BUCA C (see Note 10).

**Going Concern and Management's Plans**
In accordance with the Financial Accounting Standards Board (FASB), Accounting Standards Update (ASU) No. 2014-15, *Presentation of Financial Statements – Going Concern* (Subtopic 205-40), management evaluated whether there are conditions or events, considered in aggregate, that raise doubt about the Company's ability to continue as a going concern. There is uncertainty surrounding BUCA C's ability to refinance the related-party notes payable discussed in Note 10 or generate enough cash flow to settle the debt if called. The Company experienced significant net losses in fiscal years 2018 and 2019, and has a total stockholders' deficit of approximately $79,451,000 as of December 29, 2019, as included in the accompanying consolidated financial statements. The National Emergency concerning the Novel Coronavirus Disease (COVID-19) outbreak discussed in Note 19 materially impacted and continues to impact the Company's revenue resulting in a sizable net loss in fiscal year 2020. The Company has applied for additional Paycheck Protection Loans in 2021. Future cash deficits may be funded from borrowings from related parties or capital contributions by stockholders, but there is no guarantee that these fundings will occur. These uncertainties raise substantial doubt about the Company's ability to continue as a going concern within one year after the date the consolidated financial statements are issued. The consolidated financial statements do not include any adjustments that might result from the outcome of any uncertainty as to the Company's ability to continue as a going concern.

PLANET HOLLYWOOD INTERNATIONAL, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

Accounts receivable are summarized as follows:

|  | December 29, 2019 | December 30, 2018 |
|---|---:|---:|
|  | *(In Thousands)* | |
| Credit Card Receivables | $ 4,636 | $ 4,244 |
| Commercial Customer Receivables | 2,496 | 3,481 |
| Other | 1,386 | 1,046 |
|  | $ 8,518 | $ 8,771 |

**Inventories**
Inventories, consisting primarily of food, beverage, merchandise and restaurant supplies, are stated at the lower of cost or net realizable value. Cost is determined by the first-in, first-out method of valuation.

**Property and Equipment**
Land, buildings, leasehold improvements, tenant improvements, memorabilia, furniture, fixtures and equipment are recorded at original cost less accumulated depreciation and amortization. These assets are depreciated on a straight-line basis over the lesser of their estimated useful lives or associated lease term ranging from 3 to 25 years. Land is not depreciated because the Company believes it retains its historical value. The Company's estimate of the useful life of equipment and buildings is based upon the historical life of similar assets in its industry.

Depreciation periods are as follows:

| | |
|---|---|
| Land improvements | Shorter of 25 Years or Length of Remaining Lease Term |
| Buildings | Shorter of 25 Years or Length of Remaining Lease Term |
| Leasehold improvements | Shorter of Useful Life of the Asset or Remaining Lease Term |
| Furniture, fixtures and Equipment | 3 to 10 Years |
| Memorabilia | 20 Years |

The estimated useful lives and fair market values of these assets, as well as the Company's determination of what constitutes a capitalized cost versus a repair and maintenance expense, involve judgments by management. These judgments may produce materially different amounts of depreciation and amortization expense if different assumptions were used.

**Impairment of Long-Lived Assets**
The Company reviews its long-lived assets, such as fixed assets and intangible assets, for impairment whenever events or changes in circumstances indicate the carrying value of an asset or group of assets may not be recoverable, but at least annually. The Company considers a history of consistent and significant operating losses to be a primary indicator of potential asset impairment. Assets are grouped and evaluated for impairment at the lowest level for which there are identifiable cash flows, primarily the individual restaurants. A restaurant is deemed to be impaired if a forecast of its future operating cash flows directly related to the restaurant is less than its carrying amount. If a restaurant is determined to be impaired, the loss is measured as the amount by which the carrying amount of the restaurant exceeds

PLANET HOLLYWOOD INTERNATIONAL, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**Advertising Costs**
The Company expenses all advertising costs as they are incurred. Total advertising costs for the years ended December 29, 2019 and December 30, 2018, were approximately $8.8 million and $10.5 million, respectively, and are included in operating expenses in the accompanying consolidated statements of operations and comprehensive loss.

**Income Taxes**
Effective May 6, 2019, the Company is included in the consolidated federal tax return of its parent. Subsequent to this date, income taxes are calculated on a top-down approach. Income taxes are allocated by the parent based on a comprehensive income tax allocation policy. This policy provides that income taxes are allocated based on the subsidiaries' proportional share of the tax calculated on the return. This change did not have a material effect on the Company's financial statements and results of operations.

The Company accounts for income tax expense (benefit) using the asset and liability method, under which deferred tax assets and liabilities are recognized for expected future tax consequences of events that have been included in the consolidated financial statements. Under this method, deferred tax assets and liabilities are determined based on temporary differences between the financial reporting and tax bases of assets and liabilities and are measured using the tax rates and laws that are expected to be in effect when the differences are anticipated to reverse. The effect on deferred tax assets and liabilities of a change in tax rates is recognized as income or expense in the period that it is incurred.

The Company recognizes deferred tax assets to the extent that it believes that these assets are more-likely-than-not to be realized. In making such determination, the Company considers all available positive and negative evidence, including the parent's future taxable income, tax-planning strategies, and results of recent operations. If the Company determines that it would not be able to realize its deferred tax assets, a valuation allowance is established. A valuation allowance was recorded at December 29, 2019 and December 30, 2018, to reduce net deferred tax assets to zero as it was deemed more-likely-than-not that they would not be realized in the future.

The Company identifies and evaluates uncertain tax positions, if any, and recognizes the impact of uncertain tax positions for which there is a less than more-likely-than-not probability of the position being upheld when reviewed by the relevant taxing authority. Such positions are deemed to be unrecognized tax benefits and a corresponding liability is established in the accompanying consolidated balance sheets. The Company has not recognized a liability for uncertain tax positions. If there were an unrecognized tax benefit, the Company would recognize interest accrued related to unrecognized tax benefits in interest expense and penalties in operating expenses. The Company's open tax years subject to examination by the Internal Revenue Service generally remain open for three years from the date of filing.

