**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | Chapter 11 |
| | Subchapter V |
| **PB RESTAURANTS, LLC,** | Case No. 6:25-bk-01957-LVV |
| | *Lead case* |
| | *Jointly Administered with* |
| **PLANET EXPRESS (LAX), LLC,** | Case No. 6:25-bk-01958-LVV |
| **TIMES SQUARE BUFFET, LLC,** | Case No. 6:25-bk-01959-LVV |
| **Debtors.** / | |

**DEBTORS' OBJECTION TO CERTAIN TRIAL EXHIBITS FILED BY**
**MAIN STREET CAPITAL CORPORATION**

**PB RESTAURANTS, LLC**, **PLANET EXPRESS (LAX), LLC**, and **TIMES SQUARE BUFFET, LLC**, which are jointly-administered debtors and debtors-in-possession (collectively, the "Debtors"), by and through its undersigned counsel and pursuant to L.R. 9070.1, hereby files its objection to the below exhibits on the grounds that the respective exhibits (1) lack authentication or (2) do not qualify as an exception to the hearsay rule as record of a regularly conducted activity.

1.  Debtors' hereby object to the following exhibits filed and/or identified by Main Street (Doc. No. 116):

| Exhibit No. | Document Description | Objection |
|---|---|---|
| 5 | Loan Agreement | Hearsay |
| 16 | Proof of Claim | Hearsay |
| 22 | Notice of Default | Hearsay |

2

**RESPECTFULLY SUBMITTED** on this 23rd day of July 2025.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 0984469
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 South Orange Avenue, Suite 1120
Orlando, Florida 32801
Tel:  (407) 337-2060
Fax:  (407) 337-2050
*Attorneys for Debtors*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 11 |
| | Subchapter V |
| **PB RESTAURANTS, LLC,** | Case No. 6:25-bk-01957-LVV |
| | *Lead case* |
| | |
| | *Jointly Administered with:* |
| **PLANET EXPRESS (LAX), LLC** | Case No. 6:25-bk-01958-LVV |
| **TIMES SQUARE BUFFET, LLC** | Case No. 6:25-bk-01959-LVV |
| **Debtors.** | |

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on this 23rd day of July 2025, I caused the foregoing **DEBTORS' OBJECTION TO CERTAIN TRIAL EXHIBITS FILED BY MAIN STREET CAPITAL CORPORATION** to be filed via the Court's CM/ECF system which will serve notice of the same upon all parties entitled to receive CM/ECF noticing, including: the **UNITED STATES TRUSTEE – ORL** (USTP.Region21.OR.ECF@usdoj.gov and Wanda.Murray@usdoj.gov); and the **SUBCHAPTER V TRUSTEE** (alayden@bakerlaw.com).

    **I HEREBY FURTHER CERTIFY** that on this 23rd day of July 2025, a true and correct copy of the foregoing was also served: via U.S. First Class, postage prepaid mail to: **INTERNAL REVENUE SERVICE**, P.O. Box 21126, Philadelphia, PA 19114; **INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS**, P.O. Box 7346, Philadelphia, PA 19101-7346; all parties who receive electronic noticing via CM/ECF in the ordinary course; the creditors and parties-in-interest included in the Local Rule 1007-2 Parties-in-interest list, as shown on the matrix attached to the original of this application filed with the Court; and the **U.S. TRUSTEE'S OFFICE**, 400 W. Washington St., Ste. 1120, Orlando, FL 32801.

