## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                                   Chapter 11
                                                         Subchapter V

PB RESTAURANTS, LLC,                                     Case No. 6:25-bk-01957-LVV
                                                         *Lead case*

                                                         *Jointly Administered with:*
PLANET EXPRESS (LAX), LLC,                               Case No. 6:25-bk-01958-LVV
TIMES SQUARE BUFFET, LLC,                                Case No. 6:25-bk-01959-LVV

    Debtors.

_____/


PB RESTAURANTS, LLC,                                     *Applicable Case No.*
                                                         Case No. 6:25-bk-01957-LVV
    Applicable Debtor.

_____/


### *EX PARTE* MOTION REQUESTING TO APPEAR
### AND PARTICIPATE AT HEARING ON
### APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM VIA ZOOM

OneBlood, Inc. ("OneBlood"), hereby moves to appear and participate via Zoom at the

July 25, 2025 hearing on OneBlood's *Application for Allowance and Payment of Administrative*

*Expense Claim* (the "Application") (D.E. 56), and in support thereof states as follows:

### Background

1.      The Application is set for hearing on July 25, 2025 at 9:30 a.m. in Courtroom 6C

of the United State Bankruptcy Court, George C. Young Federal Courthouse, at 400 W. Washington

Street, Orlando, Florida 32801 (D.E. 39, Pro Memo; D.E. 58, Not. of Prelmnry. Hring, D.E. 70,

Order.)

1

2.      Counsel for OneBlood, Emily Friend Horner, is located in Jacksonville, Florida. Ms. Horner would like to handle the hearing personally. Allowing her to appear and participate via Zoom will save on costs for OneBlood, which in this case is a creditor and landlord, by avoiding the drive to and from Orlando. Moreover, Ms. Horner's 14-month-old child has recently experienced unexpected medical issues and as a result Ms. Horner would appreciate being able to remain in Jacksonville and to appear remotely.

3.      Ms. Horner does not intend on appearing at the other contested matters set on the docket and to the extent she remains on Zoom, it would be for observation.

4.      Allowing Ms. Horner to appear and participate by Zoom will ensure that OneBlood is adequately represented at the hearing.

5.      Additionally, Ms. Horner and Debtor's counsel are in communication related to the Application and OneBlood's *Limited Objection to Plan of Reorganization and Reservation of Rights* (D.E. 68) and anticipate that the issues addressed in both will be resolved.

6.      No party will be prejudiced by allowing Ms. Horner to appear and participate by Zoom.

7.      Counsel for OneBlood has conferred with counsel for Debtor who does not oppose the requested relief.

### Relief Requested

8.      As a result, OneBlood submits that good cause exists to allow that its counsel be permitted to attend the hearings via Zoom.

9.      OneBlood thus moves on an *ex parte* basis for entry of an Order substantially in the form attached hereto as **Exhibit A.**

2

WHEREFORE, OneBlood respectfully requests that the Court issue an order (i) granting this Motion, (ii) allowing OneBlood's counsel to appear and participate via Zoom, and (iii) granting OneBlood such other and further relief to which it is entitled.

Dated: July 23, 2025.                                   Respectfully submitted,

*/s/ **Emily Friend Horner***
Emily Friend Horner
Florida Bar No. 73042
Foley & Lardner LLP
One Independent Drive, Suite 1300
Jacksonville, FL 32202-5017
(904) 359.2000 (telephone)
(904) 359-8700 (facsimile)
Primary email: ehorner@foley.com
Secondary email: robyn.riddell@foley.com

**Counsel for Creditor OneBlood, Inc.**

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served this 23rd day of July 2025 via the CM-ECF filing system which will send email notification to those registered recipients.

<u>*/s/ Emily Friend Horner*</u>
Emily Friend Horner
Florida Bar No. 73042
Foley & Lardner LLP
One Independent Drive, Suite 1300
Jacksonville, FL 32202-5017
(904)571-3899 (telephone)
(904) 359-8700 (facsimile)
Primary email: <u>ehorner@foley.com</u>
Secondary email: <u>robyn.riddell@foley.com</u>

**<i>Counsel for Creditor OneBlood, Inc.</i>**