# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
# www.flmb.uscourts.gov

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Subchapter V |
| | ) |
| PB RESTAURANTS, LLC, | ) Case No. 6:25-bk-01957-LVV |
| | ) *Lead case* |
| | ) |
| | ) *Jointly Administered with* |
| PLANET EXPRESS (LAX), LLC, | ) Case No. 6:25-bk-01958-LVV |
| TIMES SQUARE BUFFET, LLC, | ) Case No. 6:25-bk-01959-LVV |
| | ) |
| Debtors. | ) |

**MAIN STREET CAPITAL CORPORATION'S**
**OBJECTION TO DEBTORS' EXHIBITS 2 AND 9**
**[Relates to Docket Nos. 107-2 and 115-1]**

Main Street Capital Corporation ("Main Street"), by and through its undersigned counsel and under Local Rule 9070-1, hereby files its objection to Exhibit 9 and the Consolidated Loan Balance included as part of Exhibit 2, filed by the above captioned debtors (the "Debtors"), as outlined below:

1. Main Street objects to the following exhibits filed by the Debtors, on the grounds that the respective exhibits: (1) lack foundation, and (2) are hearsay:

1

17332758

| Exhibit No., Docket No. | Document Description | Objection |
|---|---|---|
| Exhibit 2, [Docket No. 107-2] | Consolidated Loan Balance | Lacks foundation; Hearsay |
| Exhibit 9, [Docket No. 115-1] | 2023 Summary Balance Sheet | Lacks foundation; Hearsay |

2. Further, Main Street objects to Exhibit 9 on the additional ground that it was responsive to several of Main Street's requests for production (the "Requests") found in *Main Street Capital Corporation's First Set of Requests for Production of Documents to Debtor PB Restaurants, LLC*, which were served on Debtor PB Restaurants, LLC, on June 17, 2025, yet Exhibit 9 was not produced to Main Street prior to the depositions of the Debtors' corporate representative on July 15 and 21, 2025. In particular, Exhibit 9 should have been produced in response to the following Requests:

> **REQUEST FOR PRODUCTION NO. 2**: Produce all Documents evidencing any payments or transactions from PB Restaurants to, on behalf of, or for the benefit of, either directly or indirectly, any Affiliate or Insider since April 4, 2021, through the date of this Request.
> **RESPONSE**: Debtor does not have any documents responsive to this request in its possession, custody, or control.
>
> **REQUEST FOR PRODUCTION NO. 7**: Produce all Documents evidencing any payments to PHL Holdings, LLC beginning in 2017 under the PHL Facility.
> **RESPONSE**: Debtor does not have any documents responsive to this request in its possession, custody, or control.

17332758

3. If Exhibit 9 was created after the depositions, then Main Street is prejudiced by not having the chance to depose Jeffrey Sirolly, the Debtors' corporate representative, on the exhibit.

4. With respect to Exhibit 2, which was produced after the July 15 Deposition, Mr. Sirolly testified that PHL Holdings' accounting department prepared the document, and that he did not have details as to how it was created, which supports the lack of foundation objection. *See, e.g.,* Sirolly, Dep. Tr. 109:3-109:15, 109:22-110:3 (July 21, 2025) ("Yeah, at a high level that's all I know, is just that there is the – this running ledger. And I asked for the updated version, and this is what I was handed.").

Dated: July 23, 2025

By: /s/ *Matthew I. Kramer*
Joshua W. Wolfshohl (admitted *pro hac vice*)
Texas Bar No. 24038592
M. Shane Johnson (admitted *pro hac vice*)
Texas Bar No. 24083263
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002-2764
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
Email:   jwolfshohl@porterhedges.com
    sjohnson@porterhedges.com

-and-

Matthew I. Kramer
Florida Bar No.: 0937231
**WEINBERG, WHEELER, HUDGIN, GUNN & DIAL, LLC**
255 South Orange Avenue, Suite 1260
Orlando, Florida 32801
Telephone: (305) 455-9504
Facsimile: (305) 455-9501
Email: mkramer@wwhgd.com

*Counsel to Main Street Capital Corporation*

17332758

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **In re: PB Restaurants, LLC** ) | Chapter: 11 |
| ) | **Subchapter V** |
| ) | **Case No. 6:25-bk-01957-LVV** |
| ) | *Lead case* |
| **Lead Debtor,** ) | |
| ) | |
| _____ ) | |
| ) | |
| **PLANET EXPRESS (LAX), LLC** ) | *Jointly Administered with:* |
| **TIMES SQUARE BUFFET, LLC** ) | **Case No. 6:25-bk-01958-LVV** |
| ) | **Case No. 6:25-bk-01959-LVV** |
| **Debtors.** | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 23rd day of July 2025, I caused the foregoing **Main Street Capital Corporation's Objection To Debtor's Exhibit 2 and 9** including any exhibit(s) thereto**,** to be filed via the Court's CM/ECF system which will serve notice of the same upon all parties entitled to receive CM/ECF noticing, including the **UNITED STATES TRUSTEE – ORL** (USTP.Region21.OR.ECF@usdoj.gov and Wanda.Murray@usdoj.gov); and the **SUBCHAPTER V TRUSTEE** (alayden@bakerlaw.com).

**I HEREBY FURTHER CERTIFY** that on this 23rd day of July 2025, a true and correct copy of the foregoing was also served: via U.S. First Class, postage prepaid mail to: (i) PB Restaurants, LLC c/o R Scott Shuker, Shuker & Dorris, P.A. 121 South Orange Avenue, Suite 1120, Orlando, Florida 32801;(ii) Debtor PB Restaurants, LLC, Attn: Mr. Thomas Avallone, Pres/MGR, 4700 Millenia Blvd, Ste 400, Orlando, FL 32839; and (iii) all parties listed on the Local Rules 1007-2 parties in interest list, as shown on the matrix attached hereto.

