

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/25/2025 09:30 AM

COURTROOM   6C, 6th Floor

**HONORABLE LORI VAUGHAN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:25-bk-01957-LVV** | **11** | **04/04/2025** |

**Chapter 11**

**DEBTOR:**   PB Restaurants, LLC

**DEBTOR ATTY:**   R Shuker

**TRUSTEE:**   Andrew Layden

**HEARING:**

1) Confirmation Hearing (Evidentiary)
Chapter 11 Plan (Doc #36)
OneBlood's Limited Objection to Plan of Reorganization and Reservation of Rights (Doc #68)
Main Street Capital's Preliminary Objection to Confirmation of Plan (Doc #71)
Maint Street's Supplemental Objection to Confirmation of Plan (Doc #117)
Confirmation Affidavit (Doc #84)
Ballot Tabulation (Doc #86)
Debtor's Proposed Exhibits 1-9 (Doc #107 and #115)
Main Street's Objection to Exhibits 2 and 9 (Doc #121)
Main Street's Proposed Exhibits 1-33 (Doc #116) 34-37 (Doc #118)
Debtor's Objection to Trial Exhibits 5, 16, 22 (Doc #119)
2) Debtor's Motion for Cramdown (Doc #85)
3) Application for Payment of Administrative Expenses Amount Requested: $85,284.30 Filed by Creditor OneBlood, Inc. (Doc #56)
Note: SubV
SubV Trustee: Andrew Layden
341: concluded 5/5/25
Case Mgmt Summary (Doc #3)
MORs
April 2025 (Doc #51, 52, 53)
May 2025 (Doc #78, 79, 80)
June 2025 (Doc #112, 113, 114)
Pending:
1) Application for Final Compensation and Notice of Estimated Fees and Expenses through Confirmation for R Scott Shuker, Debtor's Attorney, Fee: $45,352.50, Expenses: $1,813.10, for the period of 4/4/2025 to 5/31/2025; filed w/ neg ntc 6/13/25 (Doc #54)
Supplemental Application for Final Compensation and Notice of Estimated Fees and Expenses through Confirmation for R Scott Shuker, Debtor's Attorney, Fee: $91,050.00, Expenses: $489.33, for the period of 6/1/2025 to 7/23/202 (Doc #122)

2) Application for Compensation for Andrew Layden, Trustee Chapter 11, Fee: $4,960.00, Expenses: $100.00, For the period: April 8, 2025 through May 31, 2025; filed w/ neg ntc 6/17/25 (Doc #55)

3) Debtor's Objection to Claim No. 21 of Main Street Capital Corporation; filed w/ neg ntc 6/23/25 (Doc #59)

4) Debtor's Objection to Claim No. 20 of Robert Yaquinto, Chapter 7 Trustee for Buca C, LLC; filed w/ neg ntc 6/24/25 (Doc #64)

Jt Admin:
25-1958 Planet Express LAX
25-1959 Times Square Buffet

Prior Cases:
01-10428            Ch11 filed in Florida Middle on 10/19/2001
99-03612            Ch11 filed in Delaware on 10/12/1999

**APPEARANCES:**:
Scott Shuker: Debtor; Matt Kramer: Main Street; Kevin Fowler: One Blood; Andrew Layden: SubV Trustee; Wanda Murray: UST

**RULING:**
1)   Confirmation Hearing - Chapter 11 Plan (Doc #36)   - OneBlood's Limited Objection to Plan of Reorganization and Reservation of Rights (Doc #68) - Main Street Capital's Preliminary Objection to Confirmation of Plan (Doc #71) - Maint Street's Supplemental Objection to Confirmation of Plan (Doc #117) - Confirmation Affidavit (Doc #84) - Ballot Tabulation (Doc #86) - Modified Plan to be filed by 8/1/2025; confirmation is continued to 8/19/2025 at 11:00am (AOCNFNG)

2) Application for Payment of Administrative Expenses Amount Requested: $85,284.30 Filed by Creditor OneBlood, Inc.   (Doc #56)   - Approved, per parties terms announced in open court as to assuming the lease; order by Fowler.

(aj)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.