**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| | Subchapter V |
| PB RESTAURANTS, LLC, | Case No. 6:25-bk-01957-LVV |
| | *Lead case* |
| | |
| | *Jointly Administered with:* |
| PLANET EXPRESS (LAX), LLC, | Case No. 6:25-bk-01958-LVV |
| TIMES SQUARE BUFFET, LLC, | Case No. 6:25-bk-01959-LVV |
| Debtors. | |
| _____/ | |
| | |
| PB RESTAURANTS, LLC, | *Applicable Case No.* |
| | Case No. 6:25-bk-01957-LVV |
| Applicable Debtor. | |
| _____/ | |

***EX PARTE* MOTION REQUESTING TO APPEAR AND PARTICIPATE AT HEARING ON *PB RESTAURANTS, LLC'S FIRST OMNIBUS MOTION, AS MODIFIED BY AGREEMENT OF THE PARTIES, TO ASSUME EXECUTORY CONTRACT AND NON-RESIDENTIAL PROPERTY LEASES* VIA ZOOM**

OneBlood, Inc. ("OneBlood"), hereby moves to appear and participate via Zoom at the August 19, 2025 hearing on *PB Restaurants, LLC's First Omnibus Motion, as Modified by Agreement of the Parties, to Assume Executory Contract and Non-Residential Real Property Leases* (the "Motion") (D.E. 128), and in support thereof states as follows:

**Background**

1. The Motion is set for hearing on August 19, 2025 at 11:00 a.m. in Courtroom 6C of the United State Bankruptcy Court, George C. Young Federal Courthouse, at 400 W. Washington Street, Orlando, Florida 32801 (D.E. 128; D.E. 131)

2. OneBlood does not oppose the Motion.

3. Counsel for OneBlood, Emily Friend Horner, is located in Jacksonville, Florida. Ms. Horner would like to handle the hearing personally. Allowing her to appear and participate via Zoom will save on costs for OneBlood, which in this case is a creditor and landlord, by avoiding the drive to and from Orlando.

4. Allowing Ms. Horner to appear and participate by Zoom will ensure that OneBlood is adequately represented at the hearing.

5. No party will be prejudiced by allowing Ms. Horner to appear and participate by Zoom.

6. Counsel for OneBlood has conferred with counsel for Debtor who does not oppose the requested relief.

## Relief Requested

7. As a result, OneBlood submits that good cause exists to allow that its counsel be permitted to attend the hearing via Zoom.

8. OneBlood thus moves on an *ex parte* basis for entry of an Order substantially in the form attached hereto as **Exhibit A.**

WHEREFORE, OneBlood respectfully requests that the Court issue an order (i) granting this Motion, (ii) allowing OneBlood's counsel to appear and participate via Zoom, and (iii) granting OneBlood such other and further relief to which it is entitled.

Dated: August 13, 2025                                    Respectfully submitted,

*/s/ **Emily Friend Horner***
Emily Friend Horner
Florida Bar No. 73042
Foley & Lardner LLP
One Independent Drive, Suite 1300
Jacksonville, FL 32202-5017

(904) 359.2000 (telephone)
(904) 359-8700 (facsimile)
Primary email: ehorner@foley.com
Secondary email: robyn.riddell@foley.com

**Counsel for Creditor OneBlood, Inc.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served August 13, 2025 via the CM-ECF filing system which will send email notification to those registered recipients.

/s/ *Emily Friend Horner*
Emily Friend Horner
Florida Bar No. 73042
Foley & Lardner LLP
One Independent Drive, Suite 1300
Jacksonville, FL 32202-5017
(904)571-3899 (telephone)
(904) 359-8700 (facsimile)
Primary email: ehorner@foley.com
Secondary email: robyn.riddell@foley.com

**Counsel for Creditor OneBlood, Inc.**

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| | Subchapter V |
| PB RESTAURANTS, LLC, | Case No. 6:25-bk-01957-LVV |
| | *Lead case* |
| | |
| | *Jointly Administered with:* |
| PLANET EXPRESS (LAX), LLC, | Case No. 6:25-bk-01958-LVV |
| TIMES SQUARE BUFFET, LLC, | Case No. 6:25-bk-01959-LVV |
| Debtors. | |
| _____/ | |
| | |
| PB RESTAURANTS, LLC, | *Applicable Case No.* |
| | Case No. 6:25-bk-01957-LVV |
| Applicable Debtor. | |
| _____/ | |

**ORDER GRANTING *EX PARTE* MOTION REQUESTING TO APPEAR AND PARTICIPATE AT HEARINGS ON APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM AND CONFIRMATION HEARING OF PLAN VIA ZOOM**

THIS MATTER having come before the Court without hearing upon the *Ex Parte Motion Requesting to Appear and Participate at Hearing on PB Restaurants, LLC's First Omnibus Motion, as Modified by Agreement of the Parties, to Assume Executory Contract and Non-Residential Real Property Leases Via Zoom* (the "Motion") (D.E. 128) and the Court having considered the Motion, and being otherwise fully advised in the premises, accordingly, it is

ORDERED that:

1. The Motion is **GRANTED.**

2. Attorney Emily Friend Horner of Foley & Lardner LLP is permitted to appear remotely via Zoom at the Motion's hearing currently scheduled for August 19, 2025, at 11:00 a.m.

###

Attorney Emily Friend Horner is directed to serve a copy of this order on all interested parties and file a proof of service within three (3) days of entry of the order.