

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/01/2025 01:30 PM

COURTROOM   6C, 6th Floor

**HONORABLE LORI VAUGHAN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:25-bk-01957-LVV** | **11** | **04/04/2025** |

**Chapter 11**

**DEBTOR:**   PB Restaurants, LLC

**DEBTOR ATTY:**   R Shuker

**TRUSTEE:**   Andrew Layden

**HEARING:**

1) Debtors' Omnibus Motion to Assume, as Modified by Agreement of the Parties, Executory Contract and Non-Residential Real Property Leases (Doc #128) - as to Millenia lakes
~2) Debtor's Objection to Claim No. 20 of Robert Yaquinto, Chapter 7 Trustee for Buca C, LLC; filed w/ neg ntc 6/24/25 (Doc #64)
Note: SubV
cont from 7/25, 8/19/25
SubV Trustee: Andrew Layden
Confirmed 1191(b) on 8/29/25 (Doc #147)
Post Conf. S/C: 2/17/26 2:45pm
MORs
April 2025 (Doc #51, 52, 53)
May 2025 (Doc #78, 79, 80)
June 2025 (Doc #112, 113, 114)
July 2025 (Doc #144, 145, 146)
Aug 2025 (Doc #156, 157, 158)
Jt Admin:
25-1958 Planet Express LAX
25-1959 Times Square Buffet
Prior Cases:
01-10428         Ch11 filed in Florida Middle on 10/19/2001
99-03612         Ch11 filed in Delaware on 10/12/1999

**APPEARANCES:**:
  Scott Shuker: Debtor; Andrew Layden: SubV Trustee

**RULING:**
1)   Debtors' Omnibus Motion to Assume, as Modified by Agreement of the Parties, Executory Contract and Non-Residential Real Property Leases   (Doc #128) - as to Millenia lakes - Resolved; order to be uploaded.

~2)   Debtor's Objection to Claim No. 20 of Robert Yaquinto, Chapter 7 Trustee for Buca C, LLC; filed w/ neg ntc 6/24/25   (Doc

#64) - Set for hearing 2/17/2026 at 2:45pm (AOCNFNG)

(aj)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.