**Foreign Currency Translation**
Assets and liabilities of foreign operations are translated into United States dollars at the year-end rate of exchange. Revenue and expense accounts are translated at the weighted average rate of exchange for the year. Resulting translation adjustments are included in the caption "currency translation adjustment" as a separate component of stockholders' deficit. Gains and losses from foreign currency transactions are included in the consolidated statements of operations and comprehensive loss.

PLANET HOLLYWOOD INTERNATIONAL, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**Self-Insurance**
The Company is self-insured for a significant portion of its current medical, dental, workers' compensation and general liability insurance programs. In estimating self-insurance reserves, the Company utilizes estimates of future losses based upon its historical loss trends and historical industry data and actuarial estimates of settlement costs for incurred claims. These reserves are monitored and adjusted when warranted by changing circumstances. Should an additional change in claims occur compared to the current estimates, the reserves could be either increased or decreased based upon that data. Any increases or decreases in insurance reserves would be offset by a corresponding increase or decrease in insurance expense. Self-insurance liability was approximately $2.4 million and $2.1 million as of December 29, 2019 and December 30, 2018, respectively, and is included in accrued expenses in the accompanying consolidated balance sheets.

**Pre-Opening Costs**
Pre-opening costs, consisting primarily of manager salaries and relocation expenses, employee payroll and related training costs and occupancy costs incurred prior to the opening of the restaurant, are expensed as incurred.

**Leases**
Each lease is evaluated at inception to determine whether the lease will be accounted for as an operating or capital lease. Minimum base rent for operating leases, which may have escalating rentals over the term of the lease, is recorded on a straight-line basis over the entire lease term, including cancelable option periods where failure to exercise such options would result in economic penalty. The Company records the difference between the amounts charged to operations and amounts payable under the lease as deferred rent in the accompanying consolidated balance sheets.

Contingent rent expense, which is based on a percentage of revenue, is also recorded to the extent it exceeds minimum base rent per the lease agreement.

The Company accounts for construction allowances granted by the lessor for leasehold improvements by recording a receivable from the lessor when collectability is considered certain, depreciating the leasehold improvements over the lesser of their useful lives or the full term of the lease, including renewal options, and amortizing the construction allowance as a credit to rent expense over the full term of the lease, including renewal options.

**Estimated Liability for Closing Restaurants**
The Company makes decisions to close restaurants based on prospects for estimated future profitability. The Company evaluates each restaurant's performance every quarter. When restaurants continue to perform poorly, the Company considers the demographics of the location, as well as the likelihood of being able to improve an unprofitable restaurant. If the Company determines that the restaurant will not, within a reasonable period of time, operate at break-even cash flow or be profitable, the Company may close the restaurant.

The estimated liability for closing restaurants on properties vacated is generally based on the term of the lease and the lease termination fee the Company expects to pay, as well as estimated maintenance costs until the lease has been abated. The amount of the estimated liability established is generally the present

its fair value. Fair value is an estimate based on the best information available including prices for similar assets or the results of valuation techniques, such as discounted estimated future cash flows, as if the decision to continue to use the impaired restaurant was a new investment decision. Judgments and estimates made related to long-lived assets are affected by factors, such as economic conditions, changes in historical resale values and changes in operating performance. This process requires the use of estimates and assumptions, which are subject to a high degree of judgment. If these assumptions change in the future, the Company may be required to record impairment charges for these assets. The Company concluded that two of its restaurants had indicators of impairment and that the related long-lived assets were not recoverable as of December 29, 2019 and December 30, 2018, respectively. The Company recorded impairment losses of approximately $1,195,000 associated with the two restaurants for the year ended December 29, 2019, and approximately $1,680,000 associated with the two restaurants for the year ended December 30, 2018. The Company also recorded impairment losses of approximately $257,000 and $700,000 for the years ended December 29, 2019 and December 30, 2018, respectively, related to asset additions in restaurants that were fully impaired in previous years.

**Deferred Financing Costs**
Deferred financing costs are amortized using the effective interest method over the term of the related debt. Amortization of deferred financing costs is included in interest expense, net in the accompanying consolidated statements of operations and comprehensive loss and totaled approximately $0.5 million for each of the years ended December 29, 2019 and December 30, 2018. Upon the extinguishment of the related debt, any unamortized deferred financing costs are immediately expensed and included in current earnings. Deferred financing costs are presented as a direct reduction from the carrying amount of the related debt liability on the consolidated balance sheets.

**Revenue Recognition**
Food, beverage and merchandise revenues are recognized when payment is tendered at the point of sale. The Company presents revenues net of sales taxes. Direct mail coupons and other in-restaurant promotions are recognized at the point of sale as a direct reduction of revenue. Revenues from the Company's gift cards (also known as stored value cards) are recognized upon redemption in its restaurants. Until the redemption of gift cards occurs, outstanding balances on such cards are recorded in accrued expenses and other liabilities on the accompanying consolidated balance sheets. Without expiration dates or dormancy fees for its gift cards, the Company recognizes gift card breakage income within restaurant sales based on historical redemption patterns. Breakage income represents the value associated with the portion of gift cards sold that will most likely never be redeemed. The Company updates its estimate of breakage rates periodically and adjusts the unredeemed gift card balance accordingly.

Revenues from the sale of franchises are deferred until the Company fulfills its obligation under the franchise agreement, which is upon the opening of a franchise restaurant, unless otherwise stated in the franchise agreement. The Company also has entered into licensing agreements for use of its name and trademark. The franchise and license agreements provide for continuing royalty and license fees based on a percentage of gross receipts, which are recognized as they are earned.

Management fees represent amounts related to LO events and are recognized ratably over the period of time as the services are performed.

PLANET HOLLYWOOD INTERNATIONAL, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

value of these estimated future payments upon exiting the property. The interest rate used to calculate the present value of these liabilities is based on the Company's incremental borrowing rate at the time the liability is established.