    /s/ R. Scott Shuker
    R. Scott Shuker, Esquire

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:25-bk-01957-LVV<br>Middle District of Florida<br>Orlando<br>Wed Jul 23 14:27:36 EDT 2025 | M Shane Johnson<br>Porter Hedges, LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002-6341 | PB Restaurants, LLC<br>4700 Millenia Blvd.<br>Suite 400<br>Orlando, FL 32839-6020 |
| AMERICAN HERITAGE LIFE INS.<br>1776 American Htg Life Dr<br>Jacksonville, FL 32224-6688 | CHARTER COMM.HOLDINGS LLC<br>PO BOX 7186<br>Pasadena, CA 91109-7186 | CHERRY BEKAERT<br>PO BOX 632239<br>Cincinnati, OH 45263-2239 |
| CONNECTWISE INC<br>28819 NETWORK PL<br>Chicago, IL 60673-1288 | FOURTH ENTERPRISES, LLC<br>6504 Bridge Point Parkway<br>Suite 300<br>Austin, TX 78730-5005 | Kristi W. Dean, Esq.<br>21052 Oxnard Street<br>Woodland Hills, California 91367-5108 |
| MARSH USA INC<br>2300 RENAISSANCE BLVD<br>King Of Prussia, PA 19406-2772 | MEDCOR<br>PO BOX 75570<br>Cleveland, OH 44101-4200 | Main Street Capital Corporation<br>Joshua W. Wolfshohl<br>1000 Main St.<br>36th Floor<br>Houston, TX 77002-6341 |
| Main Street Capital Corporation<br>c/o Joshua W. Wolfshohl<br>Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002-6341 | Millenia Lakes Owner I, L.P.<br>c/o Shane G. Ramsey<br>Nelson Mullins Riley & Scarborough LLP<br>1222 Demonbreun St., Suite 1700<br>Nashville, TN 37203-3340 | ONEBLOOD INC<br>PO BOX 628342<br>Orlando, FL 32862-8342 |
| OPENTABLE INC<br>PO BOX 101861<br>Pasadena, CA 91189-1861 | OneBlood, Inc.,<br>c/o Emily Friend Horner<br>One Independent Drive<br>Suite 1300<br>Jacksonville, FL 32202-5017 | Oneblood, Inc.<br>8669 Commodity Circle<br>Orlando, FL 32819-9003 |
| PAR<br>8383 SENECA TURNPIKE, STE 3<br>New Hartford, NY 13413-4957 | PHL Holdings, LLC<br>c/o Jason B. Burnett, Esq.<br>GrayRobinson, P.A.<br>50 North Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611 | RELIASTAR LIFE INSURANCE<br>3702 PAYSPHERE CIRCLE<br>Chicago, IL 60674-0001 |
| RINGCENTRAL INC<br>20 DAVIS DR<br>Belmont, CA 94002-3002 | STARWOOD VALUE ADD FUND LP<br>PO BOX 953557<br>Saint Louis, MO 63195-3557 | SYMETRA LIFE INS CO INC<br>PO BOX 1491<br>Minneapolis, MN 55480-1491 |
| Symetra Financial Corporation<br>1735 Market Street, 20th Floor<br>Philadelphia, PA 19103-7505 | THEMED CUSTOM PRINTING<br>5225 FIELDVIEW CT<br>Orlando, FL 32819-3822 | XEROX FINANCIAL SERVICES<br>PO BOX 202882<br>Dallas, TX 75320-2882 |
| R Scott Shuker +<br>Shuker & Dorris, P.A.<br>121 South Orange Avenue, Suite 1120<br>Orlando, FL 32801-3238 | Jason B. Burnett +<br>GrayRobinson, P.A.<br>50 N. Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |

| | | |
|---|---|---|
| Shane G Ramsey +<br>Nelson Mullins Riley & Scarborough LLP<br>1222 Demonbreun Street<br>Ste 1700<br>Nashville, TN 37203-3340 | Samantha L Dammer +<br>Bleakley Bavol Denman & Grace<br>15316 North Florida Avenue<br>Tampa, FL 33613-1257 | Matthew I Kramer +<br>Weinberg, Wheeler, Hudgins, Gunn & Dial,<br>3350 Virginia Street<br>Suite 500<br>Miami, FL 33133-5341 |
| Emily F Horner +<br>Foley & Lardner, LLP<br>One Independent Drive, Suite 1300<br>Jacksonville, FL 32202-5017 | Joshua W Wolfshohl +<br>Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002-6341 | Wanda D Murray +<br>United States Department of Justice<br>400 West Washington Street<br>Ste 1100<br>Orlando, FL 32801-2440 |
| Andrew Layden +<br>200 South Orange Avenue<br>Ste 2300<br>Orlando, FL 32801-3455 | Kristi W Dean +<br>Stone Dean LLP<br>21052 Oxnard St<br>Woodland Hills, CA 91367-5108 | Michael Shane Johnson +<br>Porter Hedges LLP<br>1000 Main Street<br>Houston, TX 77002-6341 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

End of Label Matrix
Mailable recipients    39
Bypassed recipients     0
Total                  39