[*Remainder of Page Intentionally Left Blank*]

17332758

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

/s/ Matthew I. Kramer
Matthew I. Kramer, Esq.
255 South Orange Avenue, Suite 1260
Orlando, Florida 32801
Telephone: (305) 455-9504
Facsimile:  (305) 455-9501
Email: mkramer@wwhgd.com

17332758

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:25-bk-01957-LVV<br>Middle District of Florida<br>Orlando<br>Wed Jul 23 16:45:15 EDT 2025 | M Shane Johnson<br>Porter Hedges, LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002-6341 | AMERICAN HERITAGE LIFE INS.<br>1776 American Htg Life Dr<br>Jacksonville, FL 32224-6688 |
| CHARTER COMM.HOLDINGS LLC<br>PO BOX 7186<br>Pasadena, CA 91109-7186 | CHERRY BEKAERT<br>PO BOX 632239<br>Cincinnati, OH 45263-2239 | CONNECTWISE INC<br>28819 NETWORK PL<br>Chicago, IL 60673-1288 |
| FOURTH ENTERPRISES, LLC<br>6504 Bridge Point Parkway<br>Suite 300<br>Austin, TX 78730-5005 | Kristi W. Dean, Esq.<br>21052 Oxnard Street<br>Woodland Hills, California 91367-5108 | MARSH USA INC<br>2300 RENAISSANCE BLVD<br>King Of Prussia, PA 19406-2772 |
| MEDCOR<br>PO BOX 75570<br>Cleveland, OH 44101-4200 | Main Street Capital Corporation<br>Joshua W. Wolfshohl<br>1000 Main St.<br>36th Floor<br>Houston, TX 77002-6341 | Main Street Capital Corporation<br>c/o Joshua W. Wolfshohl<br>Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002-6341 |
| Millenia Lakes Owner I, L.P.<br>c/o Shane G. Ramsey<br>Nelson Mullins Riley & Scarborough LLP<br>1222 Demonbreun St., Suite 1700<br>Nashville, TN 37203-3340 | ONEBLOOD INC<br>PO BOX 628342<br>Orlando, FL 32862-8342 | OPENTABLE INC<br>PO BOX 101861<br>Pasadena, CA 91189-1861 |
| OneBlood, Inc.,<br>c/o Emily Friend Horner<br>One Independent Drive<br>Suite 1300<br>Jacksonville, FL 32202-5017 | Oneblood, Inc.<br>8669 Commodity Circle<br>Orlando, FL 32819-9003 | PAR<br>8383 SENECA TURNPIKE, STE 3<br>New Hartford, NY 13413-4957 |
| PHL Holdings, LLC<br>c/o Jason B. Burnett, Esq.<br>GrayRobinson, P.A.<br>50 North Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611 | RELIASTAR LIFE INSURANCE<br>3702 PAYSPHERE CIRCLE<br>Chicago, IL 60674-0001 | RINGCENTRAL INC<br>20 DAVIS DR<br>Belmont, CA 94002-3002 |
| STARWOOD VALUE ADD FUND LP<br>PO BOX 953557<br>Saint Louis, MO 63195-3557 | SYMETRA LIFE INS CO INC<br>PO BOX 1491<br>Minneapolis, MN 55480-1491 | Symetra Financial Corporation<br>1735 Market Street, 20th Floor<br>Philadelphia, PA 19103-7505 |
| THEMED CUSTOM PRINTING<br>5225 FIELDVIEW CT<br>Orlando, FL 32819-3822 | XEROX FINANCIAL SERVICES<br>PO BOX 202882<br>Dallas, TX 75320-2882 | R Scott Shuker +<br>Shuker & Dorris, P.A.<br>121 South Orange Avenue, Suite 1120<br>Orlando, FL 32801-3238 |
| Jason B. Burnett +<br>GrayRobinson, P.A.<br>50 N. Laura Street, Suite 1100<br>Jacksonville, FL 32202-3611 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Shane G Ramsey +<br>Nelson Mullins Riley & Scarborough LLP<br>1222 Demonbreun Street<br>Ste 1700<br>Nashville, TN 37203-3340 |

| | | |
|---|---|---|
| Samantha L Dammer + <br> Bleakley Bavol Denman & Grace <br> 15316 North Florida Avenue <br> Tampa, FL 33613-1257 | Matthew I Kramer + <br> Weinberg, Wheeler, Hudgins, Gunn & Dial, <br> 3350 Virginia Street <br> Suite 500 <br> Miami, FL 33133-5341 | Emily F Horner + <br> Foley & Lardner, LLP <br> One Independent Drive, Suite 1300 <br> Jacksonville, FL 32202-5017 |
| Joshua W Wolfshohl + <br> Porter Hedges LLP <br> 1000 Main Street, 36th Floor <br> Houston, TX 77002-6341 | Wanda D Murray + <br> United States Department of Justice <br> 400 West Washington Street <br> Ste 1100 <br> Orlando, FL 32801-2440 | Andrew Layden + <br> 200 South Orange Avenue <br> Ste 2300 <br> Orlando, FL 32801-3455 |
| Kristi W Dean + <br> Stone Dean LLP <br> 21052 Oxnard St <br> Woodland Hills, CA 91367-5108 | Michael Shane Johnson + <br> Porter Hedges LLP <br> 1000 Main Street <br> Houston, TX 77002-6341 | Note: Entries with a '+' at the end of the name have an email address on file in CMECF |

End of Label Matrix
Mailable recipients    38
Bypassed recipients     0
Total                  38