A significant assumption used in determining the amount of the estimated liability for closing restaurants is the amount of the estimated liability for future lease payments on vacant restaurants, which the Company determines based on its assessment of its ability to successfully negotiate early terminations of its lease agreements with its landlords or sublease the property. Additionally, the Company estimates the cost to maintain leased and owned vacant properties until the lease has been abated. If the costs to maintain properties increase or it takes longer than anticipated to sell properties or sublease or terminate leases, the Company may need to record additional estimated liabilities. If the leases on the vacant restaurants are not terminated or subleased on the terms used to estimate the liabilities, the Company may be required to record losses in future periods. Conversely, if the leases on the vacant restaurants are terminated or subleased on more favorable terms than used to estimate the liabilities, the Company will reverse previously established estimated liabilities, resulting in an increase in operating income. Estimated liabilities for closing restaurants accrued as of December 29, 2019 and December 30, 2018, were approximately $0.7 million and $1.0 million, respectively, and are included in other liabilities in the accompanying consolidated balance sheets.

**Loss Contingencies**
The Company maintains accrued liabilities and reserves relating to the resolution of certain contingent obligations. Significant contingencies include those related to litigation. The Company accounts for contingent obligations in accordance with ASC 450, *Contingencies*, which requires that it assess each contingency to determine estimates of the degree of probability and range of possible settlement. Contingencies which are deemed to be probable and where the amount of such settlement is reasonably estimable are accrued in the Company's consolidated financial statements. If only a range of loss can be determined, the Company accrues to the best estimate within that range; if none of the estimates within that range is better than another, it accrues to the low end of the range.

The assessment of loss contingencies is a highly subjective process that requires judgments about future events. Contingencies are reviewed at least quarterly to determine the adequacy of the accruals and related financial statement disclosure. The ultimate settlement of loss contingencies may differ significantly from amounts the Company has accrued in its consolidated financial statements.

**Asset Retirement Obligation**
Asset retirement obligations associated with the retirement of tangible long-lived assets are recognized as a liability in the period incurred or when it becomes determinable, with an associated increase in the carrying amount of the related long-lived asset. The Company recognizes a liability for the fair value of a conditional asset retirement obligation when incurred, if the liability's fair value can be reasonably estimated. Conditional asset retirement obligations are legal obligations to perform asset retirement activities when the timing and/or method of settlement are conditional on a future event or may not be within the Company's control. Asset retirement costs are depreciated over the useful life of the related asset. For each of the years ended December 29, 2019 and December 30, 2018, the Company had asset retirement obligations of approximately $0.4 million, which are included in other liabilities in the accompanying consolidated balance sheets.

PLANET HOLLYWOOD INTERNATIONAL, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**Recent Accounting Pronouncements Not Yet Adopted**

*Revenue*
In May 2014, the FASB issued ASU No. 2014-09, *Revenue from Contracts with Customers*, which supersedes nearly all existing revenue recognition guidance under U.S. GAAP. The core principle of ASU No. 2014-09 is to recognize revenues when promised goods or services are transferred to customers in an amount that reflects the consideration to which an entity expects to be entitled for those goods or services. ASU 2014-09 defines a five-step process to achieve this core principle and, in doing so, more judgment and estimates may be required within the revenue recognition process than are required under existing U.S. GAAP.

The standard is effective for annual periods beginning after December 15, 2019, using either of the following transition methods: (i) a full retrospective approach reflecting the application of the standard in each prior reporting period with the option to elect certain practical expedients, or (ii) a retrospective approach with the cumulative effect of initially adopting ASU No. 2014-09 recognized at the date of adoption (which includes additional footnote disclosures). The new standard allows for early adoption for annual periods beginning after December 15, 2016. The Company is currently evaluating the impact of its pending adoption of ASU No. 2014-09 on its consolidated financial statements and has not yet determined the method by which it will adopt the standard.

*Leases*
In February 2016, the FASB issued ASU No. 2016-02, *Leases*. The new standard establishes the right-of-use (ROU) model that requires a lessee to record a ROU asset and a lease liability on the balance sheet for all leases with terms longer than 12 months. Leases will be classified either as finance or operating, with classification affecting the pattern of expense recognition in the income statement.

The new standard is effective for fiscal years beginning after December 15, 2021. A modified retrospective transition approach is required for lessees for capital and operating leases existing at, or entered into after, the beginning of the earliest comparative period presented in financial statements, with certain practical expedients available. The Company is currently evaluating the impact of its pending adoption of the new standard on its consolidated financial statements.

**Note 2 - Restaurant Closures**

In fiscal year 2019, the Company closed a BUCA restaurant located in San Jose, California. The Company incurred a net operating loss, prior to impairments, of approximately $711,000 from this restaurant during the year ended December 29, 2019. During fiscal 2018, the Company closed three BUCA restaurants located in Austin, Texas; Coral Springs, Florida and Greendale, Wisconsin. The Company incurred net operating losses of approximately $114,000 from these restaurants during the year ended December 30, 2018.

PLANET HOLLYWOOD INTERNATIONAL, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### Note 3 - Loss on Impairment of Long-Lived Assets

In fiscal year 2019, the Company recorded a loss of approximately $1,195,000 for the impairment of long-lived assets related to a BUCA restaurant located in Los Angeles, California and a Planet Hollywood restaurant located in Las Vegas, Nevada. In fiscal year 2018, the Company recorded a loss of approximately $1,680,000 for the impairment of long-lived assets related to two BUCA restaurants located in Exton, Pennsylvania and Utica, Michigan. The Company recorded impairment losses of approximately $257,000 and $700,000 for the years ended December 29, 2019 and December 30, 2018, respectively, related to asset additions in restaurants that were fully impaired in previous years.

### Note 4 - Inventories

Inventories are summarized as follows:

|  | December 29, 2019 | December 30, 2018 |
|---|---|---|
|  | (In Thousands) | |
| Food and Beverage | $ 2,528 | $ 2,516 |
| Merchandise | 292 | 411 |
| Restaurant Supplies | 4,735 | 4,781 |
|  | $ 7,555 | $ 7,708 |

### Note 5 - Property and Equipment

Property and equipment, net is summarized as follows:

|  | December 29, 2019 | December 30, 2018 |
|---|---|---|
|  | (In Thousands) | |
| Buildings and Leasehold Improvements | $ 117,653 | $ 116,561 |
| Furniture, Fixtures and Equipment | 12,852 | 11,774 |
| Memorabilia | 19,602 | 21,122 |
| Construction in Progress | 1,664 | 168 |
| Land | 309 | 309 |
|  | 152,080 | 149,934 |
| Less Accumulated Depreciation and Amortization | (84,974) | (74,214) |
| **Property and Equipment, Net** | $ 67,106 | $ 75,720 |

The property and equipment balances include gross capitalized lease assets of approximately $15.0 million and $14.8 million at December 29, 2019 and December 30, 2018, respectively. The accumulated amortization balance at December 29, 2019 and December 30, 2018, includes amortization of capitalized lease assets of approximately $9.9 million and $9.0 million, respectively.

Total depreciation and amortization expense, including amortization of assets under capital leases, was approximately $12.0 million and $10.9 million for the years ended December 29, 2019 and December 30, 2018, respectively.

PLANET HOLLYWOOD INTERNATIONAL, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**Non-Controlling Interests**

The Company follows FASB ASC 810, *Consolidation*, which requires non-controlling interests to be presented as a component of equity. In addition, the guidance requires disclosure on the face of the consolidated statements of operations of the amounts of consolidated net income (loss) attributable to the parent and to the non-controlling interest.

**Reclassifications**

Certain items have been reclassified in the 2018 consolidated financial statements to conform to the 2019 presentation.

**Recently Adopted Accounting Pronouncements**

In March 2016, the FASB issued ASU No. 2016-04, *Liabilities – Extinguishments of Liabilities* (Subtopic 405-20), *Recognition of Breakage of Certain Prepaid Stored Value Products*. ASU No. 2016-04 requires entities that sell prepaid stored-value products redeemable for goods, services or cash at third party merchants to recognize breakage (i.e., the value that is ultimately not redeemed by the consumer) in a way that is consistent with how it will be recognized under ASU No. 2014-09 *Revenue from Contracts With Customers*. The Company adopted the provisions of ASU No. 2016-04 during the year ended December 29, 2019. The adoption of ASU No. 2016-04 did not have a material impact on the Company's consolidated financial statements.

*Statement of Cash Flows*

In August 2016, the FASB issued ASU No. 2016-15, *Statement of Cash Flows* (Topic 230): *Classification of Certain Cash Receipts and Cash Payments*, which provides guidance to clarify how entities should present certain cash payments and certain cash receipts in the statement of cash flows. The accounting standard was adopted by the Company beginning with the first day of its 2019 fiscal year. The adoption of ASU No. 2016-15 did not have a material impact on the Company's consolidated financial statements.

In November 2016, the FASB issued ASU No. 2016-18, *Statement of Cash Flows* (Topic 230): *Restricted Cash (a Consensus of the FASB Emerging Issues Task Force)*. The guidance will require entities presenting cash, cash equivalents, and restricted cash and restricted cash equivalents in more than one line item on the balance sheet to show the changes in the total of cash, cash equivalents, restricted cash and restricted cash equivalents in the statement of cash flows. As a result, entities will no longer present transfers between cash and cash equivalents and restricted cash and restricted cash equivalents in the statement of cash flows. The Company adopted ASU No. 2016-18 for the year ended December 29, 2019, and applied the ASU retrospectively to the periods presented in the Company's consolidated statements of cash flows.

*Financial Instruments*

The Company early adopted certain provisions of ASU No. 2016-01, *Financial Instruments-Overall* (Subtopic 825-10): *Recognition and Measurement of Financial Assets and Liabilities*, related to the requirements to disclose the fair value of financial instruments recorded at amortized cost. In accordance with the ASU, entities are no longer required to disclose the fair value of financial instruments measured at amortized cost. The Company adopted the provisions of ASU No. 2016-01 during the year ended December 30, 2018. The adoption of ASU No. 2016-01 did not have a material impact on the Company's consolidated financial statements.

PLANET HOLLYWOOD INTERNATIONAL, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### Note 6 - Other Assets

Other assets, net of accumulated amortization, consist of the following:

|  | December 29, 2019 | December 30, 2018 |
|---|---:|---:|
|  | (In Thousands) | |
| Escrow Deposits | $ 1,045 | $ 851 |
| Liquor Licenses | 981 | 973 |
| Menu Development, Net of Accumulated Amortization of $929 and $610, Respectively | 371 | 689 |
| Foreign Tax Credit Receivable | 783 | 1,044 |
| Other | 27 | 27 |
| **Total Other Assets** | $ 3,207 | $ 3,584 |

Liquor licenses are non-amortizing intangible assets with indefinite lives.

In 2016, the Company entered into a five-year agreement with a third party for one of its restaurants for the development of new recipes for use by the Company, for participation by the third party in promotional activities on the Company's behalf and for the licensing of the third party's name, likeness, recipes and certain trademarks to be used by the Company for promotional purposes.  The Company's total obligation under the agreement for these services is $1,300,000, which is classified above as menu development, and is payable in various amounts over the term of the agreement, as defined.  The Company began amortizing these costs under the straight-line method beginning on January 27, 2017, the date which operations commenced for the restaurant, over the remaining life of the agreement which expires in February 2021.  Amortization expense was approximately $318,000 for each of the years ended December 29, 2019 and December 30, 2018, and is included in depreciation and amortization expense in the accompanying consolidated statements of operations and comprehensive loss.

Approximate future amortization expense at December 29, 2019, is as follows (in thousands):

| Fiscal Year Ending | |
|---|---:|
| 2020 | $ 318 |
| 2021 | 53 |
|  | $ 371 |

### Note 7 - Accrued Expenses

Accrued expenses are comprised of the following:

December 30, 2018, the facility had a balance of approximately $1.2 million and $1.1 million, respectively. It is subject to certain financial and non-financial covenants.  As of December 29, 2019, PHII and BUCA were not in compliance with certain covenants.  The agreement was terminated and the facility was repaid in full in 2020.

### Note 10 - Related-Party Transactions

**Related-Party Receivable**

Receivable from BUCA C member consists of the following:

|  | December 29, 2019 | December 30, 2018 |
|---|---:|---:|
|  | (In Thousands) | |
| Non-Interest Bearing, Unsecured Receivable Due From BUCA C Member with No Stipulated Terms for Repayment | $ 162 | $ 162 |

**Related-Party – Notes Payable**

Notes payable to BUCA C members consist of the following:

|  | December 29, 2019 | December 30, 2018 |
|---|---:|---:|
|  | (In Thousands) | |
| Notes payable with monthly principal payments of approximately $167 plus interest at the one-month LIBOR rate plus an applicable rate as defined (10.94% and 11.63% at December 29, 2019 and December 30, 2018, respectively). In addition, quarterly principal payments are due based on the excess cash flow as defined, until June 2020, at which time all remaining unpaid principal, plus interest is due.  The notes are collateralized by substantially all of BUCA C's assets. The notes are guaranteed by an individual related to the Company in the amount of approximately $1.8 million as of December 29, 2019.  The guaranteed amount decreases as each scheduled monthly principal payment is made.  The notes are subject to certain financial and non-financial covenants. | $ 31,674 | $ 31,841 |
| Less:  Deferred Financing Costs | (248) | (745) |
|  | 31,426 | 31,096 |
| Less Current Maturities | (31,426) | (31,096) |
| Total Long-Term Maturities | $ - | $ - |

Aggregate maturities of notes payable as of December 29, 2019 (in thousands):

| Fiscal Year Ending | |
|---|---:|
| 2020 | $ 31,674 |

PLANET HOLLYWOOD INTERNATIONAL, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

As of the date of the issuance of the consolidated financial statements, BUCA C was not in compliance with certain covenants. BUCA C has not made its scheduled principal payments after January 2019. BUCA C is working with the related-party to renegotiate the terms of the covenants and repayment of the notes payable. The debt has not been called by the related-party but has been classified as short-term as of December 29, 2019 and December 30, 2018. In accordance with FASB, ASU No. 2014-15, *Presentation of Financial Statements – Going Concern* (Subtopic 205-40), management evaluated whether there are conditions or events, considered in aggregate, that raise doubt about the Company's ability to continue as a going concern. The uncertainty surrounding BUCA C's ability to refinance the debt or generate enough cash flow to settle the debt if called, raises substantial doubt about the entity's ability to continue as a going concern within one year after the date the consolidated financial statements are issued.

**Related-Party Credit Facility**

In December 2017, PHII and certain of its subsidiaries entered into an agreement for a revolving line of credit with a company related by common ownership. The outstanding principal plus interest of the note receivable from related-party and the notes payable to related party were aggregated with non-interest-bearing related-party balances into a consolidated loan facility. The maturity date of the $50 million facility is December 30, 2022. Interest is payable quarterly at a rate of 6% per annum. The unpaid principal balance plus any accrued and unpaid interest is due on the maturity date. The facility is collateralized by a first priority security interest in all assets and other property interests of each borrower excluding only the certain memorabilia set aside for the $6 million notes payable included in Note 11. At December 29, 2019 and December 30, 2018, the facility had a balance of approximately $46.3 million and $34.8 million, respectively. It is subject to certain non-financial covenants.

**Agreements**

During 2010, the Company entered into a licensing agreement with Planet Hollywood Resorts International, LLC (PHRI), a stockholder of the Company. Under the terms of the agreement, the Company has granted PHRI the exclusive worldwide license to use and sub-license the use of the Planet Hollywood name and trademarks. Fees under the agreement for the years ended December 29, 2019 and December 30, 2018, were approximately $3.5 million and $3.4 million, respectively, and are included in licensing and franchise revenue on the accompanying consolidated statements of operations and comprehensive loss. Commencing January 1, 2011, the annual fee increases according to the change in the consumer price index; however, in no event shall the yearly increase exceed 3% of the prior year's fee. For each additional agreement entered into by PHRI, the Company will receive 20% of PHRI's gross proceeds. The initial term of the agreement is 35 years, and PHRI can extend the agreement for two additional ten-year periods.

The Company entered into a consulting agreement with a related-party that automatically renews each year and currently expires on December 29, 2019. Pursuant to the terms of the agreement, the amounts earned by the consultant for each of the years ended December 29, 2019 and December 30, 2018, were approximately $550,000 and are included in general and administrative expenses in the accompanying consolidated statements of operations and comprehensive loss.

In July 2018, a PHII subsidiary entered into a license agreement with an entity related by common control for the non-exclusive right to use certain trademarks, trade names, processes, recipes and other matters relating to the development and operation of its Chicken Guy! restaurant in Orlando, Florida. The term of the agreement runs concurrently with the term of the restaurant's lease agreement which expires

PLANET HOLLYWOOD INTERNATIONAL, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

|  | December 29, 2019 | (As Restated) December 30, 2018 |
|---|---|---|
|  | (In Thousands) | |
| Current Portion of Unredeemed Gift Card Liabilities | $ 7,612 | $ 8,157 |
| Accrued Payroll and Related Benefits | 7,138 | 7,147 |
| Accrued Sales, Property and Income Tax | 4,754 | 4,212 |
| Other Accrued Expenses | 2,995 | 3,790 |
| Self-Insurance Liability | 2,429 | 2,118 |
| Accrued Legal and Litigation Settlements | 1,066 | 374 |
| License Fee Payable to Related-Party | 819 | 26 |
| Customer Deposits | 655 | 410 |
| Accrued Utilities | 427 | 657 |
| Accrued Interest | 366 | 358 |
| Accrued Rent and Common Area Maintenance | 238 | 179 |
| **Total Accrued Expenses** | $ 28,499 | $ 27,428 |

**Note 8 - Other Liabilities**

Other liabilities consist of the following:

|  | December 29, 2019 | December 30, 2018 |
|---|---|---|
|  | (In Thousands) | |
| Deferred Gain on Sale and Leaseback of Property[1] | $ 1,245 | $ 1,384 |
| Long-Term Gift Card Liability | 1,290 | 1,572 |
| Estimated Liability for Closing Restaurants | 668 | 1,049 |
| Accrued Litigation Settlements | 950 | - |
| Unearned Royalty Revenue | 551 | 551 |
| Asset Retirement Obligation | 354 | 354 |
| Accrued Marketing Costs | 150 | 300 |
| Other | 199 | 242 |
| **Total Other Liabilities** | $ 5,407 | $ 5,452 |

[1] Deferred gains are being recognized over the remainder of the initial 20 year operating lease term for applicable restaurants.

**Note 9 - Credit Facility**

In August 2014, PHII and BUCA entered into an agreement for a revolving line of credit with a financial institution and are also co-guarantors. The agreement was amended in October 2015 to extend the maturity date to August 31, 2017. The facility automatically renews from year to year thereafter until terminated pursuant to the terms of the agreement. The facility is secured by select credit card receivables of PHII and BUCA and substantially all other assets of the Company. The agreement was amended in September and November 2018. The amount of the facility is $1.5 million and interest is payable monthly at the prime rate plus 3.5% (8.25% at December 29, 2019). At December 29, 2019 and

PLANET HOLLYWOOD INTERNATIONAL, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

December 16, 2030. License fees to be paid to the related-party as of December 29, 2019 and December 30, 2018, were approximately $819,000 and $26,000, respectively, and are included in accrued expenses in the accompanying consolidated balance sheets. License fee expense is included in operating expenses in the accompanying consolidated statements of operations and comprehensive loss and totaled approximately $926,000 and $54,000 for the years ended December 29, 2019 and December 30, 2018, respectively.

**Due From Related Parties**
Amounts due from related parties comprise non-interest bearing cash advances to affiliated entities arising out of the ordinary course of business. There are no set repayment terms.

**Note 11 - Long-Term Debt and Capital Lease Obligations**

Long-term debt and capital lease obligations consist of the following:

|  | December 29, 2019 | December 30, 2018 |
|---|---:|---:|
|  | *(In Thousands)* | |
| Capitalized lease obligations payable in monthly installments, with interest at rates ranging from 8% to 8.33%, through February 2034. | $ 10,136 | $ 10,982 |
| Promissory note payable, interest only payments at 1-month LIBOR plus 2.25% were due through January 2017, followed by monthly payments of principal and interest at 3.76% commencing February 1, 2017, through maturity on January 15, 2023. The fixed interest rate is due to an interest rate swap related to the loan. The loan is collateralized by all assets of Planet Hollywood (Orlando), Inc., a subsidiary of PHII, and guaranteed by PHII and an individual related to PHII. The loan is subject to certain financial and non-financial covenants. | 7,581 | 9,860 |
| Promissory note payable, monthly interest only payments at 1-month LIBOR plus 2.00% (3.69% and 4.38% at December 29, 2019 and December 30, 2018, respectively) are due through October 17, 2022, at which time all outstanding principal plus interest is due. The loan is collateralized by all assets of Planet Hollywood (Orlando), Inc., a subsidiary of PHII, and guaranteed by PHII and an individual related to PHII. The loan is subject to certain financial and non-financial covenants. | 4,500 | 4,500 |
| Notes payable, interest only due monthly at 8.5%, until February 2021, at which time all remaining unpaid principal plus interest is due, collateralized by certain memorabilia and guaranteed by one of the Company's stockholders. | 6,000 | 6,000 |

---

PLANET HOLLYWOOD INTERNATIONAL, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

*Dividends in Arrears on Cumulative Preferred Membership Interests in BUCA C*
The 10% membership interests acquired by two independent third parties effective June 30, 2015, in BUCA C are entitled to cumulative dividends, payable when and if declared by the Board of Managers, at a rate of 6% per unit annually. At December 29, 2019 and December 30, 2018, there were no dividends declared and dividends on the membership interests in arrears amounted to approximately $1.8 million and $1.4 million, respectively.

*Preferred Stock*
500,000 shares of Class A non-voting, non-convertible preferred stock are authorized. 273,000 shares are issued and outstanding.

*Common Stock*
The Company has two classes of common stock. 500,000 shares of Class A voting common stock are authorized, of which 257,962 shares are issued and outstanding. Each share of Class A common stock entitles the holder to one vote. 500,000 shares of Class B non-voting common stock are authorized. There are no issued or outstanding Class B shares.

**Note 13 - Commitments and Contingencies**

**Operating Leases**
The Company leases restaurant locations, warehouse space and office space under various operating leases expiring at various dates through 2037. Most of the lease agreements contain rent escalation clauses. Certain of the leases require the payment of contingent rentals based on a percentage of annual sales in excess of stipulated minimums. The leases also require the Company to pay its pro rata share of real estate taxes, operating expenses, and common area costs. In addition, the Company has received lease incentives in connection with certain leases. The Company recognizes the benefits related to the lease incentives on a straight-line basis over the applicable lease term. Differences between amounts paid and amounts expensed are recorded as deferred rent.

Approximate future minimum operating lease commitments, excluding percentage (contingent) rents, at December 29, 2019, are as follows (in thousands):

| Fiscal Year Ending | |
|---|---:|
| 2020 | $ 24,293 |
| 2021 | 21,642 |
| 2022 | 18,698 |
| 2023 | 14,016 |
| 2024 | 10,525 |
| Thereafter | 33,718 |
| **Total** | **$ 122,892** |

PLANET HOLLYWOOD INTERNATIONAL, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

The following schedule shows the composition of total rental expenses for all operating leases:

|  | December 29, 2019 | (As Restated) December 30, 2018 |
|---|---|---|
|  | (In Thousands) | |
| Minimum Rentals | $ 21,313 | $ 21,994 |
| Contingent Rentals | 4,966 | 4,831 |
| Property Taxes, Common Area Costs, and Other | 11,563 | 10,827 |
| Total | $ 37,842 | $ 37,652 |

**Letters of Credit**

The Company has credit guarantees to insurers related to its self-insurance liabilities and is contingently liable under standby letters of credit issued to certain landlords. The Company had standby letters of credit of approximately $0.6 million and $0.5 million for the years ended December 29, 2019 and December 30, 2018, respectively. Also, the Company had approximately $0.6 million and $0.5 million in restricted cash and restricted investment accounts reserved as collateral for outstanding letters of credit as of December 29, 2019 and December 30, 2018, respectively. All standby letters of credit are renewable annually.

**Litigation – General**

The Company is subject to legal actions related to employment and other matters in the normal course of business. The Company is vigorously defending its position in those matters. While there are uncertainties inherent in the ultimate outcome of such matters and it is impossible to presently determine the ultimate cost that may be incurred, management believes the resolution of such uncertainties and the incurrence of such costs will not have a material adverse effect on the consolidated financial position, results of operations or cash flows of the Company.

On March 29, 2019, the Company and its affiliates publicly announced a data security incident involving malware deployed by criminals to the Company's and certain of its affiliates' point of sales systems that may have allowed access to transaction data affecting a limited number of guests. As a result, payment card data, which could have included credit and debit card numbers, expiration dates and, in some cases, cardholder names, may have been affected. The Company and its affiliates believe that cardholder data which might have been obtained by the criminals was not complete, as cardholder zip code and security code information is generally not available on the Company's and its affiliates' payment card system. Upon detection, the Company and its affiliates immediately took action to eradicate the malware and commenced an investigation into the incident, working closely with payment card companies and law enforcement and with the assistance of outside data security experts. The Company and its affiliates have also taken steps to further enhance the security of their point of sale systems. The Company and its affiliates continue to evaluate cybersecurity policies and practices to mitigate the risk of future incidents.

In December 2020, a payment card company assessed the Company and its affiliates approximately $2.5 million as a result of the incident. The Company and its affiliates are vigorously appealing the assessment. The Company and its affiliates maintain network-security insurance coverage. Although the Company and its affiliates have determined that it is probable that a loss has been incurred related to this matter, any

25

PLANET HOLLYWOOD INTERNATIONAL, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

|  | December 29, 2019 | December 30, 2018 |
|---|---|---|
|  | (In Thousands) | |
| Unsecured advance under a marketing arrangement, payable to lender in weekly installments, classified as current as the Company expects that the debt will be repaid within the next year. | $ 193 | $ 496 |
| Subtotal | 28,410 | 31,838 |
| Less: Deferred Financing Costs | (62) | (81) |
| Less: Current Maturities | (3,502) | (3,622) |
| **Total Long-Term Maturities** | $ 24,846 | $ 28,135 |

Total future minimum payments due on long-term debt and capital lease obligations as of December 29, 2019, are as follows (in thousands):

| Fiscal Year Ending | |
|---|---|
| 2020 | $ 4,283 |
| 2021 | 10,196 |
| 2022 | 8,804 |
| 2023 | 1,979 |
| 2024 | 1,702 |
| Thereafter | 6,042 |
| Total | 33,006 |
| Less: Amount Representing Interest for Capital Leases | (4,596) |
|  | $ 28,410 |

The Company received waivers from its lender for the Planet Hollywood (Orlando), Inc. promissory notes for covenant violations as of December 30, 2018, March 31, 2019, June 30, 2019 and March 2020. The lender has waived financial covenant testing for the remainder of 2020 as a result of the national emergency discussed in Note 19. There is a possibility that the Company will be unable to comply with its covenants in subsequent periods.

**Note 12 - Preferred Membership Interests, Preferred Stock and Common Stock**

*Preferred Membership Interests*

In September 2008, the Company created a limited liability company, Buca Holding, LLC (Holdings), to affect the acquisition of BUCA. The entity was formed as a wholly owned subsidiary of Planet Hollywood. Holdings has two membership classes, the first of which is Class A, of which the sole member is PHII. Holdings also issued Class B non-voting membership interests to two related parties for $1 per membership interest. These parties contributed $9.5 million to obtain their Class B membership interests. During fiscal year 2011 and fiscal year 2015, the Company purchased approximately $4.4 million and $2.55 million, respectively, of the Class B membership interests from the parties. Those interests were retired subsequent to purchase.

23

PLANET HOLLYWOOD INTERNATIONAL, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

expenses or losses that may exceed insurance coverage cannot be reasonably estimated at this time. Accordingly, an accrual for a loss has not been made in the accompanying consolidated financial statements. It is reasonably possible that the Company and its affiliates may incur additional expenses or losses in connection with the data security incident; however, the amount of such losses cannot be estimated at this time.

**Note 14 - Franchise Units and Agreements**

The Company has franchise units that operate under separate franchise agreements. The agreements stipulate franchise and royalty fees the Company receives based on a percentage of the sale of food, beverages and merchandise as defined. The Company recorded franchise royalties of approximately $0.3 million and $0.4 million for the years ended December 29, 2019 and December 30, 2018, respectively, which is included in licensing and franchise revenue on the accompanying consolidated statements of operations and comprehensive loss.

**Note 15 - Concentrations of Credit Risk**

Cash, restricted cash and restricted investment are maintained at various financial institutions which are insured by the FDIC up to $250,000 per institution. The Company places its funds with high quality financial institutions and does not believe it is exposed to any significant credit risk on cash. Concentrations of credit risk with respect to credit card receivables are limited as the receivables are anticipated to be collected within three business days of the transaction.

For the year ended December 29, 2019, two vendors accounted for approximately 18% and 11%, respectively, of the Company's purchases.

**Note 16 - Income Taxes**

The income tax effects of temporary differences that give rise to significant deferred tax assets and liabilities are as follows:

|  | December 29, 2019 | December 30, 2018 |
|---|---|---|
|  | (In Thousands) | |
| Deferred Tax Assets: | | |
| Net Operating Loss Carryforwards and Tax Credits | $ 103,826 | $ 116,578 |
| Property and Equipment | 6,970 | 5,680 |
| Deferred Rent | 1,443 | 1,679 |
| Insurance Reserves | 392 | 342 |
| Disallowed Interest | 3,435 | 1,909 |
| Other | 1,910 | 1,076 |
| Less Valuation Allowance | (116,786) | (126,111) |
| Total Deferred Tax Assets | 1,190 | 1,153 |
| Deferred Tax Liabilities: | | |
| Inventory | (1,136) | (1,153) |
| Other | (54) | - |
| Total Deferred Tax Liabilities | (1,190) | (1,153) |
| **Net Deferred Tax Asset** | $ - | $ - |

26

PLANET HOLLYWOOD INTERNATIONAL, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

operations, which materially impacted and continues to impact the Company's revenue. As a result of the decreased revenue, the Company has been unable to pay certain landlords and other vendors in full. The vast majority of the Company's creditors have worked with the Company to waive, reduce and/or defer liabilities. A minority of the Company's creditors have been less than accommodating, which has resulted in several threatened or pending lawsuits for past due rent or similar.

At this time, the Company has permanently closed one store. Four stores are temporarily closed, twenty-one stores are temporarily closed for dine-in service and fifty-eight stores have reduced seating capacity consistent with government restrictions and guidance. In fiscal year 2019, approximately 80% of the Company's sales were on-premises sales. The Company's delivery and to-go operations remain open to serve customers.

In April 2020, the Company received loan proceeds totaling approximately $25 million under the Paycheck Protection Program, which was established as part of the *Coronavirus Aid, Relief and Economic Security Act*. The loans are forgivable if employee retention criteria are met and the borrower uses the proceeds for eligible purposes including payroll, benefits, rent and utilities. The Company intends to use the entire amount of the proceeds for qualifying expenses.

Due to the National Emergency concerning the COVID-19 outbreak, the Company executed a non-interest bearing promissory note with its largest vendor in July 2020 to repay outstanding accounts payable of approximately $8.5 million in 52 weekly installments commencing in August 2020.

The revolving line of credit agreement in Note 9 was terminated and the balance was repaid in full in 2020.

During 2020, the Company filed a certificate of conversion with the state of Delaware and converted from a corporation to a limited liability company and is now known as PB Restaurants, LLC.

**Note 20 - Prior Period Adjustment**

During 2019, the Company identified an error during the year ended December 30, 2018, related to accounting for property taxes. The correction of this error resulted in a restatement of its financial statements for the year ended December 30, 2018. Below is a summary of the financial statement line items impacted by this revision for the year ended December 30, 2018. The restatement did not have any effect on accumulated deficit as of December 30, 2017.

|  | As Previously Reported | Adjustment | As Restated |
|---|---|---|---|
|  | | (In Thousands) | |
| **Revised Balance Sheet Amounts** | | | |
| Accrued Expenses | $ 27,120 * | $ 308 | $ 27,428 |
| Total Current Liabilities | 88,785 * | 308 | 89,093 |
| Total Liabilities | 165,487 | 308 | 165,795 |
| Accumulated Deficit | (463,737) | (308) | (464,045) |
| Total Planet Hollywood International, Inc. and Subsidiaries' Stockholders' Deficit | (67,947) | (308) | (68,255) |
| Total Stockholders' Equity | (62,103) | (308) | (62,411) |

28

PLANET HOLLYWOOD INTERNATIONAL, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**Revised Statement of Operations Amounts**

| | | | |
|---|---:|---:|---:|
| Rent | $ 37,344 | $ 308 | $ 37,652 |
| Total Cost of Revenues | 297,517 | 308 | 297,825 |
| Income Before Operating Expenses and Losses | 6,769 | (308) | 6,461 |
| Loss from Operations | (14,128) | (308) | (14,436) |
| Net Loss | (21,054) | (308) | (21,362) |
| Net Loss Attributable to Planet Hollywood International, Inc. and Subsidiaries | (20,006) | (308) | (20,314) |
| Total Comprehensive Loss | (20,049) | (308) | (20,357) |

*Amounts previously reported have been adjusted for certain reclassifications made in the 2018 financial statements to conform to the 2019 presentation.

PLANET HOLLYWOOD INTERNATIONAL, INC. AND SUBSIDIARIES
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

The Company is subject to taxation in the United States and various state tax jurisdictions. No provision has been made for income taxes due to the reported net losses during fiscal years 2019 and 2018 for income tax reporting purposes. As of December 29, 2019, the Company has federal net operating loss carryforwards of approximately $298 million. Out of $298 million, $283 million of the carryforwards will expire at various dates beginning in 2020 through 2037 and the rest may be carried forward indefinitely. The Company also has federal general business credits of approximately $28 million that expire in years 2020 through 2039. The Company is treated as having experienced an ownership change under Internal Revenue Code Section 382 and as a result, utilization of the loss carryforwards available to offset future taxable income may be limited. Deferred tax assets resulting from the net operating loss carryforwards and the tax effects of differences between the carrying value of assets and liabilities for tax and financial reporting differences have been offset by a valuation allowance as it is more-likely-than-not that some portion or all of the deferred tax asset will not be utilized. The valuation allowance decreased by approximately $9.3 million and decreased by approximately $6.0 million during the years ended December 29, 2019 and December 30, 2018, respectively.

**Note 17 - Employee Benefit Plan**

The Company provides a 401(k) plan for eligible employees. All employees who are not covered by a collective bargaining unit, not a non-resident alien and not a leased employee, as defined by the Employee Savings Plan (the Plan), upon attaining age 21 and having completed one year of service, as defined by the Plan, are eligible to participate in the Plan. The Company made employer safe harbor matching contributions to the Plan of approximately $0.6 million for each of the years ended December 29, 2019 and December 30, 2018.

**Note 18 - Sale of Memorabilia Fixed Assets**

Proceeds from the sale of movie and sports memorabilia fixed assets were approximately $5.9 million and $4.3 million in the years ended December 29, 2019 and December 30, 2018, respectively. The Company recorded gains of approximately $5.2 million and $3.5 million on the sale of the assets in the years ended December 29, 2019 and December 30, 2018, respectively, which are included in gain on sale of assets on the accompanying consolidated statements of operations and comprehensive loss.

**Note 19 - Subsequent Events**

The Company has evaluated events and transactions occurring subsequent to December 29, 2019, as of February 5, 2021, which is the date the consolidated financial statements were issued. Subsequent events occurring after February 5, 2021, have not been evaluated by management. No material events have occurred since December 29, 2019, that require recognition or disclosure in the consolidated financial statements, except as described below.

On March 13, 2020, the US President declared a National Emergency concerning the Novel Coronavirus Disease (COVID-19) outbreak, which has been followed by various other similar federal, state and local government civic actions and decrees; resulting in significant disruptive impacts to the Company's business operations, including temporary cessations of operations. The Company cannot, at this time, forecast the ultimate financial impact or long-term operational implications of the COVID-19 outbreak. The pandemic and related government orders required restaurant closures and/or limited restaurant

29

27